# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

SUMMONS IN A CIVIL ACTION

UNITED STATES OF AMERICA,

CASE NUMBER: 06-00011

V.

MARWAN SHIPPING & TRADING CO.,
FIVE SEAS SHIPPING CO., LLC, and
S.J. GARGRAVE SYNDICATE 2724,
*in personam*

FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)
Five Seas Shipping Co., LLC
Khansaheb Building, Flat 1F
Corniche Street
Old Iranian Market
P.O. Box 20499
Sharjah, United Arab Emirates

and   c/o agent for service of process:
Inchape Shipping Services Guam LLC
Suite 116, P.A.G. Building
106 Cabras Highway
Piti, Guam 96915
Phone: (671) 477-5921

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

R. MICHAEL UNDERHILL, Attorney in Charge
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

APR 19 2006
DATE

CLERK of the COURT

BY DEPUTY CLERK

ORIGINAL     ACKNOWLEDGED RECEIPT
By: _____
Date: _____

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 5/18/06 |

| NAME OF SERVER (PRINT) David A. Punzalan | TITLE CE DUSM |
|---|---|

Check one box below to indicate appropriate method of service

☒ Service personally upon the defendant. Place of served: USMS - Hagatna Gu

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Ernesto L. Siaotong - Ops Supervisor for MSC/INCH Cape

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/18/06
Date

Signature of Server

USMS - Hagatna Gu
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 06-00011 |
| DEFENDANT | TYPE OF PROCESS |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING, et al. | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FIVE SEAS SHIPPING CO., LLC (THROUGH AGENT: Inchape Shipping Services Guam LLC)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Suite 116, P.A.G. Bldg., 106 Cabras Highway
Piti, Guam 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

R. Michael Underhill, Attorney in Charge
U.S. Dept. of Justice, Torts Branch, Civil Div.
450 Golden Gate Avenue
P.O. Box 36028
San Francisco, CA 94102

| Number of process to be served with this Form - 285 | 2 (summons & complaint) |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONALLY SERVE "INCHAPE SHIPPING SERVICES GUAM LLC" AT ABOVE ADDRESS. CONTACT AT INCHAPE SHIPPING IS MR. DION CADLE, CELL PHONE (671) 687-2621.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (415) 436-6648
DATE: 5/9/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk — CI DUSM | Date 5/18/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ernesto L. Siaotong, Opera[...]

Address (complete only if different than shown above):
US Marshals Service
Hagatna, Guam

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/18/06
Time: 4:20 pm
Signature of U.S. Marshal or Deputy

RECEIVED MAY 18 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| ∅ | | | | | ∅ |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)