# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:06-cv-00011 |
| vs. | |
| Marwan Shipping and Trading Co., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed May 24, 2006, on the date indicated below:

U.S. Attorney's Office
May 25, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date the:

Scheduling Notice filed May 24, 2006

was served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 25, 2006                    /s/ Virginia T. Kilgore
                                                    Deputy Clerk