1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Suite 502-A, Pacific News Bldg.
   238 Archbishop Flores St.
4  Agana, Guam 96910
   Tel: (671) 472-7332/7208
5  Fax: (671) 472-7334/7215

6  PETER D. KEISLER
   Assistant Attorney General
7  R. MICHAEL UNDERHILL
   Attorney in Charge
8  Torts Branch, Civil Division
   U.S. Department of Justice
9  7th Floor Federal Bldg., Room 7-5395
   P.O. Box 36028
10 450 Golden Gate Avenue
   San Francisco, California 94102-3463
11 Telephone: (415) 436-6648
   Fax: (415) 436-6632
12 mike.underhill@usdoj.gov

13 Attorneys for Plaintiff United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2006
MARY L.M. MORAN
CLERK OF COURT

14        UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF GUAM

15

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06-00011 |
| Plaintiff, | IN ADMIRALTY |
| v. | APPLICATION TO CLERK OF COURT FOR ISSUANCE OF PROCESS RE FOREIGN CORPORATION PURSUANT TO RULE 4(f)(2)(B) OF THE FED.R.CIV.P. |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | (PROCESS OF LETTER ROGATORY RE (DEFENDANT MARWAN SHIPPING) ) |

        Plaintiff, United States of America, hereby requests that, pursuant to Rules 4(h)(2) and

4(f)(2)(B) of the Fed.R.Civ.P., the Clerk of the Court issue the "REQUEST FOR JUDICIAL

ASSISTANCE UPON A FOREIGN CORPORATION" submitted to the Clerk herewith.

        Defendant MARWAN SHIPPING & TRADING CO. is a foreign corporation or association

having a place of business and doing business in the United Arab Emirates. Rule 4(h)(2) of the

Fed.R.Civ.P. provides that service on a foreign corporation or association may be made in

accordance with the procedures set forth in Rule 4(f) of the Fed.R.Civ.P. In turn, Rule 4(f)(2)(B) provides that service may be made through Letters Rogatory, which is an official procedure for service of process through, *inter alia*, diplomatic channels.

Once the Clerk of the Court executes the "REQUEST FOR JUDICIAL ASSISTANCE UPON A FOREIGN CORPORATION", the United States shall cause the issued Writ to be served upon the defendant through the applicable procedures under Rule 4(f)(2)(B).

No defendant parties have yet appeared or answered in this action.

Dated: June 2, 2006.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney


PETER KEISLER
Assistant Attorney General



R. MICHAEL UNDERHILL
Attorney In Charge
Torts Branch, Civil Division, West Coast Office
U.S. Department of Justice


Of Counsel

THOMAS H. VAN HORN
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff United States of America