Lawrence J. Teker
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

Joseph C. Misenti, Jr., WSBA #30961
**NICOLL BLACK MISENTI & FEIG PLLC**
816 Second Avenue, Suite 300
Seattle WA 98104
Telephone: (206) 838-7555
Facsimile: (206) 838-7515

Attorneys for Defendant *Five Seas Shipping Co., LLC*



FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | CASE NO. 06-00011<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Defendant, Five Seas Shipping Co., LLC, hereby appears in the above-entitled action through Joseph C. Misenti, Jr., of Nicoll Black Misenti & Feig PLLC and Lawrence J. Teker of Teker Torres & Teker, P.C. without waiving the question of:

1) Lack of jurisdiction over subject matter;

2) Lack of jurisdiction over person;

3) Improper venue;

4) Insufficiency of service of process;

(06-00011) NOTICE OF APPEARANCE - 1

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104

ORIGINAL

Case 1:06-cv-00011　　Document 7　　Filed 06/30/2006　　Page 1 of 2

5) Insufficiency of process;

6) Failure to state a claim upon which relief may be granted;

7) Failure to join a party under Rule 19.

**DATED** this 30th day of June, 2006.

**NICOLL BLACK MISENTI & FEIG PLLC**

**TEKER TORRES & TEKER, P.C.**

By /s/ Lawrence J. Teker
LAWRENCE J. TEKER, ESQ.
Attorneys for Defendant,
*Five Seas Shipping Co., LLC*

(06-00011) **NOTICE OF APPEARANCE** - 2

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104

Case 1:06-cv-00011   Document 7   Filed 06/30/2006   Page 2 of 2