**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |

----------

I, Lawrence J. Teker, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 30, 2006, a true and exact copy of Defendant, Five Seas Shipping Co., LLC's Notice of Appearance was served, via hand delivery, on the Office of the United States Attorney, at its offices located at 108 Hernan Cortez Avenue, Suite 500,

Hagåtña, Guam 96910.

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on June 30, 2006.

_____
LAWRENCE J. TEKER

LJT:JR:cs
MARWAN SHIPPING-U.S. vs.:001

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4