Lawrence J. Teker
Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

Joseph C. Misenti, Jr., WSBA #30961
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle WA 98104
Telephone: (206) 838-7555
Facsimile: (206)838-7515

Attorneys for Defendant Five
Seas Shipping Co., LLC

FILED
DISTRICT COURT OF GUAM

JUL - 6 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>     Defendants. | Civil<br>CASE NO. 06-00011<br><br>**APPLICATION OF JOSEPH C. MISENTI, JR. FOR ADMISSION PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM** |

COMES NOW Joseph C. Misenti, Jr., and moves pursuant to GR17.1(d), Local Rules of the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam, and submits the following information as required under GR17.1(d)(1):

    (A)    I do not reside in Guam;

    (B)    I am not regularly employed in Guam; and,

    (C)    I am not regularly employed in business, professional or other activities in Guam.

(06-00011) APPLICATION OF JOSEPH C. MISENTI, JR.
FOR ADMISSION PRO HAC VICE - 1

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206)838-7555

ORIGINAL

Case 1:06-cv-00011    Document 9    Filed 07/06/2006    Page 1 of 3

Pursuant to GR 17.1(d)(2), I hereby submit the following information under penalty of perjury:

(A)    My residence is 2267 Douglas Drive, Bainbridge Island, WA 98110.  My office address is Nicoll Black Misenti & Feig PLLC, 816 Second Ave, Suite 300, Seattle, WA 98104.

(B)    I have been admitted to the following courts on the following dates: State of Connecticut, 1990; U.S. Court for the Armed Forces, 1991; U.S. Court of Appeals, Fourth Circuit, 1997; District of Columbia, 2000; State of Washington, 2001; and, the United States District Court for the Western District of Washington, 2001.

(C)    I am in good standing and eligible to practice in the above said courts.

(D)    I am not currently suspended or disbarred in any other court.

(E)    I have not concurrently or within the year preceding my current application made any pro hac vice applications to this Court.

I hereby designate Lawrence J. Teker of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Avenue, Hagatna 96910-5010 Guam (telephone 671-477-9891 and facsimile 671-472-2601), an active member in good standing of the bar of this Court who maintains an office at the place within the District, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

DATED this 30th day of June, 2006.

NICOLL BLACK MISENTI & FEIG PLLC

By: _____
    Joseph C. Misenti, Jr., WSBA #30961
    Attorneys for Defendant Five
    Seas Shipping Co., LLC

(06-00011) APPLICATION OF JOSEPH C. MISENTI, JR.
FOR ADMISSION PRO HAC VICE - 2

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG PLLC
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

1    Pursuant to GR 17.1(e), I hereby consent to serve as local counsel for Joseph C. Misenti, Jr. in

2    the above captioned matter.

3

4        DATED this 7 th day of July 2006.

5                                        TEKER TORRES & TEKER, P.C.

6

7

                                    for   Lawrence J. Teker
8    1049.0001/9376

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(06-00011) **APPLICATION OF JOSEPH C. MISENTI, JR.**
**FOR ADMISSION PRO HAC VICE - 3**

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

Case 1:06-cv-00011    Document 9    Filed 07/06/2006    Page 3 of 3