TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
JUL - 6 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |

I, Samuel S. Teker, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on July 6, 2006, a true and exact copy of the Application of Joseph C. Misenti, Jr. for Admission Pro Hac Vice to the United States District Court for the

ORIGINAL

1  District of Guam was served, via hand delivery, on the Office of the United States Attorney, at its
2  offices located at 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.
3  I declare under penalty of perjury that the foregoing is true and correct.
4  DATED at Hagåtña, Guam, on July 6, 2006.

*[signature]*

**SAMUEL S. TEKER**

LJT:JR:cs
MARWAN SHIPPING-U.S. vs.:002

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Case 1:06-cv-00011    Document 10 -2   Filed 07/06/2006    Page 2 of 2