Joseph C. Razzano,
Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891 – 4
Facsimile: (671) 472-2601

Joseph C. Misenti, Jr., WSBA #30961
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle WA 98104
Telephone: (206) 838-7555
Facsimile: (206)838-7515

Attorneys for Defendant Marwan
Shipping & Trading and Five
Seas Shipping Co., LLC

FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants. | CIVIL CASE NO. 06-00011<br><br>**ORDER**<br>**Granting Pro Hac Vice Application**<br>**of Joseph C. Misenti, Jr.** |

The Petition of Joseph C. Misenti, Jr., for admission to practice before the District Court of Guam, District of Guam, comes on for review by the Court and said petition being supported by certificates required by GR 17.1, Local Rules of the District Court of Guam and for good cause shown,

///

///

(06-00011) PETITION TO PRACTICE BEFORE
DISTRICT COURT OF GUAM- 1

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG PLLC
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

Case 1:06-cv-00011    Document 11    Filed 07/07/2006    Page 1 of 2

1  IT IS THEREFORE ORDERED that the Application of Joseph C. Misenti, Jr., for admission to
2  practice before the District Court of Guam *pro hac* vice is hereby granted.

   DATED this 7th day of July 2006.

                                    _____
                                    JOAQUIN V.E. MANIBUSAN, JR.
                                    U.S. Magistrate Judge

1049.0001/9378

(06-00011) PETITION TO PRACTICE BEFORE
DISTRICT COURT OF GUAM- 2

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG PLLC
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 838-7555

Case 1:06-cv-00011   Document 11   Filed 07/07/2006   Page 2 of 2