THOMAS TARPLEY
TARPLEY & MORONI
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (pro hac vice petition pending)
RYAN C. DONLON (Cal. Bar No. 229292) (pro hac vice petition pending)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Civil Case No.: 06-00011<br><br>**PETITION OF FORREST BOOTH TO APPEAR PRO HAC VICE AND CONSENT OF DESIGNATED CO-COUNSEL**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

### PETITION OF FORREST BOOTH TO APPEAR PRO HAC VICE

COMES NOW FORREST BOOTH, and moves pursuant to GR 17.1, Local Rules of the District Court of Guam, for admission to practice pro hac vice in the above-captioned matter before the District Court of Guam, Territory of Guam, and submits the following information as required by the Court and its Local Rules:

1. My residence is 87 Selborne Drive, Piedmont, California, 94611.

2. My office address is One Embarcadero Center, Suite 2600, San Francisco, California, 94111.

3. I have been admitted to practice law in the following courts (on the following dates): District of Columbia (1976); State of California (1977); United States District Court for the Northern District of California (1977); United States Court of Appeals for the Ninth Circuit (1977); and United States Court of Appeals for the District of Columbia Circuit (1976).

4. I am a member of the law firm of Severson & Werson, P.C., which has been retained to be counsel for defendant S.J. Gargrave Syndicate 2724 in the above-captioned action.

5. I am in good standing and eligible to practice in each of the above courts.

6. I am not currently suspended or disbarred in any other court.

7. I have not within the last one year applied for admission pro hac vice to this Court. However, I did apply to be admitted and was admitted pro hac vice in this Court in 2004 in the matter of "S.J. Gargrave Syndicate at Lloyds, Plaintiff, versus Black Construction Corporation, et al., Defendants", Civil Case No. 03-00009. That matter is still pending before this Court, although trial has been held and in my opinion, all issues have been resolved. I served as lead trial counsel for the Plaintiff in that matter.

8. I designate the following attorney as local co-counsel in this matter:

>THOMAS TARPLEY
>TARPLEY & MORONI
>Bank of Hawaii Building
>134 Soledad Avenue, Suite 402
>Hagatna, Guam 96910
>Telephone: (671) 472-1539
>Facsimile: (671) 472-4526
>Electronic mail: tarpley@guam.net

9. I solemnly swear that I will support the Constitution of the United States, the Organic Act of Guam, the applicable statutes of the United States and the laws of the territory of Guam; that I will maintain the respect due to the Courts of Justice and Judicial Officers and that I will demean myself uprightly as an attorney at law; and to abide by the Code of Professional Responsibility of the American Bar Association.

///
///
///

10. I hereby declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

DATED: July 10, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
Forrest Booth

Attorneys for Defendant
S.J. GARGRAVE SYNDICATE 2724

## CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas Tarpley, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for defendant S.J. Gargrave Syundicate 2724, hereby consent to the foregoing petition of Forrest Booth for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED: July 11, 2006

Respectfully submitted,

By: _____
Thomas Tarpley