```
                                              FILED  ORIGINAL
                                         DISTRICT COURT OF GUAM
                                              JUL 11 2006
                                             MARY L.M. MORAN
                                             CLERK OF COURT
```

1  THOMAS TARPLEY
   TARPLEY & MORONI
2  Bank of Hawaii Building
   134 Soledad Avenue, Suite 402
3  Hagatna, Guam 96910
   Telephone: (671) 472-1539
4  Facsimile: (671) 472-4526
   Electronic mail: tarpley@guam.net
5
   FORREST BOOTH (Cal. Bar No. 74166) (pro hac vice petition pending)
6  RYAN C. DONLON (Cal. Bar No. 229292) (pro hac vice petition pending)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439
   Electronic mail: fb@severson.com
10 Electronic mail: rcd@severson.com

11                 IN THE DISTRICT COURT OF GUAM

12                      TERRITORY OF GUAM

13
   UNITED STATES OF AMERICA,            Civil Case No.: 06-00011
14
              Plaintiff,                PETITION OF RYAN C. DONLON TO
15                                      APPEAR PRO HAC VICE AND
       vs.                              CONSENT OF DESIGNATED
16                                      CO-COUNSEL
   MARWAN SHIPPING & TRADING CO.,
17 FIVE SEAS SHIPPING CO., LLC, and S.J.
   GARGRAVE SYNDICATE 2724, *in*
18 *personam*,

19            Defendants.               Complaint Date: April 19, 2006
                                        Trial Date: None Set
20

21

22      **PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE**

23      COMES NOW RYAN C. DONLON and moves pursuant to GR 17.1, Local Rules of the

24 District Court of Guam, for admission to practice pro hac vice in the above-captioned matter

25 before the District Court of Guam, Territory of Guam, and submits the following information as

26 required by the Court and its Local Rules:

27      1.    My residence is 1369 Sacramento Street, No. 6, San Francisco, California, 94109.

28

---

11620/0002/585340.1        PETITION OF RYAN C. DONLON FOR PRO HAC VICE ADMISSION
                                                        Civil Case No.: 06-00011

Case 1:06-cv-00011    Document 13    Filed 07/11/2006    Page 1 of 3

2. My office address is One Embarcadero Center, Suite 2600, San Francisco, California, 94111.

3. I have been admitted to practice law in the following courts (on the following dates): State of California (2003); United States District Court for the Northern District of California (2004); United States District Court for the Central District of California (2004); and United States Court of Appeals for the Ninth Circuit (2004).

4. I am associated with the law firm of Severson & Werson, P.C., which has been retained to be counsel for defendant S.J. Gargrave Syndicate 2724 in the above-captioned action.

5. I am in good standing and eligible to practice in each of the above courts.

6. I am not currently suspended or disbarred in any other court.

7. I have not within the last one year applied for admission pro hac vice to this Court.

8. I designate the following attorney as co-counsel in this matter:

>THOMAS TARPLEY
>TARPLEY & MORONI
>Bank of Hawaii Building
>134 Soledad Avenue, Suite 402
>Hagatna, Guam 96910
>Telephone: (671) 472-1539
>Facsimile: (671) 472-4526
>Electronic mail: tarpley@guam.net

9. I solemnly swear that I will support the Constitution of the United States, the Organic Act of Guam, the applicable statutes of the United States and the laws of the territory of Guam; that I will maintain the respect due to the Courts of Justice and Judicial Officers and that I will demean myself uprightly as an attorney at law; and to abide by the Code of Professional Responsibility of the American Bar Association.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10. I hereby declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

DATED: July 10, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
Ryan C. Donlon

Attorneys for Defendant
S.J. GARGRAVE SYNDICATE 2724

### CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas Tarpley, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for defendant S.J. Gargrave Syndicate 2724, hereby consent to the foregoing petition of Ryan C. Donlon for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED: July 11, 2006

Respectfully submitted,

By: _____
Thomas Tarpley