ORIGINAL

LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

8zp508
Attorney *for* Defendants

FILED
DISTRICT COURT OF GUAM
JUL 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. CIV06-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION OF SERVICE** |
| ) | |
| MARWAN SHIPPING & TRADING CO., ) | |
| FIVE SEAS SHIPPING CO., LLC, ) | |
| and S.J. GARGRAVE SYNDICATE ) | |
| 2724, *in personam*, ) | |
| ) | |
| Defendants. ) | |

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on July 10, 2006, I caused to be served a true and correct copy of the PETITION OF FORREST BOOTH TO APPEAR PRO HAC VICE AND CONSENT OF DESIGNATED COUNSEL; PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE AND CONSENT OF DESIGNATED COUNSEL; and THE [PROPOSED] ORDER GRANTING PETITIONS OF FORREST BOOTH AND RYAN C. DONLON FOR ADMISSION PRO HAC VICE to the following:

| | |
|---|---|
| 1 | Mikel W. Schwab |
| | OFFICE OF THE UNITED STATES ATTORNEY |
| 2 | 108 Hernan Cortez Avenue, Suite 500 |
| | Hagatna, Guam 96910 |
| 3 | |
| | Lawrence J. Teker |
| 4 | TEKER, TORRES & TEKER |
| | 130 Aspinall Avenue, Suite 2-A |
| 5 | Hagatna, Guam 96910 |
| 6 | David P. Ledger |
| | CARLSMITH BALL |
| 7 | 134 West Soledad Avenue |
| | Bank of Hawaii Bldg, Suite 401 |
| 8 | Hagatna, Guam 96910 |

Dated this 11th day of July, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Local Co-Counsel

UNITED STATES OF AMERICA v. MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, CIV06-00011
DECLARATION OF SERVICE

**Page 2 of 2**

Case 1:06-cv-00011   Document 14   Filed 07/11/2006   Page 2 of 2