1 | Lawrence J. Teker
**TEKER TORRES & TEKER, P.C.**
2 | Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
3 | Telephone: (671) 477-9891
Facsimile: (671) 472-2601
4 |

**FILED**
DISTRICT COURT OF GUAM
JUL 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

5 | Joseph C. Misenti, Jr., WSBA No. 30961 (admitted pro hac vice)
**NICOLL BLACK MISENTI & FEIG PLLC**
6 | 816 Second Avenue, Suite 300
Seattle WA 98104
7 | Telephone:   (206) 838-7555
Facsimile:   (206)838-7515

8 | Attorneys for Defendant *Marwan Shipping*
9 | *& Trading*

10

11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARWAN SHIPPING & TRADING, FIVE
SEAS SHIPPING CO., LLC AND S.J.
GARGRAVE SYNDICATE 2724, *in personam*,

      Defendants.

pro
Civil
CASE NO. 06-00011

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Defendant, Marwan Shipping & Trading, hereby appears in the above-entitled action through Joseph C. Misenti, Jr., of Nicoll Black Misenti & Feig PLLC and Lawrence J. Teker of Teker Torres & Teker, P.C. without waiving the question of:

    1)     Lack of jurisdiction over subject matter;

    2)     Lack of jurisdiction over person;

    3)     Improper venue;

    4)     Insufficiency of service of process;

(06-00011) **NOTICE OF APPEARANCE** - 1

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG**
**PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104

ORIGINAL

5)      Insufficiency of process;

6)      Failure to state a claim upon which relief may be granted;

7)      Failure to join a party under Rule 19.

**DATED** this 12th day of July, 2006.

NICOLL BLACK MISENTI & FEIG PLLC

TEKER TORRES & TEKER, P.C.

By _____
LAWRENCE J. TEKER, ESQ., Attorneys for
Defendant *Marwan Shipping & Trading*

(06-00011) **NOTICE OF APPEARANCE** - 2

LAW OFFICES OF
**NICOLL BLACK MISENTI & FEIG
PLLC**
MARION BUILDING, SUITE 300
816 SECOND AVENUE
SEATTLE, WASHINGTON 98104

Case 1:06-cv-00011     Document 15     Filed 07/12/2006     Page 2 of 2