**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Marwan Shipping & Trading*

**FILED**
DISTRICT COURT OF GUAM
JUL 12 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |

I, Lawrence J. Teker, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on July 12, 2006, true and exact copies of Defendant Marwan Shipping & Trading's Notice of Appearance was served, via hand delivery, on the following:

a. Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagåtña, Guam 96910

b. Thomas Tarpley, Esq.
Tarpley & Moroni, LLP
Bank of Hawaii Building
4th Floor
Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on July 12, 2006.

_____
LAWRENCE J. TEKER

LJT:JR:cs
MARWAN SHIPPING-U.S. vs.:001