PETER D. KEISLER
Assistant Attorney General
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor Federal Bldg., Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:06-CV-00011 |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | UNOPPOSED REQUEST FOR CONTINUANCE OF RULE 16 SCHEDULING CONFERENCE |
| Defendants. | |

Plaintiff, the United States of America, respectfully requests a continuance of the Rule 16 Scheduling Conference presently set for July 18, 2006. To date, none of the defendants have answered, though all are expected to do so before the end of July.

//

//

//

REQUEST FOR CONTINUANCE OF LR 16 CONFERENCE - No. 1:06-CV-00011

ORIGINAL

# BRIEF FACTUAL BACKGROUND

## A. The Defendant Parties

All defendants are foreign entities. Defendants MARWAN SHIPPING & TRADING CO. (owner of the M/V AJMAN 2), and FIVE SEAS SHIPPING CO., LLC (operator of the vessel), are both headquartered in the United Arab Emirates, whereas defendant GARGRAVE SYNDICATE 2724 has a place of business in London. All three defendants have retained various counsel, including local counsel, and those counsel have been in contact with the United States' undersigned attorney. Defendants MARWAN and FIVE SEAS have filed appearances with the Court through their local counsel and the Government expects GARGRAVE to do the same very shortly. As stated, all defendants are expected to answer prior to the end of July.

Once the defendants have appeared and filed their responsive pleadings, all counsel will then be in a position to meet and confer with respect to a discovery plan and such other matters as are required by the Local Rules and the Fed.R.Civ.P.

## B. Intervening Party

Counsel for the United States and the various defendants have been contacted by attorneys representing Inchcape Shipping Services Guam, LLC. Inchcape has indicated that it soon will move for intervention pursuant to Rule 24 of the Fed.R.Civ.P. At this point, and at least until the parties receive copies of the moving papers and the proposed complaint-in-intervention, it is not certain whether the motion will be opposed or unopposed. In any event, the United States respectfully suggests that it would be prudent to postpone the scheduling conference until *after* the motion for intervention is resolved, at which point all parties to the suit will be before the Court.

Thus, if the motion to intervene is granted, the United States, the three defendants, and the intervenor will be able to confer and amicably discharge their scheduling duties under LR 16 and Rule 16 of the Fed.R.Civ.P. Alternatively, if intervention is not permitted, the present parties may then meet and confer and prepare a discovery plan.

## CONCLUSION

For the foregoing reasons, the United States requests that the Rule 16 Conference be postponed until September 12, 2006. The United States has circulated this Request for Continuance

to counsel for the defendants and each has authorized the Government to state that there are no objections to the Request. A proposed Order is submitted herewith.

Dated: July 11, 2006.

PETER KEISLER
Assistant Attorney General
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB, Assistant U.S. Attorney

_____
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division, West Coast Office
U.S. Department of Justice

Of Counsel

THOMAS H. VAN HORN
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2006, I served by first class mail copies of the foregoing Request for Continuance and proposed Order upon the following:

Forrest Booth
Ryan Donlon
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA. 94111

Joe Misenti
Nicoll Black Misenti & Feig PLLC
Marion Building, Suite 300
816 Second Avenue
Seattle WA 98104

Lawrence Teker
Teker Torres & Teker
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam

*/s/ Bonnie Li*
BONNIE LI