LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

8ZP519
Attorney *for* Defendant S.J. Gargrave Syndicate 2724

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING,<br>FIVE SEAS SHIPPING CO., LLC<br>AND S.J. GARGRAVE SYNDICATE<br>2824, in personam,<br><br>Defendant. | CIVIL CASE NO. CV06-00011<br><br><br><br>**NOTICE OF FILING ORIGINAL OF<br>A PREVIOUSLY FILED DUPLICATE** |

Please take notice that Defendant S.J. Gargrave Syndicate 2724 hereby filed the original PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE, a duplicate of which was previously filed with this court.

Dated this ___17th___ day of July, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724,
*in personam*

THOMAS TARPLEY
TARPLEY & MORONI
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (pro hac vice petition pending)
RYAN C. DONLON (Cal. Bar No. 229292) (pro hac vice petition pending)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Civil Case No.: 06-00011<br><br>**PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE AND CONSENT OF DESIGNATED CO-COUNSEL**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

### PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE

COMES NOW RYAN C. DONLON and moves pursuant to GR 17.1, Local Rules of the District Court of Guam, for admission to practice pro hac vice in the above-captioned matter before the District Court of Guam, Territory of Guam, and submits the following information as required by the Court and its Local Rules:

1. My residence is 1369 Sacramento Street, No. 6, San Francisco, California, 94109.

2. My office address is One Embarcadero Center, Suite 2600, San Francisco, California, 94111.

3. I have been admitted to practice law in the following courts (on the following dates): State of California (2003); United States District Court for the Northern District of California (2004); United States District Court for the Central District of California (2004); and United States Court of Appeals for the Ninth Circuit (2004).

4. I am associated with the law firm of Severson & Werson, P.C., which has been retained to be counsel for defendant S.J. Gargrave Syndicate 2724 in the above-captioned action.

5. I am in good standing and eligible to practice in each of the above courts.

6. I am not currently suspended or disbarred in any other court.

7. I have not within the last one year applied for admission pro hac vice to this Court.

8. I designate the following attorney as co-counsel in this matter:

> THOMAS TARPLEY
> TARPLEY & MORONI
> Bank of Hawaii Building
> 134 Soledad Avenue, Suite 402
> Hagatna, Guam 96910
> Telephone: (671) 472-1539
> Facsimile: (671) 472-4526
> Electronic mail: tarpley@guam.net

9. I solemnly swear that I will support the Constitution of the United States, the Organic Act of Guam, the applicable statutes of the United States and the laws of the territory of Guam; that I will maintain the respect due to the Courts of Justice and Judicial Officers and that I will demean myself uprightly as an attorney at law; and to abide by the Code of Professional Responsibility of the American Bar Association.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10. I hereby declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

DATED: July 10, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
Ryan C. Donlon

Attorneys for Defendant
S.J. GARGRAVE SYNDICATE 2724

## CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas Tarpley, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for defendant S.J. Gargrave Syndicate 2724, hereby consent to the foregoing petition of Ryan C. Donlon for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED: July ____, 2006

Respectfully submitted,

By: _____
Thomas Tarpley