LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

8ZP521`
Attorney *for* Defendant S.J. Gargrave Syndicate 2724

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. CV06-00011 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2824, in personam, | |
| Defendant. | |

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on July 17, 2006, I caused to be served a true and correct copy of the **NOTICE OF FILING ORIGINAL OF A PREVIOUSLY FILED DUPLICATE FOR THE PETITION OF FORREST BOOTH TO APPEAR PRO HAC VICE and THE PETITION OF RYAN C. DONLON TO APPEAR PRO HAC VICE,** to the following:

**Mikel W. Schwab**
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorney for Plaintiff and Counterdefendant United States of America*

and

**Lawrence J. Teker, Esq.**
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
*Attorney for Defendants and Cross-Defendants*
*Five Seas Shipping Co., LLC and Marwan Shipping & Trading*

Dated this ___17___ day of July, 2006.

                              TARPLEY & MORONI, LLP

                              By: _____
                                 THOMAS M. TARPLEY, JR.
                                 Attorney for Defendant
                                 S.J. GARGRAVE SYNDICATE 2724,
                                 *in personam*