LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
PETER D. KEISLER
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor Federal Bldg., Room7 -5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | ORDER CONTINUING RULE 16 SCHEDULING CONFERENCE |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |

WHEREFORE, pursuant to the Court's Scheduling Notice, a Rule 16 Scheduling Conference presently is set for July 18, 2006; and

WHEREFORE, two defendants have only recently made appearances to date and, further, the Court having been advised that a motion to intervene may be filed by an entity presently not a party of this action; and

WHEREFORE, as a result of the foregoing status of the initial pleadings and the possibility that there will be an additional party in the litigation, and Plaintiff United States having requested that the Scheduling Conference be continued until after all defendants have appeared and filed their responsive pleadings and until the Court rules on the expected motion for intervention, and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Conference presently calendared for July 18, 2006 at 9:30 a.m., be reset for September 12, 2006, at 10:00 a.m. Counsel are directed to meet and confer to discuss the contents and preparation of the proposed Scheduling Order and Discovery Plan, which shall be submitted to the Court no later than September 5, 2006.

IT IS SO ORDERED this 17th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge