1  PETER D. KEISLER
   Assistant Attorney General
2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  108 Hernan Cortez Ave.
   Sirena Plaza, Ste. 500
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215
   R. MICHAEL UNDERHILL
7  Attorney in Charge
   Torts Branch, Civil Division
8  U.S. Department of Justice
   7th Floor Federal Bldg., Room 7-5395
9  P.O. Box 36028
   450 Golden Gate Avenue
10 San Francisco, California 94102-3463
   Telephone: (415) 436-6648
11 Fax: (415) 436-6632
   mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARWAN SHIPPING & TRADING CO.,<br>FIVE SEAS SHIPPING CO., LLC, and<br>S.J. GARGRAVE SYNDICATE 2724,<br>*in personam*, | CIVIL NO. 1:06-CV-00011<br><br><br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY that on July 18, 2006, I served by first class certified U.S. postal mail and personal service a copy of the filed Request for Continuance of Rule 16 Scheduling Conference and Order upon the following:

| | |
|---|---|
| **Off-Island Counsel for**<br>**S.J. Gargrave Syndicate 2724**<br><br>Forest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 | **On-Island Counsel for**<br>**S.J. Gargrave Syndicate 2724**<br><br>Tarpley & Moroni, LLP<br>Bank of Hawaii Building<br>134 Soledad Avenue, Suite 402<br>Hagatna, Guam 96910 |
| **Off-Island Counsel for**<br>**Five Seas Shipping Co., LLC**<br><br>Joseph C. Misenti, Jr.<br>Nicoll Black Misenti & Feig, PLLC<br>Marion Building, Suite 300<br>816 Second Avenue<br>Seattle, WA 98104 | **On-Island Counsel for**<br>**Five Seas Shipping Co., LLC**<br><br>Lawrence Teker<br>Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue<br>Hagatna, Guam 96910 |

*/s/ Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant