ORIGINAL

CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Intervenor
Inchcape Shipping Services, Guam LLC

FILED
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | CIVIL CASE NO. 06-00011<br><br>**DECLARATION OF SERVICE** |

### DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 18, 2006, I will cause to served, via hand delivery, true and correct copies of **1) Motion to Intervene; Memorandum of Points and Authorities in Support Thereof; Exhibit A; and 2) Declaration of Service** upon the following:

> R.Michael Underhill, Esq.
> Attorney in Charge
> U.S. Department of Justice
> c/o OFFICE OF THE UNITED STATES ATTORNEY
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> Attorneys for Plaintiff United States of America

4828-1125-4017.1.014026-00020

Joe Misenti, Esq.
c/o TEKER TORRES & TEKER, PC
Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, PC
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam USA 96910
Attorneys for Defendant Five Seas Shipping Co., LLC


Forrest Booth, Esq.
c/o TARPLEY & MORONI, LLP
Ryan Donlon, Esq.
c/o TARPLEY & MORONI, LLP
Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP
Suite 302, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam USA 96910
Attorneys for Defendant S.J. Gargrave Syndicate 2724


DATED: Hagåtña, Guam, July 18, 2006.

_____
ELYZE J. MCDONALD