THOMAS TARPLEY
TARPLEY & MORONI
Bank of Hawaii Building, Suite 402
134 W. Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166)
RYAN C. DONLON (Cal. Bar No. 229292)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Civil Case No. 06-00011<br><br>**ORDER**<br>**Granting Petitions of**<br>**Forrest Booth and Ryan C. Donlon**<br>**for Admission *Pro Hac Vice***<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

WHEREAS the Petitions of Forrest Booth and Ryan C. Donlon to appear *pro hac vice* in the District Court of Guam in the above-captioned action have come regularly before the Court for its review pursuant to GR 17.1(d), Local Rules of the District Court of Guam;

WHEREAS the Petitions are supported by the necessary designation and consent as required by GR 17.1 (e), Local Rules of the District Court of Guam;

WHEREAS it appears to the satisfaction of the Court that the Petitions are meritorious, that Mssrs. Booth and Donlon are attorneys admitted to and in good standing with the State Bar of California and various Courts of Appeals and District Courts of the United States, that said

Petitioners have each paid the prescribed fee for admission, that said Petitioners have each signed the prescribed oath; and that good cause otherwise appears thereon;

IT IS HEREBY ORDERED that the Petitions of Forrest Booth and Ryan C. Donlon for admission to practice pro hac vice before the District Court of Guam are GRANTED and that the said petitioners be admitted upon signing the roll of attorneys.

IT IS SO ORDERED this 18th day of July 2006

*/s/ Joaquin V.E. Manibusan*
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge