1  THOMAS TARPLEY
   TARPLEY & MORONI
2  Bank of Hawaii Building
   134 Soledad Avenue, Suite 402
3  Hagatna, Guam 96910
   Telephone: (671) 472-1539
4  Facsimile: (671) 472-4526
   Electronic mail: tarpley@guam.net
5
   FORREST BOOTH (Cal. Bar No. 74166) (pro hac vice petition pending)
6  RYAN C. DONLON (Cal. Bar No. 229292) (pro hac vice petition pending)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439
   Electronic mail: fb@severson.com
10 Electronic mail: rcd@severson.com

11 Attorneys for Defendant, Cross-Claimant and
   Counterclaimant S.J. GARGRAVE SYNDICATE 2724

ORIGINAL
FILED
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADE CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>　　　　Defendants. | Civil Case No.: 06-00011<br><br>**S.J. GARGRAVE SYNDICATE 2724'S NON-OPPOSITION TO MOTION FOR INTERVENTION FILED BY INCHCAPE SHIPPING SERVICES GUAM LLC**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |
| S.J. GARGRAVE SYNDICATE 2724,<br><br>　　　　Cross-Claimant<br><br>vs.<br><br>MARWAN SHIPPING & TRADE CO., FIVE SEAS SHIPPING CO., LLC, UNITED STATES OF AMERICA<br><br>　　　　Cross-Defendants. | |

Defendant, cross-claimant and counterclaimant S.J. GARGRAVE SYNDICATE 2724 hereby files its statement of non-opposition to the motion to intervene filed by the proposed plaintiff-in-intervention INCHCAPE SHIPPING SERVICES GUAM LLC.

Dated this 20th day of July, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724,
in *personam*

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on July 12, 2006, I caused to be served a true and correct copy of the **S.J. GARGRAVE SYNDICATE 2724'S NON-OPPOSITION TO MOTION FOR INTERVENTION FILED BY INCHCAPE SHIPPING SERVICES GUAM LLC**, to the following:

R. Michael Underhill, Esq.
Attorney In Charge
Torts Branch, Civil Division, West Coast Office
U.S. DEPARTMENT OF JUSTICE
7th Floor Federal Bldg., Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
*Attorneys for Plaintiff and Counterdefendant United States of America*

Joseph C. Misenti, Jr.. Esq.
Nicoll Black Misenti & Feig, PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
*Attorneys for Defendant and Cross-Defendant Five Seas Shipping Co., LLC*

Lawrence J. Teker, Esq.
Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendant and Cross-Defendant Five Seas Shipping Co., LLC*

Dated this 20th day of July, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724,
*in personam*