ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

PETER D. KEISLER
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor Federal Bldg., Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
JUL 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:06-CV-00011 |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | UNITED STATES' NON-OPPOSITION TO MOTION FOR INTERVENTION FILED BY INCHCAPE SHIPPING SERVICES GUAM LLC |
| Defendants. | |

Plaintiff, United States of America, hereby files its statement of non-opposition to the motion to intervene filed by the proposed plaintiff-in-intervention, Inchcape Shipping Services Guam LLC.

Dated: July 18, 2006.

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

//
//
//

STATEMENT OF NON-OPPOSITION – No. 1:06-CV-00011

```
 1
 2
 3                              _____
                                R. MICHAEL UNDERHILL
 4                              Attorney in Charge
                                Torts Branch, Civil Division, West Coast Office
 5                              U.S. Department of Justice

 6                              Of Counsel

 7                              THOMAS H. VAN HORN
                                National Pollution Funds Center
 8                              United States Coast Guard

 9                              Attorneys for Plaintiff United States of America
10
```