```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MIKEL W. SCHWAB
    Assistant U.S. Attorney
 3  108 Hernan Cortez Ave.
    Sirena Plaza, Ste. 500
 4  Hagatna, Guam 96910
    Tel: (671) 472-7332/7208
 5  Fax: (671) 472-7334/7215

 6  PETER D. KEISLER
    Assistant Attorney General
 7  R. MICHAEL UNDERHILL
    Attorney in Charge
 8  Torts Branch, Civil Division
    U.S. Department of Justice
 9  7th Floor Federal Bldg., Room 7-5395
    P.O. Box 36028
10  450 Golden Gate Avenue
    San Francisco, California 94102-3463
11  Telephone: (415) 436-6648
    Fax: (415) 436-6632
12  mike.underhill@usdoj.gov
```

**FILED**
DISTRICT COURT OF GUAM
JUL 24 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff United States of America

DISTRICT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:06-CV-00011 |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | DECLARATION OF SERVICE |
| Defendants. | |

I, Bonnie Li, hereby certify that on July 19, 2006, I served by first class mail copies of the Statement of Non-Opposition of the United States to the Motion for Intervention filed by Inchcape Shipping Services Guam LLC, upon the following:

Forrest Booth
Ryan Donlon
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA. 94111
//

DECLARATION OF SERVICE - No. 1:06-CV-00011

```
 1  Thomas Tarpley
    Tarpley & Moroni
 2  Bank of Hawaii Building
    134 West Soledad Ave., Suite 402
 3  Hagatna, Guam  96910

 4  Joe Misenti
    Nicoll Black Misenti & Feig PLLC
 5  Marion Building, Suite 300
    816 Second Avenue
 6  Seattle WA 98104

 7  Lawrence Teker
    Teker Torres & Teker
 8  Suite 2-A, 130 Aspinall Avenue
    Hagatna 96910-5018, Guam
 9
    David Ledger
10  Carlsmith Ball LLP
    Bank of Hawaii Building, Suite 401
11  134 West Soledad Ave., PO Box BF
    Hagatna, Guam 96932-5027
12
```

_____
BONNIE LI