CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Intervenor
Inchcape Shipping Services Guam LLC



**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants. | CIVIL CASE NO. 06-00011<br><br>**ORDER**<br>**Granting Motion to Intervene** |

On July 20, 2006, Inchcape Shipping Services Guam LLC ("Inchcape Shipping") filed a Motion to Intervene. For good cause shown and based on the lack of any timely filed opposition, the Motion to Intervene is hereby GRANTED. Inchcape Shipping may file its Complaint-in-Intervention no later than August 18, 2006.

DATED: Hagåtña, Guam, August 4th, 2006.

_____
JAMES WARE*
District Judge

---

* The Honorable James Ware, United States District Judge for the Northern District of California, sitting by designation.

4815-2006-3745.1.014026-00020