**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*
  *Marwan Shipping & Trading*
   *and Five Seas Shipping Co., LLC*

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |

----------

I, **LAWRENCE J. TEKER, ESQ.**, hereby certify that on the 15th day of August, 2006, I caused copies of Defendants **MARWAN SHIPPING & TRADING and FIVE SEAS SHIPPING CO., LLC**'s *Motion to Set Aside Order Granting Motion to Intervene, Declaration of Lawrence J. Teker and Order Vacating this Court's Order of August 4, 2006*, to be served, via hand delivery, on the following:

/ / /

| | |
|---|---|
| 1 | Mikel W. Schwab, Esq. |
| 2 | Assistant U. S. Attorney |
| | **Office of the United States Attorney** |
| | 108 Hernan Cortez Avenue, Suite 500 |
| 3 | Hagåtña, Guam 96910 |
| 4 | |
| 5 | Thomas M. Tarpley, Jr. |
| | **Tarpley & Moroni, LLP** |
| | 134 West Soledad Avenue |
| 6 | Bank of Hawaii Building, Suite 402 |
| | Hagåtña, Guam 96910 |
| 7 | |
| 8 | David P. Ledger |
| | **Carlsmith Ball** |
| 9 | 134 West Soledad Avenue |
| | Bank of Hawaii Building, Suite 401 |
| 10 | Hagåtña, Guam 96910 |

Dated this 15th day of August, 2006.

**TEKER TORRES & TEKER, P.C.**

By: *[signature]*
LAWRENCE J. TEKER, ESQ.
*Attorneys for Marwan Shipping & Trade Co.
and Five Seas Shipping Co., LLC*