**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*
  *Marwan Shipping & Trading*
    *and Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION FOR EXTENSION OF TIME** |
| MARWAN SHIPPING & TRADING, FIVE ) | |
| SEAS SHIPPING CO., LLC and S.J. ) | |
| GARGRAVE SYNDICATE 2724, ) | |
| *in personam*, ) | |
| ) | |
| Defendants. ) | |

----------

Because of an unresolved conflict of interest, Marwan Shipping & Trading and Five Seas Shipping Co., LLC, hereby move the Court for an extension of thirty days to answer or otherwise respond to the Complaint of the U.S.A. and the Cross-claim of S.J. Gargrave. Good cause exists for this Motion in that Defendants' counsel needs time to work out a conflict of interest matter with a co-Defendant. If that matter cannot be resolved, Joseph Misenti, Jr. will have to withdraw from this case.

This Motion is made pursuant to F.R.C.P. 6(b) and the Declaration of Counsel,

**ORIGINAL**

previously filed herein with Defendants' Motion to Vacate Order which explains the conflict of interest problem.

*Respectfully submitted* on this 15th day of August, 2006.

**TEKER TORRES & TEKER, P.C.**

By: *(signed)*
LAWRENCE J. TEKER, ESQ.
*Attorneys for Marwan Shipping & Trading and Five Seas Shipping Co., LLC*