**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*
*Marwan Shipping & Trading*
*and Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, ***in personam***,<br><br>Defendants. | CIVIL CASE NO. 06-00011<br><br>**CERTIFICATE OF SERVICE** |

----------

I, **LAWRENCE J. TEKER, ESQ.**, hereby certify that on the 15th day of August, 2006, I caused copies of Defendants **MARWAN SHIPPING & TRADING and FIVE SEAS SHIPPING CO., LLC's** ***Motion for Extension of Time and Order Extending Time to Answer***, to be served, via hand delivery, on the following:

///

///

///

ORIGINAL

Mikel W. Schwab, Esq.
Assistant U. S. Attorney
**Office of the United States Attorney**
108 Hernan Cortez Avenue, Suite 500
Hagåtña, Guam 96910

Thomas M. Tarpley, Jr.
**Tarpley & Moroni, LLP**
134 West Soledad Avenue
Bank of Hawaii Building, Suite 402
Hagåtña, Guam 96910

David P. Ledger
**Carlsmith Ball**
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
Hagåtña, Guam 96910

Dated this 15th day of August, 2006.

**TEKER TORRES & TEKER, P.C.**

By ______________________________
**LAWRENCE J. TEKER, ESQ.**
***Attorneys for Marwan Shipping & Trading and Five Seas Shipping Co., LLC***