TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*
 *Marwan Shipping & Trading*
  *and Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00011 |
| Plaintiff, ) | |
| vs. ) | |
| ) | **DECLARATION OF COUNSEL** |
| MARWAN SHIPPING & TRADING, FIVE ) | **CONCERNING CURRENT MOTIONS** |
| SEAS SHIPPING CO., LLC and S.J. ) | |
| GARGRAVE SYNDICATE 2724, ) | |
| *in personam*, ) | |
| Defendants. ) | |

LAWRENCE J. TEKER, ESQ. hereby declares as follows:

1. I am the local counsel of record for Defendants MARWAN SHIPPING & TRADING and FIVE SEAS SHIPPING CO., LLC, and make this Declaration on personal knowledge.

2. I have been advised by Mike Underhill, Esq., attorney for Plaintiff and Thomas Tarpley, Esq., attorney for Defendant Gargrave, that their respective clients have no objection to MARWAN's and FIVE SEAS's Motion for Extension of Time.

ORIGINAL

3. I have been further advised by Thomas Tarpley, Esq. that his client has no objection to MARWAN's and FIVE SEAS's Motion to Vacate this Court's August 4, 2006 Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Hagåtña, Guam this 17th day of August, 2006.

*/s/ Lawrence J. Teker*
LAWRENCE J. TEKER

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

C:\Files\#LTEKER CLIENTS\MARWAN - DIST CRT\DECLARATION.wpd        -2-

Case 1:06-cv-00011    Document 39    Filed 08/17/2006    Page 2 of 3

# CERTIFICATE OF SERVICE

I, **LAWRENCE J. TEKER, ESQ.**, hereby certify that on the 17th day of August, 2006, I caused copies of Defendants **MARWAN SHIPPING & TRADING and FIVE SEAS SHIPPING CO., LLC's** *Declaration of Counsel Concerning Current Motions*, to be served, via hand delivery, on the following:

> Mikel W. Schwab, Esq.
> Assistant U. S. Attorney
> **Office of the United States Attorney**
> 108 Hernan Cortez Avenue, Suite 500
> Hagåtña, Guam 96910
>
> Thomas M. Tarpley, Jr.
> **Tarpley & Moroni, LLP**
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 402
> Hagåtña, Guam 96910
>
> David P. Ledger
> **Carlsmith Ball**
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagåtña, Guam 96910

Dated this 17th day of August, 2006.

TEKER TORRES & TEKER, P.C.

By: /s/ Lawrence J. Teker
LAWRENCE J. TEKER, ESQ.
*Attorneys for Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

C:\File3\#LTEKER CLIENTS\MARWAN - DIST CRT\DECLARATION.wpd   -3-

Case 1:06-cv-00011   Document 39   Filed 08/17/2006   Page 3 of 3