CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Intervenor
Inchcape Shipping Services Guam LLC

**FILED**
DISTRICT COURT OF GUAM
AUG 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants. | CIVIL CASE NO. CIV06-00011<br><br>DECLARATION OF SERVICE |

### DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on August 18, 2006, I will cause to be served, via hand delivery, true and correct copies of the **1) COMPLAINT IN INTERVENTION; 2) SUMMONS (Defendant Marwan Shipping & Trading Co.; and 3) Summons (Defendant Five Seas Shipping Co., LLC** upon the following:

**ORIGINAL**

R.Michael Underhill, Esq.
Attorney in Charge
U.S. Department of Justice
c/o OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue
Hagåtña, Guam USA 96910
**Attorneys for Plaintiff United States of America**

Joe Misenti, Esq.
c/o TEKER TORRES & TEKER, PC
Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, PC
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant Five Seas Shipping Co., LLC**

Forrest Booth, Esq.
c/o TARPLEY & MORONI, LLP
Ryan Donlon, Esq.
c/o TARPLEY & MORONI, LLP
Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP
Suite 302, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant S.J. Gargrave Syndicate 2724**

DATED: Hagåtña, Guam, August 18, 2006.

*Elyze McDonald*
ELYZE J. MCDONALD