THOMAS M. TARPLEY, JR.
TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal.Bar No. 74166)( Admitted *pro hac vice*)
RYAN C. DONLON (Cal.Bar No. 229292)(Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorney *for* Attorneys for Defendant, Cross-Claimant and
Counterclaimants S.J. GARGRAVE SYNDICATE 2724
8ZP602

**FILED**
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING, CO.,<br>FIVE SEAS SHIPPING CO., LLC, and<br>S.J. GARGRAVE SYNDICATE 2724,<br>in personam,<br><br>Defendant.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM,<br>AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CV06-00011<br><br><br><br><br><br>DEFENDANT S.J. GARGRAVE'S<br>REQUEST TO APPEAR<br>TELEPHONICALLY FOR<br>MOTIONS HEARING;<br>DECLARATION OF SERVICE |

ORIGINAL

Defendant requests that Attorney Forrest Booth, counsel for S.J. Gargrave 2724 be allowed to appear telephonically before the Court on September 12, 2006 at 10:00 a.m. for the scheduling conference. Mr. Booth lives off-island and will not be able to attend the hearing in person.

Dated this 31st day of August, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant
S.J. GARGRAVE 2724

UNITED STATES OF AMERICA v. MARWAN SHIPPING &
TRADING CO., ET. AL., CIVIL 06-00011
DEFENDANT S. J. GARGRAVE'S REQUEST TO APPEAR
TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION
OF SERVICE

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr. hereby certify pursuant to Rule 5(d) F.R.C.P. that on August 31, 2006, I caused to be served true and correct copies of **DEFENDANT S.J. GARGRAVE'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE**, and **ORDER GRANTING DEFENDANT S.J. GARGRAVE'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING** to the following:

R. MICHAEL UNDERHILL, ESQ.
c/o MIKEL W. SCHWAB, ESQ.
OFFICE OF THE UNITED STATES ATTORNEY
108 HERNAN CORTEZ AVENUE, SUITE 500
HAGATNA, GUAM 96919
Attorneys for Plaintiff

JOSEPH C. MISENTI, JR., ESQ.
c/o LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGATNA, GUAM 96910

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BLDG.
134 WEST SOLEDAD AVENUE
SUITE 401
HAGATNA, GUAM 96910

Dated this 31st day of August, 2006.

_____
THOMAS M. TARPLEY, JR.

UNITED STATES OF AMERICA v. MARWAN SHIPPING & TRADING CO., ET. AL., CIVIL 06-00011
DEFENDANT S. J. GARGRAVE'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE