

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Civil Case No. 06-00011<br><br><br>**ORDER** |
| AND CROSS-CLAIMS, COUNTERCLAIM AND CLAIM-IN-INTERVENTION. | |

Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for September 12, 2006, is hereby moved to Wednesday, September 20, 2006, at 9:00 a.m.

SO ORDERED this 1st day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge