THOMAS M. TARPLEY, JR.
TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal.Bar No. 74166 )(Admitted *pro hac vice*)
RYAN C. DONLON (Cal.Bar No. 229292)(Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorney *for* Attorneys for Defendant, Cross-Claimant and Counterclaimants S.J. GARGRAVE SYNDICATE 2724
8ZP603

**FILED**
DISTRICT COURT OF GUAM

SEP - 1 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING, CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendant.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CV06-00011<br><br>**ORDER**<br>Granting Defendant S.J. Gargrave's Request to Appear Telephonically for Scheduling Conference |

**IT IS HEREBY ORDERED** that Defendant S.J. Gargrave's counsel may appear telephonically for the scheduling conference to be heard on **September 20, 2006 at 9:00 a.m.**

Dated this 1st day of September 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE