**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*
 *Marwan Shipping & Trading*
  *and Five Seas Shipping Co., LLC*

**FILED**
DISTRICT COURT OF GUAM

SEP -1 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00011 |
| Plaintiff, ) | |
| vs. ) | **ORDER EXTENDING TIME TO ANSWER** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, ) | |
| Defendants. ) | |

Good cause appearing therefor, Defendants Marwan Shipping and Five Seas Shipping's Motion to Extend Time to Answer is hereby GRANTED, and said Defendants shall have until September 15, 2006 to answer or otherwise respond to Plaintiff's Complaint and Defendant S.J. Gargrave's Cross-claim.

Dated: September 1, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge