CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC



FILED
DISTRICT COURT OF GUAM

SEP - 1 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff-in-Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants. | CIVIL CASE NO. CIV06-00011<br><br>IN ADMIRALTY<br><br>**APPLICATION TO THE CLERK OF COURT FOR ISSUANCE OF PROCESS RE FOREIGN CORPORATION PURSUANT TO RULE 4(f)(2)(B) OF THE FED.R.CIV.P.**<br><br>(PROCESS OF LETTER ROGATORY RE DEFENDANT MARWAN SHIPPING & TRADING CO.) |

Plaintiff-in-Intervention Inchcape Shipping Services Guam, LLC ("Inchcape") hereby requests that, pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(B), the Clerk of the Court issue the "REQUEST FOR JUDICIAL ASSISTANCE UPON A FOREIGN CORPORATION" submitted to the Clerk herewith.

Defendant MARWAN SHIPPING & TRADING CO. is a foreign corporation or association having a place of business and doing business in the United Arab Emirates. Rule

4(h)(2) provides that service on a foreign corporation or association may be made in accordance with the procedures set forth in Rule 4(f). In turn, Rule 4(f)(2)(B) provides that service may be made through Letters Rogatory, which is an official procedure for service of process through, *inter alia*, diplomatic channels.

Once the Clerk of the Court executes the "REQUEST FOR JUDICIAL ASSISTANCE UPON A FOREIGN CORPORATION", Inchcape shall cause the issued Writ to be served upon the defendant through the applicable procedures under Rule 4(f)(2)(B).

No defendant parties have yet appeared or answered in this action.

DATED: Hagåtña, Guam, August 31, 2006.

CARLSMITH BALL LLP

*/s/ Elyze J. McDonald*
ELYZE J. MCDONALD
Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC