Lawrence J. Teker
Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

John E.D. Powell, WSBA #12941
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle WA 98101
Telephone: (206) 623-9900
Facsimile: (206) 748-9018

Attorneys for Defendant Five Seas Shipping Co., LLC

FILED
DISTRICT COURT OF GUAM
SEP - 6 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, in personam,

Defendants.

CASE NO. 06-00011

APPLICATION OF JOHN E.D. POWELL FOR ADMISSION PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM

COMES NOW John E.D. Powell and moves pursuant to GR17.1(d), Local Rules of the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam, and submits the following information as required under GR17.1(d)(1):

(A) I do not reside in Guam;

(B) I am not regularly employed in Guam; and,

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

ORIGINAL
Case 1:06-cv-00011 Document 48 Filed 09/06/2006 Page 1 of 3
ginavolynsky 109137

(C) I am not regularly employed in business, professional or other activities in Guam.

Pursuant to GR 17.1(d)(2), I hereby submit the following information under penalty of perjury:

(A) My residence is 9617 Timberlane Place, Bainbridge Island, WA 98110. My office address is Stafford Frey Cooper, 601 Union Street, Suite 3100, Seattle, WA 98101.

(B) I have been admitted to the following courts: State of Washington, 1982, and, the United States District Court for the Western District of Washington, 1983.

(C) I am in good standing and eligible to practice in the above said courts.

(D) I am not currently suspended or disbarred in any other court.

(E) I have not concurrently or within the year preceding my current application made any pro hac vice applications to this Court.

I hereby reaffirm the designation of Lawrence J. Teker of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Avenue, Hagatna 96910-5010 Guam (telephone 671-477-9891 and facsimile 671-472-2601), an active member in good standing of the bar of this Court who maintains an office at the place within the District, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

///

///

///

///

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 FAX 206.624.6885

DATED this 28 day of August, 2006.

STAFFORD FREY COOPER

By: ___________________________
JOHN E. D. Powell, WSBA #12941
Attorneys for Defendant Five Seas Shipping Co.

Pursuant to GR 17.1(e), I hereby consent to serve as local counsel for John E. D Powell in the above captioned matter.

DATED this 5th day of ~~August~~ September, 2006.

TEKER TORRES & TEKER, P.C.

By: ___________________________
Lawrence J. Teker

APPLICATION OF JOHN E.D. POWELL
FOR ADMISSION PRO HAC VICE
Cause No. 06-00011 - 3

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101 1374
TEL 206.623.9900 FAX 206.624.6885

ginavolynsky 109137