CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Intervenor
Inchcape Shipping Services Guam LLC

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants. | CIVIL CASE NO. CIV06-00011<br><br>**DECLARATION OF SERVICE** |

### DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on September 6, 2006, I will cause to be served, via hand delivery, true and correct copies of the following:

    1.    **Summons (Defendant Marwan Shipping & Trading Co.).**



2.     **Application to the Clerk of Court for Issuance of Process Re Foreign Corporation Pursuant to Rule 4(f)B) of the Fed.R.Civ.P. (Process of Letter Rogatory Re Defendant Marwan Shipping & Trading Co.).**

3.     **Request For Judicial Assistance Upon a Foreign Corporation (Defendant Marwan Shipping & Trading Co.) Pursuant to Rule 4(f)(2)(B) of the Fed.R.Civ.P. and Letter Rogatory.**

4.     **Summons (Defendant Five Seas Shipping Co., LLC.).**

5.     **Application to the Clerk of Court for Issuance of Process Re Foreign Corporation Pursuant to Rule 4(f)B) of the Fed.R.Civ.P. (Process of Letter Rogatory Re Defendant Five Seas Shipping Co., LLC).**

6.     **Request For Judicial Assistance Upon a Foreign Corporation (Defendant Five Seas Shipping Co., LLC) Pursuant to Rule 4(f)(2)(B) of the Fed.R.Civ.P. and Letter Rogatory.**

upon the following:

R.Michael Underhill, Esq.
Attorney in Charge
U.S. Department of Justice
c/o OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue
Hagåtña, Guam USA 96910
**Attorneys for Plaintiff United States of America**

Jed Powell, Esq.
c/o TEKER TORRES & TEKER, PC
Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, PC
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant Five Seas Shipping Co., LLC**

Forrest Booth, Esq.
c/o TARPLEY & MORONI, LLP
Ryan Donlon, Esq.
c/o TARPLEY & MORONI, LLP
Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP
Suite 302, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant S.J. Gargrave Syndicate 2724**

DATED: Hagåtña, Guam, September 6, 2006.

/s/ David Ledger
DAVID LEDGER