ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

PETER D. KEISLER
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
MIMI MOON
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone: (415) 436-6648; (415) 436-6646
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov; mimi.moon@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
DISTRICT COURT OF GUAM
SEP 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARWAN SHIPPING & TRADING CO.,<br>FIVE SEAS SHIPPING CO., LLC, and<br>S.J. GARGRAVE SYNDICATE 2724,<br>in personam,<br><br>　　　　　Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM,<br>CLAIM IN INTERVENTION,<br>AND THIRD-PARTY COMPLAINT. | CIVIL CASE NO. 06-00011<br><br>MOTION REQUESTING<br>TELEPHONIC<br>PARTICIPATION BY<br>UNITED STATES COUNSEL<br>R. MICHAEL UNDERHILL<br><br>DATE: September 20th, 2006<br>TIME: 9:00 a.m. |

The United States of America submits this Motion to allow R. Michael Underhill, attorney for the United States Department of Justice, Torts Branch, to participate by telephone in the hearing presently scheduled for September 20th, 2006 at 9:00 a.m. His number is 415-436-6648.

Assistant United States Attorney Mikel Schwab will appear in the courtroom and assist. The attorneys thank the Court for the courtesy of considering this request.

Dated: September 13th, 2006.

    Respectfully submitted,

    LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

    BY: _____
    MIKEL SCHWAB
    Assistant U.S. Attorney

    PETER D. KEISLER
    Assistant Attorney General
    R. MICHAEL UNDERHILL
    Attorney in Charge
    Torts Branch, Civil Division
    MIMI MOON
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice

    Of Counsel

    THOMAS H. VAN HORN
    National Pollution Funds Center
    United States Coast Guard

    Attorneys for Plaintiff United States of America

MOTION REQUESTING
TELEPHONE PARTICIPATION - CIV. NO. 06-00011- 2 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2006, I served a copy of the foregoing REQUEST FOR TELEPHONIC PARTICIPATION and CERTIFICATE OF SERVICE to the following attorneys of record:

First-class mail, postage prepaid:

Forrest Booth
Ryan Donlon
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA. 94111

John Powell
Stafford Frey Cooper
601 Union St., Ste. 3100
Seattle, WA 98101-1374

Personal Service:

Thomas M. Tarpley Jr.
Tarpley & Moroni LLP
Bank of Hawaii Building
134 West Soledad Ave., Suite 402
Hagatna, Guam 96910

Lawrence Teker
Teker Torres & Teker
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018

David Ledger
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagatna, Guam 96932-5027

FRANCES B. LEON GUERRERO
Legal Assistant

MOTION REQUESTING
TELEPHONE PARTICIPATION - CIV. NO. 06-00011- 3 -