THOMAS M. TARPLEY, JR.
TARPLEY & MORONI, LLP
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
8ZP629W

FILED
DISTRICT COURT OF GUAM
SEP 14 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>INCHAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**NOTICE OF NON-AVAILABILITY OF COUNSEL FOR S.J. GARGRAVE SYNDICATE 2724**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Forrest Booth of Severson & Werson, attorney for Defendant, Cross-Claimant and Counterclaimant S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave"), will be out of state and unavailable for any proceedings of any nature, including but not limited to, receiving notices of any kind, responding to *ex parte* applications, process service, appearing in Court and attending depositions, on the following dates: Monday, September 18, 2006 through Friday, October 6, 2006, inclusive.

Counsels' consideration in not scheduling matters during these periods will be appreciated. Of exception is the Scheduling Conference currently set during this period but for which Mr. Booth has arranged to attend telephonically. Purposely scheduling a conflicting proceeding or another matter requiring opposing counsel's participation or attention, after being advised of counsel's unavailability, without good cause, is conduct subject to sanctions. <u>Tenderloin Housing Clinic, Inc. v. Sparks</u>, 8 Cal.App.4th 299 (1992).

Dated this 14th of September, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant
S.J. GARGRAVE SYNDICATE 2724

## CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on September 14, 2006, I caused to be served a true and correct copy of the **NOTICE OF NON-AVAILABILITY OF COUNSEL FOR S.J. GARGRAVE SYNDICATE 2724**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchape Shipping Services Guam LLC*

Dated this 14th day of September, 2006.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant
S.J. GARGRAVE SYNDICATE 2724