TEKER TORRES & TEKER, P.C.
LAWRENCE J. TEKER
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

**STAFFORD FREY COOPER**
JOHN E.D. POWELL
SUITE 3100, 601 UNION STREET
SEATTLE, WA. 98101
TELEPHONE: (206) 623-9900
FACSIMILE: (206) 748-9018

*Attorneys for Defendants
Marwan Shipping & Trading and
Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
SEP 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> INCHCAPE SHIPPING SERVICES GUAM, LLC, <br><br> Plaintiff-In-Intervention, <br><br> vs. <br><br> MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br> Defendants. | CIVIL CASE NO. 06-00011 <br><br><br><br><br><br><br><br> **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

----------

IT IS HEREBY STIPULATED, by and between the parties hereto, that the Scheduling Conference in this matter, now set for September 20, 2006, at the hour of 9:00 o'clock a.m., be continued for one week, to September 27, 2006 at the hour of 9:30 a.m., on the grounds that

ORIGINAL

John E.D. Powell, Esq., off-island counsel for the Defendants, Marwan Shipping & Trading and Five Seas Shipping Co., LLC, would like to attend the Scheduling Conference in person.

Dated at Hagåtña, Guam, on September 12, 2006.

**TEKER TORRES & TEKER, P.C.**

By _____
for LAWRENCE J. TEKER, ESQ.
Attorneys for *Defendants, Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

**OFFICE OF THE UNITED STATES ATTORNEY**

By _____
MIKEL W. SCHWAB, ESQ.
Assistant Attorney General
Attorneys for Plaintiff

**TARPLEY & MORONI, LLP**

By _____
THOMAS TARPLEY, ESQ., Attorneys for Defendant, *S.J. Gargrave Syndicate 2724*

**CARLSMITH BALL, LLP**

By _____
DAVID P. LEDGER, ESQ.
Attorneys for Plaintiff-In-Intervention,
*Inchcape Shipping Services Guam, LLC*

LJT:SST:cs
PLDGS:MARWAN SHIPPING:006B