**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
SEP 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00011 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | ) | |
| Defendants. | ) | |

----------

I, Lawrence J. Teker, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on September 15, 2006, a true and exact copy of the Answer and Counterclaim to Verified Complaint of the United States of America; Answer to Cross-Claim of S.J. Gargrave Syndicate 2724 was served, via hand delivery, on the following:

**ORIGINAL**

| | | |
|---|---|---|
| 1 | a. | Office of the United States Attorney |
| | | 108 Hernan Cortez Avenue, Suite 500 |
| 2 | | Hagåtña, Guam 96910 |
| 3 | b. | Thomas Tarpley, Esq. |
| | | Tarpley & Moroni, LLP |
| 4 | | Bank of Hawaii Building |
| | | 4th Floor |
| 5 | | Hagåtña, Guam 96910 |
| 6 | c. | David P. Ledger, Esq. |
| | | Carlsmith Ball, LLP |
| 7 | | Bank of Hawaii Building |
| | | 4th Floor |
| 8 | | Hagåtña, Guam 96910 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on September 15, 2006.

*[Signature]*
LAWRENCE J. TEKER

LJT:JR:cs
MARWAN SHIPPING-U.S. vs.:002