ORIGINAL

TEKER TORRES & TEKER, P.C.
LAWRENCE J. TEKER
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

STAFFORD FREY COOPER
JOHN E.D. POWELL
SUITE 3100, 601 UNION STREET
SEATTLE, WA. 98101
TELEPHONE: (206) 623-9900
FACSIMILE: (206) 748-9018

*Attorneys for Defendants*
*Marwan Shipping & Trading and*
*Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| INCHCAPE SHIPPING SERVICES GUAM, ) | |
| LLC, ) | |
| ) | |
| Plaintiff-In-Intervention, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | **Granting *Pro Hac Vice* Admission** |
| MARWAN SHIPPING & TRADING, FIVE ) | **Application of John E.D. Powell** |
| SEAS SHIPPING CO., LLC and S.J. ) | |
| GARGRAVE SYNDICATE 2724, ) | |
| *in personam*, ) | |
| ) | |
| Defendants. ) | |

----------

The Application of John E.D. Powell for admission ***pro hac vice*** to this Court comes on for

ORDER RE: APPLICATION OF JOHN E.D. POWELL FOR
ADMISSION PRO HAC VICE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF GUAM;
CASE NO. 06-00011

Case 1:06-cv-00011   Document 58   Filed 09/18/2006   Page 1 of 2

review, and said Application being in compliance with the requirements of GR 17.1, Local Rules of the District Court of Guam, and for good cause shown,

IT IS THEREFORE ORDERED that the Application of John E.D. Powell is hereby granted and that the said Applicant be admitted to this Court for the purpose of participating in the above-captioned matter.

IT IS FURTHER ORDERED that the law firm of Teker Torres & Teker, P.C. be, and is hereby, designated as local counsel of record in this action.

DATED at Hagåtña, Guam, on September 18, 2006.

*JOAQUIN V.E. MANIBUSAN, JR.*
U.S. Magistrate Judge

LJT:JR:cs

MARWAN SHIPPING-U.S. vs.:005

ORDER RE: APPLICATION OF JOHN E.D. POWELL FOR
ADMISSION PRO HAC VICE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF GUAM;
CASE NO. 06-00011
-2-

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Case 1:06-cv-00011    Document 58    Filed 09/18/2006    Page 2 of 2