ORIGINAL

**TEKER TORRES & TEKER, P.C.**
LAWRENCE J. TEKER
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

**STAFFORD FREY COOPER**
JOHN E.D. POWELL
SUITE 3100, 601 UNION STREET
SEATTLE, WA. 98101
TELEPHONE: (206) 623-9900
FACSIMILE: (206) 748-9018

*Attorneys for Defendants*
*Marwan Shipping & Trading and*
*Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| INCHCAPE SHIPPING SERVICES GUAM, ) | |
| LLC, ) | |
| ) | |
| Plaintiff-In-Intervention, ) | |
| ) | |
| vs. ) | **ORDER CONTINUING** |
| ) | **SCHEDULING CONFERENCE** |
| MARWAN SHIPPING & TRADING, FIVE ) | |
| SEAS SHIPPING CO., LLC and S.J. ) | |
| GARGRAVE SYNDICATE 2724, ) | |
| ***in personam***, ) | |
| ) | |
| Defendants. ) | |

----------

BASED upon the Stipulation of the parties, filed herein on September 14, 2006, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Scheduling Conference in this matter, now set

for September 20, 2006, at the hour of 9:00 o'clock a.m., be continued for one week, to September 27, 2006, at the hour of 9:30 a.m., to allow off-island counsel for Defendants, Marwan Shipping & Trading and Five Seas Shipping Co., LLC, to attend the Scheduling Conference in person.

DATED at Hagåtña, Guam, on September 18, 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

LJT:SST:cs
PLDGS:MARWAN SHIPPING:007

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Order Continuing Scheduling Conference
Civil Case No. 06-00011
-2-

Case 1:06-cv-00011   Document 59   Filed 09/18/2006   Page 2 of 2