LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

PETER D. KEISLER
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
MIMI MOON
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone: (415) 436-6648; (415) 436-6646
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov; mimi.moon@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724,<br>in personam,<br><br>　　　　Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, CLAIM IN INTERVENTION, AND THIRD-PARTY COMPLAINT. | CIVIL CASE NO. 06-00011<br><br>ORDER<br>Granting Motion Requesting<br>Telephonic Participation |

ORDER GRANTING MOTION REQUESTING
TELEPHONE PARTICIPATION - CIV. NO. 06-00011          1

**ORIGINAL**

The United States of America having moved to allow R. Michael Underhill, United States Department of Justice, Torts Branch, to participate by telephone in the hearing scheduled for September 27, 2006, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion shall be, and the same is, granted.

IT IS SO ORDERED.

Dated: September 18, 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORDER GRANTING MOTION REQUESTING
TELEPHONE PARTICIPATION - CIV. NO. 06-00011

2