**THOMAS M. TARPLEY, JR.**
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal.Bar No. 74166 )(Admitted *pro hac vice*)
**RYAN C. DONLON** (Cal.Bar No. 229292)(Admitted *pro hac vice*)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorney *for* Attorneys for Defendant, Cross-Claimant and
Counterclaimants S.J. GARGRAVE SYNDICATE 2724
8ZP643

FILED

DISTRICT COURT OF GUAM

SEP 20 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>     v. <br><br> INCHAPE SHIPPING SERVICES GUAM, LLC, <br><br>     Plaintiff in Intervention, <br><br>     v. <br><br> MARWAN SHIPPING & TRADING, CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br>     Defendant. <br><br>———————————————— <br><br> AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CV06-00011 <br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |



I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed.R.Civ. P. that on September _20th_, 2006, I caused to be served true and correct copies of the **(1) FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724, (2) THIRD PARTY SUMMONS TO (AL-BUHAIRA NATIONAL INSURANCE CO), and (3) THIRD PARTY SUMMONS TO (NAVIGATORS PROTECTION & INDEMNITY)**, to the following:

R. MICHAEL UNDERHILL, ESQ.
Attorney in Charge
MIMI MOON, ESQ.
Trial Attorney
c/o MIKE W. SCHWAB, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

JOHN E.D. POWELL, ESQ.
c/o LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

DAVID P. LEDGER, ESQ.
ELYZE J. McDONALD, ESQ.
CARLSMITH BALL, LLP
Bank of Hawaii Building
Suite 401
Hagatna, Guam 96910
*Attorneys for Intervenor Inchape Shipping Services Guam LLC*

Dated this _20th_ day of September, 2006.

TARPLEY & MORONI, LLP

By:

THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant
S.J. GARGRAVE SYNDICATE 2724