LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**STAFFORD FREY COOPER**
601 Union Street, Suite 3100
Seattle WA 98101
Telephone: (206) 623-9900
Facsimile: (206) 748-9018

Attorneys for Defendants, *Marwan Shipping & Trading, Co. and Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
OCT - 4 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
|---|---|
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING, CO., FIVE SEAS SHIPPING CO., LLC, AND S.J. GARGRAVE SYNDICATE 2724, in personam, | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION. | |

I, LAWRENCE J. TEKER, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2 I hereby certify that on October 4, 2006, true and exact copies of the Amended Answer and Counterclaim to Verified Complaint of the United States of America;

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S
COMPLAINT IN INTERVENTION; AND COUNTERCLAIM
Cause No. 06-00011 - 1

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 FAX 206.624.6885

Case 1:06-cv-00011   Document 64   Filed 10/04/2006   Page 1 of 2
ORIGINAL

Answer to Cross-Claim of S.J. Gargrave Syndicate 2724, and the Answer to Inchcape's Complaint In Intervention; and Counterclaim, were served, via hand delivery, on the following:

    A.    Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagåtña, Guam 96910

    B.    Thomas Tarpley, Esq.
Law Offices of Thomas Tarpley
Bank of Hawaii Building
4th Floor
Hagåtña, Guam 96910

    C.    David P. Ledger, Esq.
Carlsmith Ball, LLP
Bank of Hawaii Building
4th Floor
Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on October 4, 2006.

_/s/ Lawrence J. Teker_
LAWRENCE J. TEKER

LJT:JR:cs
MARWAN SHIPPING-U.S. vs.:COS

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S
COMPLAINT IN INTERVENTION; AND COUNTERCLAIM
Cause No. 06-00011 - 2

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1872
TEL 206.623.9900 FAX 206.624.6885

Case 1:06-cv-00011    Document 69    Filed 10/04/2006    Page 2 of 2