THOMAS M. TARPLEY
Attorney at Law
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant
Counterclaimant, and Third-Party Complaint
S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADE CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>S.J. GARGRAVE SYNDICATE 2724,<br><br>Cross-Claimant,<br><br>vs.<br><br>MARWAN SHIPPING & TRADE CO., FIVE SEAS SHIPPING CO., LLC, UNITED STATES OF AMERICA,<br><br>Cross-Defendants. | Civil Case No.: 06-00011<br><br>**APPLICATION TO CLERK OF COURT FOR ISSUANCE OF PROCESS RE FOREIGN CORPORATION (FRCP 4(f)(2)(B)**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

| | |
|---|---|
| 1 | S.J. GARGRAVE SYNDICATE 2724, |
| 2 | Third-Party Plaintiff, |
| 3 | vs. |
| 4 | NAVIGATORS PROTECTION & INDEMNITY; AL-BUHAIRA NATIONAL INSURANCE COMPANY, |
| 5 | |
| 6 | |
| 7 | Third-Party Defendants. |

S.J. GARGRAVE SYNDICATE 2724 ("Gargrave") hereby requests that, pursuant to Rules 4(h)(2) and 4(f)(2)(B) of the Federal Rules of Civil Procedure, the Clerk of the Court issue the "REQUEST FOR JUDICIAL ASSISTANCE UPON A FOREIGN CORPORATION AND LETTER ROGATORY" submitted to the Clerk herewith, to the appropriate judicial or diplomatic authority.

Third-Party Defendant AL BUHAIRA NATIONAL INSURANCE COMPANY ("Al Buhaira") is a foreign corporation or association having a place of business and doing business in the United Arab Emirates. Rule 4(h)(2) of the Federal Rules of Civil Procedure provides that service on a foreign corporation or association may be made in accordance with the procedures set forth in Rule 4(f) of the Federal Rules of Civil Procedure. In turn, Rule 4(f)(2)(B) provides that service may be made through Letters Rogatory, which is an official procedure for service of process through, *inter alia*, diplomatic channels.

Once the Clerk of the Court executes the "REQUEST FOR JUDICIAL ASSISTANCE UPON A FOREIGN CORPORATION AND LETTER ROGATORY," the United States shall, it is hereby requested, cause the issued Writ to be served upon the defendant through the applicable procedures under Rule 4(f)(2)(B).

- 2 -
11620/0002/596827.1    APPLICATION FOR ISSUANCE OF PROCESS RE FOREIGN CORPORATION
Case 1:06-cv-00011    Document 73    Filed 11/17/2006    Page 2 of 3
Case No.: 06-00011

| | | |
|---|---|---|
| 1 | DATED: ~~October~~ **November 16**, 2006 | Respectfully submitted, |
| 2 | | SEVERSON & WERSON |
| 3 | | A Professional Corporation<br>Forrest Booth<br>Ryan Donlon |

Law Offices of
THOMAS MCKEE TARPLEY
A Professional Corporation

By: _____
　　　　　Thomas M. Tarpley

Attorneys for Defendant, Cross-Complainant, Third-Party Complainant S.J. GARGRAVE SYNDICATE 2724