**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal.Bar No. 74166 )(Admitted *pro hac vice*)
**RYAN C. DONLON** (Cal.Bar No. 229292)(Admitted *pro hac vice*)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorney *for* Attorneys for Defendant, Cross-Claimant and
Counterclaimants S.J. GARGRAVE SYNDICATE 2724
8ZP763

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff-in-Intervention,<br><br>    v.<br><br>MARWAN SHIPPING & TRADING, CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendant.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CV06-00011<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |



I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on November 17, 2006, I caused to be served true and correct copies of **(1)** REQUEST FOR JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS UPON A FOREIGN CORPORATION (AL BUHAIRA NATIONAL INSURANCE COMPANY) AND LETTER ROGATORY (FED. R. CIV. P. 4(f)(2)(B) WITH ATTACHED DOCUMENTS; and **(2)** APPLICATION TO CLERK OF COURT FOR ISSUANCE OF PROCESS RE FOREIGN CORPORATION (FRCP 4(f)(2)(B), to the following:

R. MICHAEL UNDERHILL, ESQ.
Attorney in Charge
MIMI MOON, ESQ.
Trial Attorney
c/o MIKE W. SCHWAB, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

JOHN E.D. POWELL, ESQ.
c/o LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

DAVID P. LEDGER, ESQ.
ELYZE J. McDONALD, ESQ.
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
Hagatna, Guam 96910
*Attorneys for Plaintiff-in-Intervention Inchcape Shipping Services Guam, LLC*

Dated this __17__ day of November, 2000.

_____
DOROTHEA QUICHOCHO