CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Intervenor
Inchcape Shipping Services Guam LLC

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>        Defendants.<br><br>AND CROSS-CLAIM, COUNTERCLAIM, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. 06-00011<br><br>**ORDER**<br>Granting Motion to Amend Complaint in Intervention |

The above-captioned matter having come before this Court by the filing of a Motion to Amend Complaint in Intervention, by Plaintiff-in-Intervention Inchcape Shipping Services Guam, LLC, by and through its counsel of record, Carlsmith Ball LLP, pursuant to Federal Rule of Civil Procedure 15;

For good cause shown and based on the lack of any Opposition,

IT IS HEREBY ORDERED, that Inchcape's Motion to Amend is GRANTED. Inchcape shall file its Amended Complaint in Intervention no later than December 1, 2006.

DATED: November 28, 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**