CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC

FILED
DISTRICT COURT OF GUAM
NOV 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff-in-Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. SYNDICATE 2724, in personam,<br><br>    Defendants. | CIVIL CASE NO. CIV06-00011<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November 29, 2006, I served, via hand delivery, a true and correct copy of **ORDER Granting Motion to Amend Complaint in Intervention (Filed 11/28/2006)** upon the following Counsels of record:

R. Michael Underhill, Esq.
Attorney in Charge
U.S. Department of Justice
c/o OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue
Hagåtña, Guam USA 96910
**Attorneys for Plaintiff United States of America**

Jed Powell, Esq.
c/o TEKER TORRES & TEKER, PC
Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, PC
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant Five Seas Shipping Co., LLC**

Forrest Booth, Esq.
Ryan Donlon, Esq.
c/o Thomas M. Tarpley, Jr., Esq.
Suite 302, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant S.J. Gargrave Syndicate 2724**

DATED: Hagåtña, Guam, November 29, 2006.

_/s/ David Ledger_
DAVID LEDGER