CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC

FILED
DISTRICT COURT OF GUAM
DEC - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam, NAVIGATORS PROTECTION & INDEMNITY, and AL-BUHAIRA NATIONAL INSURANCE COMPANY,

Defendants.

AND CROSS CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION.

CIVIL CASE NO. CIV06-00011

IN ADMIRALTY

**APPLICATION TO THE CLERK OF COURT FOR ISSUANCE OF PROCESS UPON A FOREIGN CORPORATION PURSUANT TO FED. R. CIV. P. 4(f)(2)(B)**

**(PROCESS OF LETTER ROGATORY RE DEFENDANT AL BUHAIRA NATIONAL INSURANCE COMPANY)**

Plaintiff-in-Intervention Inchcape Shipping Services Guam, LLC ("Inchcape") hereby requests, pursuant to Fed. R.Civ. P. 4(h)(2) and 4(f)(2)(B), the Clerk of the Court to issue the "REQUEST FOR JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS UPON A FOREIGN CORPORATION" submitted to the Clerk contemporaneously herewith.

Defendant Al Buhaira National Insurance Company is a foreign corporation or association having a place of business and doing business in the United Arab Emirates. Rule 4(h)(2) provides that service on a foreign corporation or association may be made in accordance with the procedures set forth in Rule 4(f). In turn, Rule 4(f)(2)(B) provides that service may be made through Letters Rogatory, which is an official procedure for service of process through, *inter alia*, diplomatic channels.

Once the Clerk of the Court executes the "REQUEST FOR JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS UPON A FOREIGN CORPORATION", Inchcape shall cause the issued Writ to be served through the applicable procedures under Rule 4(f)(2)(B).

DATED: Hagåtña, Guam, December 6, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC