CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC



**FILED**
DISTRICT COURT OF GUAM

DEC - 6 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam, NAVIGATORS PROTECTION & INDEMNITY, and AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants.<br><br>AND CROSS CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CIV06-00011<br><br>IN ADMIRALTY<br><br>**APPLICATION TO THE CLERK OF COURT FOR ISSUANCE OF PROCESS UPON A FOREIGN CORPORATION PURSUANT TO FED. R. CIV. P. 4(f)(2)(B)**<br><br>**(PROCESS OF LETTER ROGATORY RE DEFENDANT NAVIGATORS PROTECTION & INDEMNITY)** |

Plaintiff-in-Intervention Inchcape Shipping Services Guam, LLC ("Inchcape") hereby requests, pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(B), the Clerk of the Court to issue the "REQUEST FOR JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS UPON A FOREIGN CORPORATION" submitted to the Clerk contemporaneously herewith.

Defendant NAVIGATORS PROTECTION & INDEMNITY (A/K/A NAVIGATORS GROUP, INC). is a foreign corporation or association having a place of business and doing business in the United Kingdom. Fed, R. Civ. Pro. 4(h)(2) provides that service on a foreign corporation or association may be made in accordance with the procedures set forth in Rule 4(f). In turn, Rule 4(f)(2)(B) provides that service may be made through Letters Rogatory, which is an official procedure for service of process through, *inter alia*, diplomatic channels.

Once the Clerk of the Court executes the "REQUEST FOR JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS UPON A FOREIGN CORPORATION", Inchcape shall cause the issued Writ to be served through the applicable procedures under Rule 4(f)(2)(B).

DATED: Hagåtña, Guam, December 6, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC