CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC



**FILED**
DISTRICT COURT OF GUAM

**DEC 1 1 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. CIV06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam, NAVIGATORS PROTECTION & INDEMNITY, and AL-BUHAIRA NATIONAL INSURANCE COMPANY, | **DECLARATION OF SERVICE** |
| Defendants. | |
| AND CROSS CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION. | |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States,

that on December 11, 2006, I will cause to be served, via hand delivery, a true and correct copy

of the following documents filed on December 7, 2006:

1. **Request for International Judicial Assistance for Service of Process Upon a Foreign Corporation (Defendant Al Buhaira National Insurance Company) Pursuant to Fed. R. Civ. P. 4(f)(2)(B) and Letter Rogatory;**

**ORIGINAL**

2. **Request for International Judicial Assistance for Service of Process Upon a Foreign Corporation (Defendant Navigators Protection & Indemnity; aka Navigators Group, Inc.) Pursuant to Fed. R. Civ. P. 4(f)(2)(B) and Letter Rogatory**

upon the following Counsels of record:

> R. Michael Underhill, Esq.
> Attorney in Charge
> U.S. Department of Justice
> c/o OFFICE OF THE UNITED STATES ATTORNEY
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

> Jed Powell, Esq.
> c/o TEKER TORRES & TEKER, PC
> Lawrence J. Teker, Esq.
> TEKER TORRES & TEKER, PC
> Suite 2-A, 130 Aspinall Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Defendant Five Seas Shipping Co., LLC**

> Forrest Booth, Esq.
> Ryan Donlon, Esq.
> c/o Thomas M. Tarpley, Jr., Esq.
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Defendant S.J. Gargrave Syndicate 2724**

DATED: Hagåtña, Guam, December 11, 2006.

DAVID LEDGER