CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff-in-Intervention
Inchcape Shipping Services Guam, LLC



FILED
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, in personam, NAVIGATORS PROTECTION & INDEMNITY, and AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants.<br><br>AND CROSS CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. CIV06-00011<br><br><br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November 30, 2006, I served, via hand delivery, a true and correct copy of the AMENDED COMPLAINT IN INTERVENTION filed on November 30, 2006 upon the following Counsels of record.

I also served on December 6, 2006, via hand delivery, a true and correct copy of the following documents filed on December 6, 2006:

1. Application of the Clerk of Court for Service of Process upon a Foreign Corporation Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii); Exhibits A & B - Navigators Protection and Indemnity;

2. Application of the Clerk of Court for Service of Process upon a Foreign Corporation Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii); Exhibits A & B - Al Buhaira National Insurance Company;

3. Application to the Clerk of Court for Issuance of Process Upon a Foreign Corporation Pursuant to Fed. R. Civ. P. 4(f)(2)(B) - (Process of letter Rogatory Re Defendant Navigators Protection & Indemnity);

4. Application to the Clerk of Court for Issuance of Process Upon a Foreign Corporation Pursuant to Fed. R. Civ. P. 4(f)(2)(B) - (Process of letter Rogatory Re Defendant Al Buhaira National Insurance Company)

upon the following Counsels of record:

> R.Michael Underhill, Esq.
> Attorney in Charge
> U.S. Department of Justice
> c/o OFFICE OF THE UNITED STATES ATTORNEY
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**
>
> Jed Powell, Esq.
> c/o TEKER TORRES & TEKER, PC
> Lawrence J. Teker, Esq.
> TEKER TORRES & TEKER, PC
> Suite 2-A, 130 Aspinall Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Defendant Five Seas Shipping Co., LLC**

and,

Forrest Booth, Esq.
Ryan Donlon, Esq.
c/o Thomas M. Tarpley, Jr., Esq.
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam USA 96910
**Attorneys for Defendant S.J. Gargrave Syndicate 2724**

DATED: Hagåtña, Guam, December 11, 2006.

_____
DAVID LEDGER