LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*
FILED
DISTRICT COURT OF GUAM
DEC 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, LLC, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | CASE NO. 06-00011<br><br>**MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S AMENDED COMPLAINT IN INTERVENTION; AND COUNTERCLAIM** |

## ANSWER TO AMENDED COMPLAINT IN INTERVENTION

1.     Admit.

2.     These answering defendants admit that this Court has jurisdiction of this matter.

3.     Admit.

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S
AMENDED COMPLAINT IN INTERVENTION; AND
COUNTERCLAIM - 1

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 88    Filed 12/13/2006    Page 1 of 6

4. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

5. Denied.

6. Admit.

7. Admit.

8. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

9. Marwan Shipping & Trading, LLC, Sharjah (Marwan) is a UAE corporation. Except as so admitted, the allegations of paragraph 9 are denied.

10. Five Seas Shipping Company, LLC, Sharjah (Five Seas) is a UAE corporation. Except as so admitted, the allegations of paragraph 10 are denied.

11. Denied.

12. Marwan was the general agent of the M/V AJMAN 2. The AJMAN 2 was foreign flagged and registered. Except as so admitted, the allegations of paragraph 12 are denied.

13. This paragraph is not directed at these answering defendants and no answer is required.

14. This paragraph is not directed at these answering defendants and no answer is required.

15. Admit.

16. Admit.

17. The underlying factual basis for the U.S. government's lawsuit and Inchcape's Amended Complaint in Intervention revolve around the events that followed from the entry of the AJMAN 2 into the Port of Guam and the negligent acts and omissions of agents of the US and Inchcape. Except as so admitted, the allegations of paragraph 17 are denied.

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S
AMENDED COMPLAINT IN INTERVENTION; AND
COUNTERCLAIM - 2

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 88    Filed 12/13/2006    Page 2 of 6

18. The US Government claimed that the AJMAN 2 posed a substantial threat of pollution. The complaint speaks for itself. Except as so admitted, the allegations of paragraph 18 are denied.

19. Denied.

20. Admit.

21. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

22. These answering defendants admit that an agent in the US had to be designated and that a COFR was required before the AJMAN 2 was allowed to enter the Port of Guam. Except as so admitted, the allegations of paragraph 22 are denied.

23. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

24. The COFR application speaks for itself. Except as so admitted, the allegations of paragraph 24 are denied.

25. The US Government served its summons and complaint on Five Seas through Inchcape. Except as so admitted, the allegations of paragraph 25 are denied.

26. The COFR application speaks for itself. Except as so admitted, the allegations of paragraph 24 are denied.

27. Denied.

28. Inchcape notified Five Seas of the Government's Lawsuit. Except as so admitted, the allegations of paragraph 28 are denied.

29. These answering defendants are without knowledge and information sufficient to answer paragraph 29 and therefore deny same.

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S
AMENDED COMPLAINT IN INTERVENTION; AND
COUNTERCLAIM - 3

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011   Document 88   Filed 12/13/2006   Page 3 of 6

30. These answering defendants are without knowledge and information sufficient to answer paragraph 30 and therefore deny same.

31. These answering defendants are without knowledge and information sufficient to answer paragraph 31 and therefore deny same.

32. These answering defendants are without knowledge and information sufficient to answer paragraph 32 and therefore deny same.

33. Denied.

34. Denied.

35. Navigators, Al Buhair and S.J. Gargrave were insurers of the AJMAN 2. Except as so admitted, the allegations of paragraph 35 are denied.

36. Navigators, Al Buhair and S.J. Gargrave were insurers of the AJMAN 2. Except as so admitted, the allegations of paragraph 36 are denied.

37. Admit.

38. These answering defendants do not know what damage was incurred by the Port of Guam. Subject to this qualification, the allegations of paragraph 38 are admitted.

39. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

40. No answer is required to paragraph 40.

41. These answering defendants are without knowledge and information sufficient to answer this paragraph and therefore deny same.

42. Denied.

43. Denied.

44. Denied.

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S AMENDED COMPLAINT IN INTERVENTION; AND COUNTERCLAIM - 4

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 88    Filed 12/13/2006    Page 4 of 6

45. Denied.

46. No answer is required to paragraph 46.

47. Denied.

48. Denied.

49. No answer is required to paragraph 49.

50. Denied.

51. Denied.

52. Denied.

53. No answer is required to paragraph 53.

54. These answering defendants do not know what damages the Port claims and are, therefore, without knowledge and information sufficient to answer this paragraph, and therefore deny same.

55. These answering defendants do not know what damages the Port claims and are, therefore, without knowledge and information sufficient to answer this paragraph, and therefore deny same.

56. Inchcape seeks a declaration. Except as so admitted, denied.

57. Inchcape seeks a declaration. Except as so admitted, denied.

58. These paragraphs are not directed at these answering defendants and no answer is required.

59. These paragraphs are not directed at these answering defendants and no answer is required.

60. These paragraphs are not directed at these answering defendants and no answer is required.

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S AMENDED COMPLAINT IN INTERVENTION; AND COUNTERCLAIM - 5

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 88    Filed 12/13/2006    Page 5 of 6

61. These paragraphs are not directed at these answering defendants and no answer is required.

62. These paragraphs are not directed at these answering defendants and no answer is required.

63. These paragraphs are not directed at these answering defendants and no answer is required.

64. These paragraphs are not directed at these answering defendants and no answer is required.

65. These paragraphs are not directed at these answering defendants and no answer is required.

66. These paragraphs are not directed at these answering defendants and no answer is required.

**AFFIRMATIVE DEFENSES TO INTERVENOR'S AMENDED COMPLAINT**

These answering defendants incorporate herein, by reference, and reiterate herein those affirmative defenses raised in the answer to Inchcape's original complaint in intervention.

**COUNTER CLAIM TO INTERVENOR'S AMENDED COMPLAINT IN INTERVENTION**

These answering defendants incorporate herein, by reference, and reiterate herein, the Counterclaim set forth in the answer to Inchcape's original complaint in intervention.

DATED this 13th day of December, 2006.

CAIRNCROSS & HEMPELMANN, PS
TEKER TORRES & TEKER, P.C.

By _/s/ Phillip Torres for_
LAWRENCE J. TEKER, ESQ., Attorneys for Defendants *Marwan and Five Seas*

MARWAN AND FIVE SEAS ANSWER TO INCHCAPE'S AMENDED COMPLAINT IN INTERVENTION; AND COUNTERCLAIM - 6

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 88    Filed 12/13/2006    Page 6 of 6