LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

**FILED**
DISTRICT COURT OF GUAM

DEC 1 3 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MARWAN SHIPPING & TRADING, LLC,<br>FIVE SEAS SHIPPING CO., LLC AND S.J.<br>GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS,<br>THIRD-PARTY COMPLAINT, AND CLAIM<br>IN INTERVENTION. | CASE NO. 06-00011<br><br>**CERTIFICATE OF SERVICE** |

I, PHILLIP TORRES, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE - 1

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

ORIGINAL

Case 1:06-cv-00011 Document 89 Filed 12/13/2006 Page 1 of 2

2     I hereby certify that on December 13, 2006, a true and exact copy of Marwan Shipping & Trading and Five Seas Shipping Co., LLC's Answer to Inchcape's Amended Complaint In Intervention; and Counterclaim were served, via hand delivery, on the following:

A.    Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagåtña, Guam 96910

B.    Thomas Tarpley, Esq.
Law Offices of Thomas Tarpley
Bank of Hawaii Building
4th Floor
Hagåtña, Guam 96910

C.    David P. Ledger, Esq.
Carlsmith Ball, LLP
Bank of Hawaii Building
4th Floor
Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on December 13, 2006.

_____
**PHILLIP TORRES**

LJT:cs
MARWAN SHIPPING-U.S. vs.:COS

CERTIFICATE OF SERVICE - 2

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308