Lawrence J. Teker
Teker Torres & Teker, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

John E.D. Powell, WSBA #12941
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants Marwan
Shipping & Trading and Five
Seas Shipping Co., LLC

FILED
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, in personam,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | CASE NO. 06-00011<br><br>NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION |

PLEASE TAKE NOTICE that the undersigned attorney in the above-captioned lawsuit has changed law firms and has a new address, phone numbers, facsimile number and e-mail address:

NOTICE OF CHANGE OF LAW FIRM AND CONTACT
INFORMATION - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 ▪ Fax 206-587-2308*

{00484251.DOC;1}

ORIGINAL

Case 1:06-cv-00011   Document 90   Filed 12/22/2006   Page 1 of 3

| | |
|---|---|
| 1 | John E. D. Powell |
| 2 | Cairncross & Hempelmann, PS |
|   | 524 Second Avenue, Suite 500 |
| 3 | Seattle, WA 98104-2323 |
|   | P - 206-254-4425 (direct) |
| 4 | P - 206-587-0700 |
|   | F - 206-254-4525 |
| 5 | jpowell@cairncross.com |

6  DATED this 11 day of December, 2006.

CAIRNCROSS & HEMPELMANN, PS

_____
John E. D. Powell, WSBA No. 12941
Attorneys for Defendants Marwan and Five Seas

NOTICE OF CHANGE OF LAW FIRM AND CONTACT
INFORMATION - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax 206-587-2308*

{00484251.DOC;1}

Case 1:06-cv-00011    Document 90    Filed 12/22/2006    Page 2 of 3

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled Notice of Change of Law Firm and Contact Information on the following individual(s):

| | |
|---|---|
| Peter D. Keisler, Asst Atty General<br>R. Michael Underhill, Atty in charge West Coast Office<br>Mimi Moon<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463<br>415-436-6648<br>Fax: 415-436-6632<br>Mike.underhill@usdoj.gov<br>Mimi.moon@usdoj.gov<br>*Attorneys for Plaintiff USA* | Forrest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendant Gargrave & EPG & Third Party Plaintiff Pollution &COFR* |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagatna, Guam 96932-5027<br>*Attorneys for Inchcape* | Thomas M. Tarpley Jr.<br>Tarpley & Moroni LLP<br>Bank of Hawaii Building<br>134 West Soledad Avenue<br>Suite 402<br>Hagatna, Guam 96910<br>*Attorneys for Defendant Gargrave & EPG & Third Party Plaintiff Pollution &COFR* |

[ ] Via Facsimile
[X] Via First Class Mail
[ ] Via Messenger

DATED this 13th day of December, 2006, at Seattle, Washington.

_____
Andie C. Scoggins
Legal Assistant

NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION - 3

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

{00484251.DOC;1}