LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, LLC, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | |

I, LAWRENCE J. TEKER, , declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE - 1

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011   Document 92   Filed 12/22/2006   Page 1 of 2

2    I hereby certify that on December 22, 2006, a true and exact copy of Defendants, Marwan Shipping & Trading and Five Seas Shipping Co., LLC's notice of Change of Law Firm and Contact Information and Notice of Withdrawal and Substitution of Law Firm were served, via hand delivery, on the following:

    A.    Office of the United States Attorney
          108 Hernan Cortez Avenue, Suite 500
          Hagåtña, Guam 96910

    B.    Thomas Tarpley, Esq.
          Law Offices of Thomas Tarpley
          Bank of Hawaii Building
          4th Floor
          Hagåtña, Guam 96910

    C.    David P. Ledger, Esq.
          Carlsmith Ball, LLP
          Bank of Hawaii Building
          4th Floor
          Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on December 22, 2006.

_/s/ Lawrence J. Teker_
LAWRENCE J. TEKER

LJT:cs
MARWAN SHIPPING-U.S. vs.:COS

CERTIFICATE OF SERVICE - 2

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 92    Filed 12/22/2006    Page 2 of 2