LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING, LLC, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*, | **ORDER** Approving Substitution of Law Firm |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | |

IT APPEARING to the Court that STAFFORD FREY COOPER has withdrawn as the counsel of record for Defendants, Marwan Shipping & Trading and Five Seas Shipping Co.,

ORDER APPROVING SUBSTITUTION OF LAW FIRM - 1

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

LLC and that Cairncross & Hempelmann, PS, of Seattle, Washington, has substituted in as the attorneys for said Defendants, now therefor,

IT IS ORDERED that said Substitution of Law Firm is hereby approved and that all future pleadings be served on Defendants, Marwan Shipping & Trading, LLC and Five Seas Shipping Co., through their counsels of record, Teker Torres & Teker, P.C., 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam, and Cairncross & Hempelmann, PS, at 524 Second Avenue, Suite 500, Seattle, Washington 98104-2323.

DATED this 28th day of December 2006 in Hagåtña, Guam.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

LJT:cs
MARWAN SHIPPING-U.S.

ORDER APPROVING SUBSTITUTION OF LAW FIRM - 2

Cairncross & Hempelmann, P.S.
**Law Offices**
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308