LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| MARWAN SHIPPING & TRADING, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION | |

**PLEASE TAKE NOTICE** that Defendant, Al-Buhaira National Insurance Co., hereby appears in the above-entitled action through John E.D. Powell, Esq. of Cairncross & Hempelmann, PS, and Lawrence J. Teker, Esq., of Teker Torres & Teker, P.C. without waiving the question of:

1) Lack of jurisdiction over subject matter;

NOTICE OF APPEARANCE
ON BEHALF OF AL-BUHAIRA INS. CO.
CASE NO. 06-00011 - 1

**TEKER TORRES & TEKER, P.C.**
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL (671) 477-9891-4 FAX (671) 472-2601

ORIGINAL

Case 1:06-cv-00011   Document 94   Filed 01/24/2007   Page 1 of 2

2) Lack of jurisdiction over person;

3) Improper venue;

4) Insufficiency of service of process;

5) Insufficiency of process;

6) Failure to state a claim upon which relief may be granted;

7) Failure to join a party under Rule 19.

**DATED** this 24th day of January, 2007.

**CAIRNCROSS & HEMPELMANN, PS**

**TEKER TORRES & TEKER, P.C.**

By _____
LAWRENCE J. TEKER, ESQ., Attorneys for
Defendant *Marwan shipping & Trading Co.,
Sharjah, Five Seas Shipping Co., LLC, Sharjah,
and Al-Buhaira National Insurance Co.*

NOTICE OF APPEARANCE
ON BEHALF OF AL-BUHAIRA INS. CO.
CASE NO. 06-00011 - 2

**TEKER TORRES & TEKER, P.C.**
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL (671) 477-9891-4  FAX (671) 472-2601

Case 1:06-cv-00011   Document 94   Filed 01/24/2007   Page 2 of 2