1  LAWRENCE J. TEKER
   **TEKER TORRES & TEKER, P.C.**
2  Suite 2-A, 130 Aspinall Avenue
   Hagåtña 96910-5018, Guam
3  Telephone: (671) 477-9891
   Facsimile: (671) 472-2601
4

5  JOHN E.D. POWELL, WSBA #12941
   **CAIRNCROSS & HEMPELMANN, PS**
6  524 Second Avenue, Suite 500
   Seattle, WA 98104
7  Telephone: (206) 587-0700
   Facsimile: (206) 587-2308
8

9  Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*
10

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, LLC, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | |

I, PHILLIP TORRES, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE - 1

**TEKER TORRES & TEKER, P.C.**
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL (671) 477-9891-4 FAX (671) 472-2601

Case 1:06-cv-00011   Document 96   Filed 01/24/2007   Page 1 of 2

ORIGINAL

2   I hereby certify that on January 24, 2007, true and exact copies of the Cross-Claim of Marwan Shipping & Trading Company, LLC, Sharjah, and Five Seas Shipping Co., LLC's, Sharjah, Against S.J. Gargrave Syndicate 2724 and the Notice of Entry of Appearance on behalf of Defendant, Al-Buhaira National Insurance Co., were served, via hand delivery, on the following:

- A. Office of the United States Attorney
  108 Hernan Cortez Avenue, Suite 500
  Hagåtña, Guam 96910

- B. Thomas Tarpley, Esq.
  Law Offices of Thomas Tarpley
  Bank of Hawaii Building
  4th Floor
  Hagåtña, Guam 96910

- C. David P. Ledger, Esq.
  Carlsmith Ball, LLP
  Bank of Hawaii Building
  4th Floor
  Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on January 24, 2007.

_____
PHILLIP TORRES

LJT:cs
MARWAN SHIPPING-U.S. vs.:COS

CERTIFICATE OF SERVICE - 2

TEKER TORRES & TEKER, P.C.
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL: (671) 477-9891-4 FAX: (671) 472-2601