1  THOMAS M. TARPLEY, JR.
   A Professional Corporation
2  Bank of Hawaii Building
   134 Soledad Avenue, Suite 402
3  Hagatna, Guam 96910
   Telephone: (671) 472-1539
4  Facsimile: (671) 472-4526
   Electronic mail: tarpley@guam.net
5
   FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
6  RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439
   Electronic mail: fb@severson.com
10 Electronic mail: rcd@severson.com

11 Attorneys for Defendant, Cross-Claimant and
   Counterclaimant S.J. GARGRAVE SYNDICATE 2724

12

FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

13             IN THE DISTRICT COURT OF GUAM

14                    TERRITORY OF GUAM

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| 16           Plaintiff, | **S.J. GARGRAVE SYNDICATE 2724'S PRIVILEGE LOG RE ROPNER FILE** |
| 17           vs. | |
| 18  INCHAPE SHIPPING SERVICES GUAM, LLC, | |
| 19           Plaintiff in Intervention, | Complaint Date: April 19, 2006<br>Trial Date: None Set |
| 20 | |
| 21           vs. | |
| 22  MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. | |
| 23  GARGRAVE SYNDICATE 2724, *in personam*, | |
| 24 | |
|             Defendants. | |
| 25 | |
| 26  AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |
| 27 | |
| 28 | |

Defendant, Cross-Claimant and Counterclaimant s S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave") provides herewith its privilege log with respect to Gargrave's file on the M/V AJMAN 2, which, in accordance with London Market practice, is held and maintained by the broker Ropner Insurance Services Ltd.

Dated this 31 day of January, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on January 31, 2007, I caused to be served a true and correct copy of the **S.J. GARGRAVE SYNDICATE 2724'S PRIVILEGE LOG RE ROPNER FILE**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchape Shipping Services Guam LLC*

Dated this 31 day of January, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

- 3 -
11620/0002/613321.1
GARGRAVE PRIV. LOG RE ROPNER FILE
Civil Case No.: 06-00011

Case 1:06-cv-00011   Document 99   Filed 01/31/2007   Page 3 of 8

# AJMAN II -- PRIVILEGE LOG

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 1. | May 19, 2006 | Forrest Booth | Insurers at Interest | Gary Crowley | Report letter | Severson & Werson | Status report | Attorney-Client; Attorney Work Product |
| 2. | May 5, 2006 | Miles A. Sunley | Forrest Booth | John Boyt | Email | Severson & Werson | Attorney's report to Underwriters | Attorney-Client |
| 3. | July 21, 2005 | Forrest Booth | Insurers at Interest | Graham Sprowson; John Gaughan | Email report | Severson & Werson | Report to clients | Attorney-Client; Attorney Work Product |
| 4. | July 13, 2005 | Forrest Booth | Insurers at Interest | None | Attorney's fee bill | Severson & Werson | Attorney's fee bill | Attorney-Client; Attorney Work Product |
| 5. | July 18, 2005 | Forrest Booth | Graham Sprowson | John Boyt | Email report | Severson & Werson | Legal advice | Attorney-Client; Attorney Work Product |
| 6. | June 15, 2005 | Graham Sprowson | Forrest Booth | John Boyt | Email | Severson & Werson | Legal advice | Attorney-Client; Attorney Work Product |
| 7. | June 14, 2005 | Forrest Booth | Graham Sprowson | John Boyt | Email | Severson & Werson | Legal advice | Attorney-Client; Attorney Work Product |
| 8. | May 26, 2005 | Graham Sprowson | Forrest Booth | John Boyt | Email | Severson & Werson | Legal advice | Attorney-Client |
| 9. | May 26, 2005 | Forrest Booth | Graham Sprowson | John Boyt | Email report | Severson & Werson | Legal advice | Attorney-Client; Attorney Work Product |
| 10. | February 1, 2005 | Key Meyer | Forrest Booth | John Boyt | Fax cover page | Cozen O'Connor | Legal advice | Attorney-Client |
| 11. | February 1, 2005 | Key Meyer | John Boyt | Forrest Booth | Fax | Cozen O'Connor | Legal advice | Attorney-Client |

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 12. | February 22, 2005 | Forrest Booth | Insurers at Interest | None | Attorney's fee bill | Cozen O'Connor | Attorney's fee bill | Attorney-Client; Attorney Work Product |
| 13. | December 10, 2004 | Lars Perkins | John Boyt | Darren Nuding; Forrest Booth | Email | Cozen O'Connor | Request for legal advice | Attorney-Client |
| 14. | November 23, 2004 | Lars Perkins | John Boyt | Ken Meyer; Forrest Booth | Email | Cozen O'Connor | Request for legal advice | Attorney-Client |
| 15. | November 6, 2006 | Christopher Mills | Forrest Booth | None | Attorney's fee bill | Clyde & Co. | Attorney's fee bill | Attorney Work Product |
| 16. | November 10, 2006 | Forrest Booth | John Boyt | None | Email | Severson & Werson | Attorney's fee bills | Attorney-Client; Attorney Work Product |
| 17. | September 30, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |
| 18. | August 31, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |
| 19. | September 30, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |
| 20. | August 31, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |
| 21. | October 31, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 22. | October 12, 2006 | Forrest Booth | Insurers at Interest | John Boyt | Attorney's fee bill | Severson & Werson | Attorney's fee bill | Attorney-Client; Attorney Work Product |
| 23. | September 30, 2006 | Thomas Tarpley | Insurers at Interest | Forrest Booth | Attorney's fee bill | Law Offices of Thomas M. Tarpley | Attorney's fee bills | Attorney Work Product |
| 24. | October 23, 2006 | Forrest Booth | John Boyt | None | Email | Severson & Werson | Local counsel's fee bills | Attorney-Client; Attorney Work Product |
| 25. | October 20, 2006 | Forrest Booth | John Boyt | Myles Sunley | Email | Law Offices of Thomas M. Tarpley | Local counsel's fee bills | Attorney-Client; Attorney Work Product |
| 26. | June 7, 2006 | Christopher Mills | John Boyt | Forrest Booth | Attorney's fee bill | Clyde & Co. | Attorney's fee bill | Attorney Work Product |
| 27. | April 20, 2006 | Forrest Booth | John Boyt | None | Fax | Severson & Werson | Attorney's fee bills | Attorney Work Product |
| 28. | February 27, 2006 | Christopher Mills | Forrest Booth | None | Attorney's fee bill | Clyde & Co. | Attorney's fee bill | Attorney Work Product |
| 29. | May 1, 2006 | Forrest Booth | John Boyt | Gary Crowley | Report to Underwriters | Severson & Werson | Legal advice | Attorney-Client; Attorney Work Product |
| 30. | March 15, 2006 | Forrest Booth | John Boyt | Graham Sprowson | Attorney's fee bill | Cozen O'Connor | Attorney's fee bill | Attorney Work Product |
| 31. | October 21, 2005 | Forrest Booth | John Boyt | Graham Sprowson | Report letter | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work Product |
| 32. | August 22, 2005 | Forrest Booth | Insurers at Interest | None | Attorney's fee bill | Cozen O'Connor | Attorney's fee bill | Attorney Work Product |

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 33. | September 20, 2005 | Christopher Mills | Forrest Booth | None | Attorney's fee bill | Clyde & Co. | Attorney's fee bill | Attorney-Client; Attorney Work Product |
| 34. | September 12, 2005 | John Boyt | All Underwriters | None | Letter | Clyde & Co. | Legal representation | Attorney-Client |
| 35. | August 16, 2005 | Graham Sprowson | Ian Goulson | John Boyt | Email, forwarding another email from Clyde & Co. | Clyde & Co. | Legal representation | Attorney-Client; Attorney Work Product |
| 36. | August 16, 2005 | Graham Sprowson | Ian Goulson | Chris Mills | Email | Clyde & Co. | Legal representation | Attorney-Client; Attorney Work Product |
| 37. | July 28, 2005 | Ian Goulson | Graham Sprowson | John Boyt | Email | Clyde & Co. | Legal representation | Attorney-Client; Attorney Work Product |
| 38. | July 25, 2005 | Graham Sprowson | Ian Goulson | John Boyt | Email | Clyde & Co. | Legal representation; power of attorney | Attorney-Client; Attorney Work Product |
| 39. | July 24, 2005 | Ian Goulson | Graham Sprowson | John Boyt | Email | Clyde & Co. | Legal representation; power of attorney | Attorney-Client; Attorney Work Product |
| 40. | July 22, 2005 | Graham Sprowson | John Boyt | Forrest Booth | Email | Cozen O'Connor | Legal representation | Attorney-Client |
| 41. | July 21, 2005 | Graham Sprowson | Ian Goulson | Alec Emmerson; John Boyt | Email | Clyde & Co.; Cozen O'Connor | Legal representation | Attorney-Client |
| 42. | July 21, 2005 | Graham Sprowson | Michael Payton | John Boyt | Email | Clyde & Co. | Legal representation | Attorney-Client |
| 43. | July 21, 2005 | John Boyt | Underwriters | None | Handwritten | Cozen | Attorney's fee | Attorney Work- |

1620/0002/613298.1

[01/29/06]

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 44. | July 20, 2005 | Graham Sprowson | Forrest Booth | John Boyt | note | O'Connor; Clyde & Co. | bills | Attorney-Client |
| 45. | July 19, 2005 | Forrest Booth | Graham Sprowson | John Boyt | Email | Cozen O'Connor | Legal representation; power of attorney | Attorney-Client; Attorney Work-Product |
| 46. | July 8, 2005 | Forrest Booth | John Boyt | None | Letter attaching fee bill | Cozen O'Connor; Clyde & Co. | Attorney's fee bill | Attorney-Client; Attorney Work-Product |
| 47. | June 18, 2005 | Forrest Booth | John Boyt | Graham Sprowson | Email | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work-Product |
| 48. | June 17, 2005 | Forrest Booth | John Boyt | John Boyt | Email | Cozen O'Connor; Clyde & Co. | Legal advice | Attorney-Client |
| 49. | May 10, 2005 | Graham Sprowson | Forrest Booth | John Boyt | Email | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work-Product |
| 50. | May 9, 2005 | Forrest Booth | John Boyt | Graham Sprowson | Letter | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work-Product |
| 51. | March 23, 2005 | Forrest Booth | John Boyt | Graham Sprowson | Report letter | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work-Product |
| 52. | January 25, 2005 | Forrest Booth | John Boyt | Graham Sprowson | Email | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work-Product |

1620/0002/613298.1 [01/29/06]

Case 1:06-cv-00011    Document 99    Filed 01/31/2007    Page 8 of 8