1  THOMAS M. TARPLEY, JR.
   A Professional Corporation
2  Bank of Hawaii Building
   134 Soledad Avenue, Suite 402
3  Hagatna, Guam 96910
   Telephone: (671) 472-1539
4  Facsimile: (671) 472-4526
   Electronic mail: tarpley@guam.net
5
   FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
6  RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439
   Electronic mail: fb@severson.com
10 Electronic mail: rcd@severson.com

11 Attorneys for Defendant, Cross-Claimant and
   Counterclaimant S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
FEB -1 2007 
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>INCHAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff in Intervention,<br><br>    vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**NOTICE OF DISMISSAL OF NAVIGATORS PROTECTION & INDEMNITY**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

COMES NOW Defendant, Cross-Claimant and Third-Party Complainant S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave"), and, pursuant to Federal Rule of Civil Procedure 41(a)(1), dismisses its claims and its First Amended Third-Party Complaint herein as to Third-Party Defendant NAVIGATORS PROTECTION & INDEMNITY (hereinafter "Navigators") only. Navigators has not appeared as yet or filed an answer herein. This dismissal is without prejudice.

Dated this 31 day of January, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: /s/
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on 2/1, 2007, I caused to be served a true and correct copy of the **NOTICE OF DISMISSAL OF NAVIGATORS PROTECTION & INDEMNITY**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchape Shipping Services Guam LLC*

Dated this 1st day of Feb, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724