THOMAS M. TARPLEY, JR.
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | **S.J. GARGRAVE SYNDICATE 2724'S NOTICE OF INTENTION TO PROVE FOREIGN LAW** |
| vs. | **[Fed.R.Civ.P. 44.1]** |
| INCHCAPE SHIPPING SERVICES GUAM, LLC, | |
| Plaintiff in Intervention, | |
| vs. | Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

11620/0002/614814.1

ORIGINAL

GARGRAVE'S NOTICE OF INTENTION TO PROVE
FOREIGN LAW [Civil Case No.: 06-00011

COMES NOW Defendant, Cross-Claimant and Counterclaimant s S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave"), and gives notice pursuant to Federal Rule of Civil Procedure 44.1 of its intention at trial to prove issues of foreign law.

Specifically, and pursuant to the requirements of Fed.R.Civ.P. 44.1, Gargrave hereby advises that it intends to prove English law as it applies to this case with regard to issues of: underwriting generally, and particularly the underwriting in the London market of insurance and guarantees for oil pollution; claims handling; the agency of brokers; the requirements for and the process of placing insurance in the London market; the interpretation of insurance contracts placed in and guarantees issued by the London market; the duties and obligations of insureds and their brokers when placing insurance and seeking guarantees in the London market; the differences between insurance contracts and broker's cover notes; the interpretation of certain London market policy and guarantee forms; choice of law; conflicts of law; arbitration agreements; the duty of utmost good faith under English law and as a custom and practice in the London market; the reporting of claims by insureds to insurers in the London market; the insured's duties of cooperation and full disclosure with its insurers in the London market; and various related and derivative points and issues. Gargrave hereby gives notice that it will prove that English law governs most, if not all, issues in this case as they apply to Gargrave, and that under English law, Gargrave is entitled either to judgment or to complete indemnification as a matter of law.

Dated this ___9___ day of February, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation



By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

## CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February 9, 2007, I caused to be served a true and correct copy of the **NOTICE OF INTENTION TO PROVE FOREIGN LAW [Fed.R.Civ.P. 44.1]**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this 9 day of February, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724