LAW OFFICE
**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (admitted pro hac vice)
**RYAN C. DONLON** (Cal. Bar No. 229292) (admitted pro hac vice)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Counter-Complainant,
Cross-Complainant, and Third-Party Complainant
S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**NOTICE OF MOTION AND MOTION OF S.J. GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC, AND FIVE SEAS SHIPPING CO., LLC, OR ALTERNATIVELY TO STAY THE CROSSCLAIM**<br>**[ORAL ARGUMENT NOT REQUESTED]**<br><br>Accompanying Documents: Memorandum of Points & Authorities, Affidavit of Myles A. Sunley, Table of Foreign Authorities, Proposed Order<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

Cross-Defendant S.J. GARGRAVE SYNDICATE 2724 ("Gargrave") hereby moves the Court for an order to dismiss, or alternatively to stay, the Crossclaim of MARWAN SHIPPING & TRADING CO., LLC and FIVE SEAS SHIPPING CO., LLC. Gargrave's motion is supported by this Notice and Motion, the accompanying Memorandum of Points & Authorities, Affidavit of Myles A. Sunley, including the exhibits appended thereto, and the records and files of the Court.

Dated this _20th_ day of February, 2007.

THOMAS McKEE TARPLEY,
Attorneys for Defendant, Counter-Complainant, Cross-Complainant, and Third-Party Defendant S.J. GARGRAVE SYNDICATE 2724 *in personam*

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February 20, 2007, I caused to be served a true and correct copy of the **NOTICE OF MOTION AND MOTION OF S.J. GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC, AND FIVE SEAS SHIPPING CO., LLC, OR ALTERNATIVELY TO STAY THE CROSSCLAIM [ORAL ARGUMENT NOT REQUESTED]**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this 20 day of February, 2007.

_____
THOMAS McKEE TARPLEY,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724, *in personam*