LAW OFFICE
**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (admitted pro hac vice)
**RYAN C. DONLON** (Cal. Bar No. 229292) (admitted pro hac vice)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Counter-Complainant,
Cross-Complainant, and Third-Party Complainant
S.J. GARGRAVE SYNDICATE 2724

8ZP848

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Civil Case No.: 06-00011<br><br>**S.J. GARGRAVE SYNDICATE 2724'S REQUEST TO FILE FACSIMILE FILING** |
| vs. | |
| INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention, | Complaint Date: April 19, 2006<br>Trial Date: None Set |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

In accordance with General Rule 5.1(a), Defendant Cross-Claimant and Counterclaimant S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave") hereby requests that the Court grant permission for Gargrave to submit the attached facsimile filing, Affidavit of Myles A. Sunley. The Affidavit is in support of Gargrave's Notice of Motion and Motion to Dismiss Marwan Shipping & Trading Co., LLC and Five Seas Shipping Co., LLC or Alternatively to Stay the Crossclaim.

Mr. Sunley signed the Affidavit. However, because he currently resides in London, England, his signature on the Affidavit is a facsimile. Mr. Sunley will be sending to Guam the office of Thomas McKee Tarpley, an original copy of the Affidavit via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with Court.

Dated this __20__ day of February, 2007.

THOMAS McKEE TARPLEY,
ATTORNEY FOR DEFENDANT, CROSS-CLAIMANT
AND COUNTERCLAIMANT S.J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February 20, 2007, I caused to be served a true and correct copy of the **S.J. GARGRAVE SYNDICATE 2724'S REQUEST TO FILE FACSIMILE FILING,** to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this 20 day of February, 2007.

_____
THOMAS McKEE TARPLEY,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724, *in personam*

LAW OFFICE
**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (admitted pro hac vice)
**RYAN C. DONLON** (Cal. Bar No. 229292) (admitted pro hac vice)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Counter-Complainant,
Cross-Complainant, and Third-Party Complainant
S.J. GARGRAVE SYNDICATE 2724
8ZP847W

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**AFFIDAVIT OF MYLES A. SUNLEY IN SUPPORT OF S.J. GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC., AND FIVE SEAS SHIPPING CO., LLC, OR ALTERNATIVELY TO STAY THE CROSSCLAIM**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

I, Myles A. Sunley, affirm as follows:

1. I am a resident and citizen of England. I am authorized to speak on behalf of S.J. GARGRAVE SYNDICATE 2724 ("Gargrave"), an unincorporated association of Underwriters, organized and existing under the laws of the United Kingdom. I have personal knowledge of the matters herein affirmed, and if required to testify thereto, could and would competently do so.

2. Gargrave was at all pertinent times in the business of underwriting marine risks.

3. Environmental Protection Group LLC ("EPG") is a coverholder with an open cover agreement with Gargrave, meaning that EPG is authorized under certain circumstances to bind Gargrave to financial guarantees that EPG provides on Gargrave's behalf.

4. On or about August 19, 2004, EPG received a facsimile from Navigators Management (UK) Ltd. ("Navigators"). The facsimile attached a Guarantee Request form for the M.V. AJMAN 2, and explained that she was on a "delivery voyage" from Mexico to the United Arab Emirates, by way of the Philippines for refueling. It also explained that the M.V. AJMAN 2 was registered under the flag of the Democratic People's Republic of Korea, and was attempting to put into Apra Harbor due to bad weather and low fuel reserves. A true and correct copy of the facsimile is attached hereto as **Exhibit A** and incorporated by reference thereas.

5. On or about August 19, 2004, EPG agreed, in support of the application of FIVE SEAS SHIPPING CO, LLC ("Five Seas") for certification of financial responsibility for water pollution, to assume financial responsibility of the M.V. AJMAN 2 by way of surety bond guaranty and/or financial guaranty. A true and correct copy of Five Seas' "Application for Vessel Certification of Financial Responsibility (Water Pollution)," U.S. Coast Guard form no. 5585, incorporated in Five Seas' Crossclaim as "Exhibit 2," is attached hereto as **Exhibit B** and incorporated by reference thereas or as "COFR Application."

6. Also on or about August 19, 2004, Navigators sent a facsimile to Ropner Insurance Services Ltd ("Ropner"), which is licensed by the Lloyd's market to place insurance. Navigators requested that Ropner arrange for pollution coverage of the M.V. AJMAN 2. A true and correct copy of that facsimile is attached hereto as **Exhibit C**, and incorporated by reference thereas.

- 1 -

11620/0002/614861.1

AFFIDAVIT OF MYLES A. SUNLEY
Civil Case No.: 06-00011

Case 1:06-cv-00011   Document 105   Filed 02/20/2007   Page 5 of 7

7. Ropner arranged for Gargrave to underwrite the pollution risk in the way evidenced by the Cover Note attached to Marwan and Five Seas' Crossclaim as "Exhibit 1," and attached hereto as **Exhibit D** and incorporated thereas or as "Cover Note."

I, Myles A. Sunley, affirm and certify under penalty of perjury of the laws of the United States, of the laws of Guam, and of the laws of England, that the foregoing is true and correct on this 13 day of February 2007 at London, England.

By: _____
Myles A. Sunley

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February **20**, 2007, I caused to be served a true and correct copy of the **AFFIDAVIT OF MYLES A. SUNLEY IN SUPPORT OF S.J. GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC, AND FIVE SEAS SHIPPING CO., LLC, OR ATERNATIVELY TO STAY THE CROSSCLAIM**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this **20** day of February, 2007.

_____
THOMAS McKEE TARPLEY,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724, in *personam*