THOMAS M. TARPLEY, JR.
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

**FILED**
DISTRICT COURT OF GUAM
FEB 2 0 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | **S.J. GARGRAVE SYNDICATE 2724'S PRIVILEGE LOG RE MERMG FILE** |
| vs. | |
| INCHAPE SHIPPING SERVICES GUAM, LLC, | |
| Plaintiff in Intervention, | Complaint Date: April 19, 2006<br>Trial Date: None Set |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

11620/0002/616012.1

GARGRAVE PRIV. LOG RE MERMG FILE
Civil Case No.: 06-00011

ORIGINAL

Defendant, Cross-Claimant and Counterclaimants S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave") provides herewith its privilege log with respect to the file of Marine Environmental Response Management Group, LLC ("MERMG").

Dated this 19 day of February, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February 20, 2007, I caused to be served a true and correct copy of the **S.J. GARGRAVE SYNDICATE 2724'S PRIVILEGE LOG RE MERMG FILE**, to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchape Shipping Services Guam LLC*

Dated this 20 day of February, 2007.

THOMAS M. TARPLEY, JR.
A Professional Corporation

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant, Cross-Claimant
and Counterclaimant S.J. GARGRAVE
SYNDICATE 2724

# AJMAN II -- PRIVILEGE LOG

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 1. | March 23, 2005 | Forrest Booth | Insurers at Interest | Graeme Sprowson | Report letter | Cozen O'Connor | Status report | Attorney-Client; Attorney Work Product |
| 2. | June 22, 2005 | Forrest Booth | Insurers at Interest | None | Report letter | Cozen O'Connor | Status report | Attorney-Client; Attorney Work Product |
| 3. | None | Ken Meyer | MERMG File | None | Log | Cozen O'Connor | | Attorney-Client; Attorney Work Product |
| 4. | May 26, 2005 | Forrest Booth | Insurers at Interest | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' reserve recommendation | Attorney-Client; Attorney Work Product |
| 5. | December 10, 2004 | Lars Perkins | Underwriters at Interest c/o John Boyt | Darren Nuding | Email | Cozen O'Connor | Legal advice re choice of law analysis | Attorney Work Product |
| 6. | June 14, 2005 | Forrest Booth | Insurers at Interest c/o John Boyt | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' report to Underwriters | Attorney-Client; Attorney Work Product |
| 7. | June 17, 2005 | Forrest Booth | Insurers at Interest c/o John Boyt | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' report to Underwriters | Attorney-Client; Attorney Work Product |
| 8. | May 23, 2005 | Ken Meyer | Insurers at Interest c/o John Boyt | EPG, LLC | Letter | Cozen O'Connor | Attorneys' editing and approval of draft letter | Attorney-Client; Attorney Work Product |

| No. | Date of Document | Author | Primary Addressee | Secondary Addressee | Type of Document | Attorneys | Subject Matter | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| 9. | June 14, 2005 | John Boyt | Ken Meyer | None | Email | Cozen O'Connor | Request from insurers for legal advice | Attorney-Client; Attorney Work Product |
| 10. | June 18, 2005 | Forrest Booth | Insurers at Interest | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' report to Underwriters | Attorney-Client; Attorney Work Product |
| 11. | June 15, 2005 | Graeme Sprowson | Forrest Booth | John Boyt | Email | Cozen O'Connor | Discussion of legal advice | Attorney-Client |
| 12. | June 14, 2005 | Forrest Booth | Insurers at Interest c/o John Boyt | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' report to Underwriters | Attorney-Client; Attorney Work Product |
| 13. | February 1, 2005 | Ken Meyer | Insurers at Interest c/o John Boyt | Forrest Booth | Letter | Cozen O'Connor | Forwarding legal advice | Attorney Work Product |
| 14. | None | Ken Meyer | MERMG File | None | Log | Cozen O'Connor | Legal advice | Attorney Work Product |
| 15. | January 25, 2005 | Forrest Booth | Insurers at Interest c/o John Boyt | Graeme Sprowson | Email report | Cozen O'Connor | Attorneys' report to Underwriters | Attorney-Client; Attorney Work Product |
| 16. | July 18, 2005 | Forrest Booth | Insurers at Interest c/o John Boyt | Graeme Sprowson | Email | Cozen O'Connor | Legal advice | Attorney-Client; Attorney Work Product |
| 17. | July 13, 2005 | John Boyt | Forrest Booth | Ken Meyer | Email | Cozen O'Connor | Request from insurers for legal advice | Attorney-Client; Attorney Work Product |