LAW OFFICE
**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (admitted pro hac vice)
**RYAN C. DONLON** (Cal. Bar No. 229292) (admitted pro hac vice)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Counter-Complainant,
Cross-Complainant, and Third-Party Complainant
S.J. GARGRAVE SYNDICATE 2724

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**SUBMISSION OF ORIGINAL SIGNATURE PAGE OF THE AFFIDAVIT OF MYLES A. SUNLEY IN SUPPORT OF S.J. GARGRAVE SYNDICATE 2724'S NOTICE OF MOTION AND MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC, AND FIVE SEAS SHIPPING CO., LLC, OR ALTERNATIVELY TO STAY THE CROSSCLAIM**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

Filed herewith is the original signature page of the Affidavit of Myles A. Sunley in support of Gargrave's Notice of Motion and Motion to Dismiss Crossclaim of Marwan Shipping & Trading Co., LLC, and Five Seas Shipping Co., LLC, or Alternatively to Stay the Crossclaim. This Submission is with respect to the Order Granting Gargrave's Request to File Facsimile Filing dated February 20, 2007.

Dated this **21** day of February, 2007.



THOMAS McKEE TARPLEY,
ATTORNEY FOR DEFENDANT, CROSS-CLAIMANT
AND COUNTERCLAIMANT S.J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February 21, 2007, I caused to be served a true and correct copy of the **SUBMISSION OF ORIGINAL SIGNATURE PAGE OF THE AFFIDAVIT OF MYLES A. SUNLEY IN SUPPORT OF S.J. GARGRAVE SYNDICATE 2724'S NOTICE OF MOTION AND MOTION TO DISMISS CROSSCLAIM OF MARWAN SHIPPING & TRADING CO., LLC., AND FIVE SEAS SHIPPING CO., LLC., OR ALTERNATIVELY TO STAY THE CROSSCLAIM,** to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this 21 day of February, 2007.

THOMAS McKEE TARPLEY,
Attorney for Defendant
S.J. GARGRAVE SYNDICATE 2724, *in personam*

- 3 -