LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading, Five Seas Shipping Co., LLC, and Al-Buhaira National Insurance Co.*

FILED
DISTRICT COURT OF GUAM
MAR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>                 Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**MARWAN SHIPPING AND TRADING CO. AND FIVE SEAS SHIPPING CO, LLC'S OPPOSITION TO GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSS-CLAIM OR ALTERNATIVELY TO STAY THE CROSS-CLAIM**<br><br>Accompanying Documents: Memorandum of Points and Authorities; Declaration of John E.D. Powell; Table of Foreign Authorities; Proposed Order<br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

Defendants and Cross-claimants Marwan Shipping & Trading Company and Five Seas Shipping Company, LLC (collectively, "Marwan") hereby oppose Defendant and Cross-claimant Gargrave Syndicate 2724's motion for an order to dismiss, or in the alternative to stay, Marwan's

MARWAN AND FIVE SEAS' OPPOSITION TO MOTION TO DISMISS

CAUSE NO. CIV06-00011

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*

Case 1:06-cv-00011   Document 109   Filed 03/06/2007   Page 1 of 3

cross-claims against it. Marwan's opposition is supported by this Opposition, the accompanying Memorandum of Points and Authorities, the Affidavit of John E.D. Powell, including the exhibits appended thereto, and the pleadings, records and files of this Court.

DATED this 6th day of March, 2007.

**CAIRNCROSS & HEMPELMANN, PS**

**TEKER TORRES & TEKER, P.C.**

By /s/ Lawrence J. Teker
**LAWRENCE J. TEKER, ESQ.**,
Attorneys for Defendants, **Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, and Al-Buhaira National Insurance Co.**

MARWAN AND FIVE SEAS' OPPOSITION TO
MOTION TO DISMISS

CAUSE NO. CIV06-00011

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323

Case 1:06-cv-00011    Document 109    Filed 03/06/2007    Page 2 of 3

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **MARWAN SHIPPING AND TRADING CO. AND FIVE SEAS SHIPPING CO, LLC'S OPPOSITION TO GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSS-CLAIM OR ALTERNATIVELY TO STAY THE CROSS-CLAIM** on the following individuals:

| | |
|---|---|
| R. Michael Underhill,<br>Mimi Moon<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463 | Forrest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027 | Thomas M. Tarpley Jr.<br>Tarpley & Moroni LLP<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue, Suite 500<br>Hagåtña, Guam 96910 | |

[ ] Via First Class Mail
[X] Via Messenger
[X] Via E-mail

DATED this 6th day of March, 2007, in Hagåtña, Guam.

_____
LAWRENCE J. TEKER

MARWAN AND FIVE SEAS' OPPOSITION TO MOTION TO DISMISS

CAUSE NO. CIV06-00011

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323