LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping
& Trading, Five Seas Shipping Co., LLC,
and Al-Buhaira National Insurance Co.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. 06-00011<br><br>**ORDER**<br>**Granting Leave to File Facsimile Copy of Powell Affidavit**<br><br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

This matter came before the Court on motion made by Defendants, Marwan Shipping & Trading Co., Five Seas Shipping Co., LLC and Al-Buhaira National Insurance Company, pursuant to Rule G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, for

ORDER GRANTING LEAVE TO FILE
FACSIMILE AFFIDAVIT OF JOHN E.D.
POWELL IN OPPOSITION TO GARGRAVE
SYNDICATE 2724'S MOTION TO DISMISS

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

CAUSE NO. CIV06-00011 - 1

leave to file a facsimile copy of the *Affidavit of John E.D. Powell in Opposition to Gargrave Syndicate 2724's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim* pending receipt of the original.

IT IS HEREBY ORDERED that the Defendants, Marwan Shipping & Trading Co., Five Seas Shipping Co., LLC and Al-Buhaira National Insurance Company be granted leave to file a facsimile copy of said Affidavit and that the original of the Affidavit be filed with the Court immediately upon receipt by local counsel for the Defendants.

IT IS FURTHER ORDERED that filing of the Affidavit shall be deemed timely filed.

SO ORDERED this 7th day of March 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

ORDER GRANTING LEAVE TO FILE FACSIMILE AFFIDAVIT OF JOHN E.D. POWELL IN OPPOSITION TO GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS

CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308