LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping
& Trading, Five Seas Shipping Co., LLC,
and Al-Buhaira National Insurance Co.*

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**AGREEMENT OF HEARING DATE**<br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Lawrence J. Teker, am one of the attorneys for the Defendants, Marwan Shipping & Trading Company, Five Seas Shipping Company, LLC and Al-Buhaira National

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.*
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011   Document 14   Filed 03/08/2007   Page 1 of 4

ORIGINAL

Insurance Company (collectively, "Marwan") in this matter. John E.D. Powell, co-counsel for Marwan, contacted Forrest Booth, counsel for Defendant S.J. Gargrave Syndicate 2724 ("Gargrave") in this action to agree upon a date for oral argument of Gargrave's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim.

2. The attorneys for the parties are:

R. Michael Underhill, Esq.
Mimi Moon, Esq.
Torts Branch, Civil Division
**US Department of Justice**
450 Golden Gate Avenue, Room 7-5395
PO Box 36028
San Francisco, CA 94102-3463
Attorneys for Plaintiff

Forrest Booth, Esq.
Ryan Donlon, Esq.
**Severson & Werson**
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Attorneys for Defendant, S.J. Gargrave

Thomas M. Tarpley Jr., Esq.
**Tarpley & Moroni LLP**
Bank of Hawaii Building
134 West Soledad Ave., Suite 402
Hagåtña, Guam 96910
Attorneys for Defendant, S.J. Gargrave

David Ledger, Esq.
**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
PO Box BF
Hagåtña, Guam 96932-5027
Attorneys for Plaintiff-In-Intervention, Inchcape Shipping Services Guam, LLC

///

///

AGENTLEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 114    Filed 03/08/2007    Page 2 of 4

3. Mr. Powell and Mr. Booth agreed upon the following time and date: May 14, 2007 at 1:30 p.m. for the hearing on said Motion.

4. The parties therefore request that the hearing for said Motion be set by the Court.

Respectfully submitted this 8th day of March, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
**LAWRENCE J. TEKER, ESQ.**
Attorneys for Defendants, , *Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, and Al-Buhaira National Insurance Co.*

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 3

*Cairncross & Hempelmann, P.S.*
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 114    Filed 03/08/2007    Page 3 of 4

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States that on this date I caused to be served in the manner noted below a copy of this document entitled **AGREEMENT OF HEARING DATE** on the following individuals:

| | |
|---|---|
| R. Michael Underhill,<br>Mimi Moon<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463 | Forrest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027 | Thomas M. Tarpley Jr.<br>Tarpley & Moroni LLP<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue, Suite 500<br>Hagåtña, Guam 96910 | |

[X] Via Messenger
[X] Via E-mail

DATED this 8th day of March, 2007, at Hagåtña, Guam.

_____
LAWRENCE J. TEKER

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 4

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 114   Filed 03/08/2007   Page 4 of 4