LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading, Five Seas Shipping Co., LLC, and Al-Buhaira National Insurance Co.*

FILED
DISTRICT COURT OF GUAM
MAR 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**THIRD PARTY DEFENDANT AL BUHAIRA INSURANCE COMPANY'S ANSWER TO VERIFIED COMPLAINT OF THE UNITED STATES OF AMERICA** |

## AL BUHAIRA'S ANSWER TO VERIFIED COMPLAINT

Al Buhaira Insurance Company ("Al Buhaira") is a Rule 14 (c) third party defendant to this action and, accordingly, owes the United States an answer to its Verified Complaint, even though none of the allegations and contentions in that Verified Complaint are addressed to Al

{00513763.DOC;1}THIRD PARTY DEFENDANT AL BUHAIRA
INSURANCE COMPANY'S ANSWER TO VERIFIED
COMPLAINT OF THE UNITED STATES OF AMERICA
CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

ORIGINAL

Case 1:06-cv-00011   Document 117   Filed 03/19/2007   Page 1 of 5

Buhaira. In these circumstances, Al Buhaira answers the Verified Complaint of the United States as follows:

1. Al Buhaira admits that this is a case of admiralty and maritime jurisdiction and that S.J. Gargrave Syndicate 2724 is a defendant. Except as so admitted, Al Buhaira is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies same.

2. Al Buhaira is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and therefore denies same.

3. Admitted.

4. Al Buhaira is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and therefore denies same.

5-19. An answer to these paragraphs is not required from Al Buhaira.

20. Denied.

21. Al Buhaira admits the M/V AJMAN 2 grounded at Family Beach. Except as so admitted, the allegations in paragraph 21 are denied.

22. Denied.

23. Denied.

24. Denied.

25-32. The allegations of these paragraphs are not directed at Al Buhaira and, therefore, no answer is required from Al Buhaira to these paragraphs.

## AL BUHAIRA'S AFFIRMATIVE DEFENSES TO VERIFIED COMPLAINT

1. Failure to state facts sufficient to constitute a cause of action against this answering defendant.

{00513763.DOC;1}THIRD PARTY DEFENDANT AL BUHAIRA INSURANCE COMPANY'S ANSWER TO VERIFIED COMPLAINT OF THE UNITED STATES OF AMERICA CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 117    Filed 03/19/2007    Page 2 of 5

2. This answering defendant is informed and believes that if the United States sustained any injuries and damages, they proximately resulted from the conduct of others.

3. The claims set forth in the Verified Complaint and in S. J. Gargrave's third-party complaint are time barred.

4. The United States by its conduct and/or the conduct of its agents, servants, representatives, or employees, has waived and/or is estopped and barred from any rights of recovery against this answering defendant.

5. The United States is barred from any relief against this answering defendant by reason of unclean hands.

6. The United States and/or other parties not related to this defendant were careless and negligent in and about the matters referred to in the Verified Complaint and in the S. J. Gargrave third-party complaint, or were otherwise responsible and legally liable for the allegations contained in said pleadings, which negligence, carelessness, and/or legal liability proximately contributed to and/or were the sole proximate cause of the damages or injuries complained of, if any there be. Such negligence, carelessness, and/or liability bar and/or proportionately reduce any recovery against this answering defendant.

7. The United States has failed to mitigate and minimize its damages, if any there be, and said failure eliminates or reduces any claim for relief against this answering defendant.

8. In the event it is held liable, this answering defendant alleges that its liability is secondary to other parties in this action and on that basis alleges that any award to which the plaintiff is entitled must first be satisfied by said other parties.

9. This answering defendant hereby incorporates all defenses raised or that could be raised by other parties to this action as if asserted here in full.

{00513763.DOC;1}THIRD PARTY DEFENDANT AL BUHAIRA
INSURANCE COMPANY'S ANSWER TO VERIFIED
COMPLAINT OF THE UNITED STATES OF AMERICA
CAUSE NO. CIV06-00011 - 3

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 117   Filed 03/19/2007   Page 3 of 5

1    10. This answering defendant reserves the right to supplement and add to these affirmative

2    defenses as appropriate.

3    DATED this 19th day of March, 2007.

**CAIRNCROSS & HEMPELMANN, PS**

**TEKER TORRES & TEKER, P.C.**

By: _[signature]_
LAWRENCE J. TEKER, ESQ.
Attorneys for Defendant, *Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, and Al-Buhaira National Insurance Co.*

{00513763.DOC;1}THIRD PARTY DEFENDANT AL BUHAIRA
INSURANCE COMPANY'S ANSWER TO VERIFIED
COMPLAINT OF THE UNITED STATES OF AMERICA
CAUSE NO. CIV06-00011 - 4

*Cairncross & Hempelmann, P.S.*
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 117    Filed 03/19/2007    Page 4 of 5

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled THIRD PARTY DEFENDANT AL BUHAIRA INSURANCE COMPANY'S ANSWER TO VERIFIED COMPLAINT OF THE UNITED STATES OF AMERICA on the following individuals:

| | |
|---|---|
| R. Michael Underhill,<br>Mimi Moon<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463 | Forrest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027 | Thomas M. Tarpley Jr.<br>Tarpley & Moroni LLP<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue, Suite 500<br>Hagåtña, Guam 96910 | Stanley L. Gibson<br>Gibson Ross & Lindh LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105 |

[X] Via Messenger
[X] Via E-mail

DATED this 19th day of March, 2007 in Hagåtña, Guam.

LAWRENCE J. TEKER

{00513763.DOC;1}THIRD PARTY DEFENDANT AL BUHAIRA
INSURANCE COMPANY'S ANSWER TO VERIFIED
COMPLAINT OF THE UNITED STATES OF AMERICA
CAUSE NO. CIV06-00011 - 5

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 117    Filed 03/19/2007    Page 5 of 5