THOMAS C. STERLING
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882) (pro hac vice petition pending)
ELLEN G. LAUCK (Cal. Bar No. 246030) (pro hac vice petition pending)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

Attorneys for Specially-Appearing Defendant to
Complaint in Intervention, Navigators Insurance Co.,
dba Navigators Protection & Indemnity

FILED
DISTRICT COURT OF GUAM
APR - 3 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**PETITION OF ELLEN G. LAUCK TO APPEAR *PRO HAC VICE* AND CONSENT OF DESIGNATED CO-COUNSEL**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

## PETITION OF ELLEN G. LAUCK TO APPEAR *PRO HAC VICE*

COMES NOW ELLEN G. LAUCK, and moves pursuant to GR17.1(d), Local Rules of the District Court of Guam, for admission to practice *pro hac vice* in the above-captioned matter before the District Court of Guam, District of Guam, and submits the following information required the Court and its Local Rules:

1.     I do not reside in Guam;

2.     I am not regularly employed in Guam; and,

3.     I am not regularly employed in business, professional or other activities in Guam.

4.     My residence is 1855 Washington Street, #102, San Francisco, California, 94109.

5.     My office address is: 100 First Street, Suite 2700, San Francisco, California, 94105.

6.     I have been admitted to practice law in the following courts on the following dates: State of California (2006); United States District Court for the Northern District of California, (2007); United States District Court for the Eastern District of California, (2007); United States District Court for the Southern District of California, (2007); United States District Court for the Central District of California, (2007); United States Court of Appeals for the Ninth Circuit, (2007).

7.     I am associated with the law firm of Gibson Robb & Lindh LLP, which has been retained to be counsel for Specially-Appearing Defendant to Inchcape's Amended Complaint-In-Intervention, Navigators Insurance Company, dba Navigators Protection & Indemnity in the above-captioned matter.

8.     I am in good standing and eligible to practice in each of the above listed courts.

9.     I am not currently suspended or disbarred in any other court.

10.     I have not within the last one year applied for admission pro hac vice to this Court.

11.     I designate the following attorney as co-counsel in this matter:

> THOMAS C. STERLING
> BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
> A Professional Corporation
> Suite 1008 Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagatna, Guam 96910-5205
> Telephone: (671) 477-7857
> Fax: (671) 472-4290

///

///

///

12. I solemnly swear that I will support the Constitution of the United States, the Organic Act of Guam, the applicable statutes of the United States and the laws of the territory of Guam; that I will maintain the respect due to the Courts of Justice and Judicial Officers and that I will demean myself uprightly as an attorney at law; and to abide by the Code of Professional Responsibility of the American Bar Association.

13. I hereby declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

Executed this 28th day of February, 2007, at San Francisco, California.

_____
ELLEN G. LAUCK

Attorneys for Specially-Appearing
Defendant to Complaint in Intervention,
Navigators Insurance Co., dba
Navigators Protection & Indemnity

## CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas C. Sterling, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for Specially-Appearing Defendant to Inchcape's Amended Complaint-In-Intervention, Navigators Insurance Company, dba Navigators Protection & Indemnity, hereby consent to the foregoing petition of Ellen G. Lauck for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED this 30th day of March, 2007.

Respectfully Submitted
_____
THOMAS C. STERLING