DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Civil Case No. 06-00011<br><br><br><br><br>**ORDER** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and CLAIM-IN-INTERVENTION. | |

On April 3, 2007, Ellen G. Lauck and Stanley L. Gibson each filed a Petition for Admission *Pro Hac Vice* (Docket Nos. 118 and 119). Each petition, however, failed to contain the original signature of the respective petitioner. The petitioners shall have ten (10) days from receipt of this Order to correct the deficient filing. If no corrective action is taken within the time frame allotted, then the Court will deny the petitions.

**IT IS SO ORDERED.**

/s/ **Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
   **Dated: Apr 05, 2007**