LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading, Five Seas Shipping Co., LLC, and Al-Buhaira National Insurance Co.*

FILED
DISTRICT COURT OF GUAM
APR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**AGREEMENT OF HEARING DATE**<br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Lawrence J. Teker, am one of the attorneys for the Defendants, Marwan Shipping & Trading Company, Five Seas Shipping Company, LLC and Al-Buhaira National

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 121    Filed 04/06/2007    Page 1 of 4

Insurance Company (collectively, "Marwan") in this matter. John E.D. Powell, co-counsel for Marwan, contacted Forrest Booth, counsel for Defendant S.J. Gargrave Syndicate 2724 ("Gargrave") in this action to agree upon a date for oral argument of Gargrave's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim, which date was set for May 14, 2007. The parties now wish to change the oral argument to either May 16th or May 17th, 2007 at 1:30 pm. to allow for all the attorneys to be present at the hearing.

2. The attorneys for the parties are:

> R. Michael Underhill, Esq.
> Mimi Moon, Esq.
> Torts Branch, Civil Division
> **US Department of Justice**
> 450 Golden Gate Avenue, Room 7-5395
> PO Box 36028
> San Francisco, CA 94102-3463
> Attorneys for Plaintiff
>
> Forrest Booth, Esq.
> Ryan Donlon, Esq.
> **Severson & Werson**
> One Embarcadero Center, 26th Floor
> San Francisco, CA 94111
> Attorneys for Defendant, S.J. Gargrave
>
> Thomas M. Tarpley Jr., Esq.
> **Tarpley & Moroni LLP**
> Bank of Hawaii Building
> 134 West Soledad Ave., Suite 402
> Hagåtña, Guam 96910
> Attorneys for Defendant, S.J. Gargrave
>
> David Ledger, Esq.
> **Carlsmith Ball LLP**
> Bank of Hawaii Building, Suite 401
> 134 West Soledad Avenue
> PO Box BF
> Hagåtña, Guam 96932-5027
> Attorneys for Plaintiff-In-Intervention, Inchcape Shipping Services Guam, LLC

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 121   Filed 04/06/2007   Page 2 of 4

3. All of the attorneys have agreed upon the following time and dates: May 16th or May 17th, 2007 at 1:30 p.m. for the hearing on said Motion.

4. The parties therefore request that the hearing for said Motion be set by the Court for either May 16th or May 17th, 2007, at 1:30 p.m.

Respectfully submitted this 6th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _/s/ Lawrence J. Teker_
LAWRENCE J. TEKER, ESQ.
Attorneys for Defendants, *Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, and Al-Buhaira National Insurance Co.*

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 3

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011   Document 121   Filed 04/06/2007   Page 3 of 4

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States that on this date I caused to be served in the manner noted below a copy of this document entitled **AGREEMENT OF HEARING DATE** on the following individuals:

| | |
|---|---|
| R. Michael Underhill,<br>Mimi Moon<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463 | Forrest Booth<br>Ryan Donlon<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027 | Thomas M. Tarpley Jr.<br>Tarpley & Moroni LLP<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue, Suite 500<br>Hagåtña, Guam 96910 | |

[X] Via Messenger
[X] Via E-mail

DATED this 6th day of April, 2007, at Hagåtña, Guam.

_____
LAWRENCE J. TEKER

---

AGREEMENT OF HEARING DATE

CAUSE NO. CIV06-00011 - 4

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*