LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading and Five Seas Shipping Co., LLC*

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

IN DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARWAN SHIPPING & TRADING, LLC, FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | |

I, PHILLIP TORRES, declare as follows:

1. I am one of the attorneys for Defendants, Marwan Shipping & Trading Co., Five Seas Shipping Co., LLC and Al-Buhaira National Insurance Company, and am competent to

CERTIFICATE OF SERVICE - 1

ORIGINAL

**TEKER TORRES & TEKER, P.C.**
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL (671) 477-9891-4 FAX (671) 472-2601

Case 1:06-cv-00011   Document 123   Filed 04/06/2007   Page 1 of 2

testify regarding the matters stated herein.

2    I hereby certify that on April 6, 2007, true and exact copies of the Supplemental Declaration of John E.D. Powell In Opposition to Gargrave Syndicate 2724's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim, was served, via hand delivery, on the following:

    A.    Office of the United States Attorney
          108 Hernan Cortez Avenue, Suite 500
          Hagåtña, Guam 96910

    B.    Thomas Tarpley, Esq.
          Law Offices of Thomas Tarpley
          Bank of Hawaii Building
          4th Floor
          Hagåtña, Guam 96910

    C.    David P. Ledger, Esq.
          Carlsmith Ball, LLP
          Bank of Hawaii Building
          4th Floor
          Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on April 6, 2007.

*/s/ Phillip Torres*
PHILLIP TORRES

LJT:cs
MARWAN SHIPPING-U.S. vs.:COS

CERTIFICATE OF SERVICE -    2

**TEKER TORRES & TEKER, P.C.**
A PROFESSIONAL CORPORATION
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910
TEL (671) 477-9891-4 FAX (671) 472-2601