THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857
FAX: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
 (*pro hac vice* petition pending)
ELLEN G. LAUCK (Cal. Bar No. 246030)
 (*pro hac vice* petition pending)
GIBSON ROBB & LINDH LLP
100 FIRST STREET, 27TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 348-6000
FAX: (415) 348-6001

*Attorneys for Specially-Appearing Defendant to Complaint in Intervention, Navigators Insurance Co., dba Navigators Protection & Indemnity*

**FILED**
DISTRICT COURT OF GUAM
APR 10 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br>Defendants. <br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | CIVIL CASE NO. 06-00011 <br><br><br><br><br><br>**NOTICE OF FILING** |

In accordance with the Court's Order of April 5, 2007, Specially-Appearing Defendant to Complaint in Intervention, **NAVIGATORS INSURANCE CO., DBA NAVIGATORS PROTECTION & INDEMNITY** submits the following:

ORIGINAL

1. A true and correct original of page 3 of the Petition of Stanley L. Gibson to Appear *Pro Hac Vice* and Consent of Designated Co-Counsel; and

2. A true and correct original of page 3 of the Petition of Ellen G. Lauck to Appear *Pro Hac Vice* and Consent of Designated Co-Counsel.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO

BY: _____
THOMAS C. STERLING
*Attorneys for Specially-Appearing Defendant to Complaint in Intervention, Navigators Insurance Co., dba Navigators Protection & Indemnity*

**ATTACHMENTS**

E62\52285-01
G:\WORDDOC\PLD\TCS\314-NOTICE OF FILING (ORIGINAL SIGNATURES RE PETITIONS) RE USA V MARWAN ET AL.DOC

1  12. I solemnly swear that I will support the Constitution of the United States, the
2  Organic Act of Guam, the applicable statutes of the United States and the laws of the territory of
3  Guam; that I will maintain the respect due to the Courts of Justice and Judicial Officers and that I
4  will demean myself uprightly as an attorney at law; and to abide by the Code of Professional
5  Responsibility of the American Bar Association.

6  13. I hereby declare under penalty of perjury under the laws of Guam and the United
7  States of America that the foregoing statements are true and correct.

Executed this 28th day of February, 2007, at San Francisco, California.

*/s/ Ellen Lauck*
ELLEN G. LAUCK

Attorneys for Specially-Appearing
Defendant to Complaint in Intervention,
Navigators Insurance Co., dba
Navigators Protection & Indemnity

## CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas C. Sterling, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for Specially-Appearing Defendant to Inchcape's Amended Complaint-In-Intervention, Navigators Insurance Company, dba Navigators Protection & Indemnity, hereby consent to the foregoing petition of Ellen G. Lauck for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED this 9th day of April, 2007.

Respectfully Submitted,

*/s/ Thomas C. Sterling*
THOMAS C. STERLING

13. I hereby declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

Executed this 25TH day of Feb., 2007, at San Francisco, California.

*STANLEY L. GIBSON*

Attorneys for Specially-Appearing
Defendant to Complaint in Intervention,
Navigators Insurance Co., dba
Navigators Protection & Indemnity

## CONSENT OF DESIGNATED LOCAL CO-COUNSEL

I, Thomas C. Sterling, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, am co-counsel for Specially-Appearing Defendant to Inchcape's Amended Complaint-In-Intervention, Navigators Insurance Company, dba Navigators Protection & Indemnity, hereby consent to the foregoing petition of Ellen G. Lauck for pro hac vice admission, and the designation contained therein, pursuant to GR 17.1(e), Local Rules of the District Court of Guam.

DATED this 9th day of April, 2007.

Respectfully Submitted,

*THOMAS C. STERLING*