THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857
FAX: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
 (*pro hac vice* petition pending)
ELLEN G. LAUCK (Cal. Bar No. 246030)
 (*pro hac vice* petition pending)
GIBSON ROBB & LINDH LLP
100 FIRST STREET, 27TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 348-6000
FAX: (415) 348-6001

*Attorneys for Specially-Appearing Defendant to Complaint in Intervention, Navigators Insurance Co., dba Navigators Protection & Indemnity*

**FILED**
DISTRICT COURT OF GUAM
APR 10 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | |

I, **THOMAS C. STERLING**, hereby certify that a true and correct copy of the **NOTICE OF FILING;** and **CERTIFICATE OF SERVICE,** filed herein on April 10, 2007, will be served via hand delivery on April 10, 2007, or soon thereafter, upon the following:

ORIGINAL

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI LLP
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVE., STE. 402
HAGÅTÑA, GUAM 96910

OFFICE OF THE UNITED STATES ATTORNEY
SIRENA PLAZA, STE. 500
108 HERNAN CORTEZ AVE.
HAGÅTÑA, GUAM 96910

DATED: APRIL 10, 2007

_____
THOMAS C. STERLING

```
E62\52285-01
G:\WORDDOC\PLD\TCS\314-CERT OF SVC RE USA V MARWAN ET AL.DOC
```