THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857
FAX: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
 (*pro hac vice* petition pending)
ELLEN G. LAUCK (Cal. Bar No. 246030)
 (*pro hac vice* petition pending)
GIBSON ROBB & LINDH LLP
100 FIRST STREET, 27TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 348-6000
FAX: (415) 348-6001

*Attorneys for Specially-Appearing Defendant to Complaint in Intervention, Navigators Insurance Co., dba Navigators Protection & Indemnity*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | **ORDER GRANTING PETITIONS OF STANLEY L. GIBSON AND ELLEN G. LAUCK FOR ADMISSION *PRO HAC VICE*** |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | |

**WHEREAS**, the petitions of Stanley L. Gibson and Ellen G. Lauck to appear *pro hac vice* in District Court of Guam, District of Guam in the above-captioned matter, have come regularly before the Court for its review pursuant to GR 17.1(d), Local Rules of the District Court of Guam;

**WHEREAS**, the Petitions are supported by the necessary designation and consent of local co-counsel as required by GR 17.1(e), Local Rules of the District Court of Guam;

**WHEREAS**, it appears to the satisfaction of the Court that the Petitions are meritorious, that Mr. Gibson and Ms. Lauck are attorneys admitted to and in good standing with the State Bar of California and various District Courts and Court of Appeals of the United States, that said Petitioners have each paid the prescribed fee for admission, that said Petitioners have each signed the prescribed oath; and that good cause otherwise appears thereon;

**IT IS HEREBY ORDERED** that the Petitions of Stanley L. Gibson and Ellen G. Lauck for admission to practice *pro hac vice* before the District Court of Guam are GRANTED and that the said petitioners be admitted upon signing the roll of attorneys.



**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: Apr 12, 2007**

```
E62\52285-01
G:\WORDDOC\PLD\TCS\313-PROPOSED ORDER
GRANTING PETITIONS RE USA V MARWAN ET AL.DOC
```