LAW OFFICE
**THOMAS McKEE TARPLEY**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (admitted pro hac vice)
**RYAN C. DONLON** (Cal. Bar No. 229292) (admitted pro hac vice)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Counter-Complainant,
Cross-Complainant, and Third-Party Complainant
S.J. GARGRAVE SYNDICATE 2724
9ZP82

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**NOTICE OF FILING ORIGINAL DECLARATION OF FORREST BOOTH IN SUPPORT OF MOTION TO REMOVE FROM FILE AND NOT CONSIDER UNAUTHORIZED BRIEF OF MARWAN AND FIVE SEAS**<br><br>Complaint Date: April 19, 2006<br>Trial Date: None Set |

Filed herewith is the original of a previously filed faxed version of the Declaration of Forrest Booth in Support of Motion to Remove From File and Not Consider Unauthorized Brief of Marwan and Five Seas.

Dated this __27th__ day of April, 2007.

_____
THOMAS McKEE TARPLEY,
ATTORNEY FOR DEFENDANT, CROSS-CLAIMANT
AND COUNTERCLAIMANT S.J. GARGRAVE
SYNDICATE 2724

- 2 -

11620/0002/624445.1           NOTICE OF FILING ORIGINAL DECLARATION
Case 1:06-cv-00011   Document 129   Filed 04/27/2007   Page 2 of 3
Civil Case No.: 06-00011

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on April 27, 2007, I caused to be served a true and correct copy of the **NOTICE OF FILING ORIGINAL DECLARATION OF FORREST BOOTH IN SUPPORT OF MOTION TO REMOVE FROM FILE AND NOT CONSIDER UNAUTHORIZED BRIEF OF MARWAN AND FIVE SEAS** to the following:

R. Michael Underhill, Esq.
Attorney in Charge
c/o Mike W. Schwab, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
*Attorneys for Plaintiff and Counterdefendant United States of America*

John E.D. Powell, Esq.
c/o Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co. and Five Seas Shipping Co., LLC*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Ellen G. Lauck, Esq.
c/o Thomas C. Sterling, Esq.
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
Suite 1008, Pacific News Bldg.
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
*Attorneys for Navigators Insurance Co., dba Navigators Protection & Indemnity*

Dated this 27 day of April, 2007.

DOROTHEA QUICHOCHO