LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping
& Trading, Five Seas Shipping Co., LLC,*
and Al-Buhaira National Insurance Co.

FILED
DISTRICT COURT OF GUAM
APR 30 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CIV06-00011 |
| Plaintiff, | |
| v. | **OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT CONSDER DECLARATION** |
| MARWAN SHIPPING & TRADING CO., *et al.*, | |
| Defendants | Complaint Date: April 19, 2006<br>Trial Date: Not set |
| AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | |

Defendant, S.J. Gargrave Syndicate 2724 ("Gargrave") has blatantly misstated Local Rule 7.1(g) to the Court in support of its motion for this Court not to consider the Declaration filed herein on April 6, 2007. Gargrave argues that 7.1(g) reads as follows:

> Each party may submit briefs or memoranda in support of or in opposition to any pending motion...without leave of court....The moving party may submit a reply brief or memoranda...without leave of court,

for the proposition that Defendants Marwan Shipping & Trading, Five Seas Shipping Co., LLC,

OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT
CONSIDER DECLARATION

CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

ORIGINAL

Case 1:06-cv-00011   Document 134   Filed 04/30/2007   Page 1 of 4

and Al-Buhaira National Insurance Co. (collectively "Marwan") are not entitled to file their Declaration, but Gargrave misstates and misapplies Local Rule 7.1(g), because as shown below, the topic of 7.1(g) has only to do with the length of briefs and memoranda. Indeed, that is the heading for 7.1(g). It reads in *toto* as follows:

> **(g) Length of Briefs and Memoranda.** Each party may submit briefs or memoranda in support of or in opposition to any pending motion which shall not exceed a total of twenty (20) pages in length without leave of Court to file additional pages. The moving party may submit a reply brief or memoranda not in excess of ten (10) pages without leave of Court. All briefs and memoranda in excess of fifteen (15) pages shall contain a table of authorities cited.

It is clear from reading that Rule that the only time when one needs to obtain "leave of Court" under 7.1(g) is when your "memoranda" exceeds twenty (20) pages or ten (10) pages, as the case may be.

In any event, the pleadings filed by Jed Powell is not a brief, but is a Declaration with an attachment from depositions that were taken in London *after* the Motion to Dismiss was filed.

The issue before the Court now is not covered by L.R. 7.1(g) but is covered by L.R. 7.1(d)(1)(A):

> (A) If a motion is set for oral argument, the opposing party shall not less than (14) days preceding the noticed date of oral argument, serve upon all parties and file with the Clerk:
>
> (i) a memorandum in support thereof containing the points and authorities upon which the opposing party relies;
>
> (ii) if desired, the evidence upon which the opposing party relies;
>
> (iii) any affidavits permitted by the Federal Rules of Civil Procedure.

Do the Federal Rules of Civil Procedure permit the filing of the Jed Powell Declaration? Yes.

**OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT CONSIDER DECLARATION**

CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 131   Filed 04/30/2007   Page 2 of 4

Rule 12 F.R.C.P. specifically provides that in a motion to dismiss, if matters outside the pleadings are presented (and they are – please see the matters submitted with the motion), then the parties shall be given reasonable opportunity to present all materials made pertinent to such a motion by Rule 56.

> ...If, on a motion asserting the defense numbered (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

Rule 56, F.R.C.P. specifically provides that "The adverse party prior to the day of hearing may serve opposing affidavits."

## CONCLUSION

Because Marwan's Declaration complies both with the Local Rules and the Federal Rules of Civil Procedure, Marwan hereby respectfully requests the Court to deny Gargrave's motion.

Respectfully submitted this 30th day of April, 2007.

TEKER TORRES & TEKER, P.C.

By_____
LAWRENCE J. TEKER, ESQ.
Attorneys for Defendants, *Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, & Al Buhaira National Ins. Co.*

OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT
CONSIDER DECLARATION

CAUSE NO. CIV06-00011 - 3

Cairncross & Hempelmann, P.S.
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 131    Filed 04/30/2007    Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States that on this date I caused to be served in the manner noted below a copy of this document entitled **OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT CONSDER DECLARATION** on the following individuals:

| | |
|---|---|
| R. Michael Underhill, Esq.<br>Mimi Moon, Esq.<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463<br>Facsimile No.: (415) 436-6632 | Forrest Booth, Esq.<br>Ryan Donlon, Esq.<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Facsimile No.: (415) 956-0439 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue<br>Suite 500<br>Hagåtña, Guam 96910<br>Facsimile No.: 472-7334 | Thomas M. Tarpley Jr.<br>Law Office of Thomas M. Tarpley<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910<br>Facsimile No.: 472-4526 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027<br>Facsimile No.: 477-4375 | |

[ X ] Via Messenger
[ X ] Via Facsimile

DATED this 30th day of April, 2007, at Hagåtña, Guam.

_____
LAWRENCE J. TEKER

OPPOSITION TO S.J. GARGRAVE'S MOTION TO NOT CONSIDER DECLARATION

CAUSE NO. CIV06-00011 - 4

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*