LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

John E.D. Powell, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping
& Trading, Five Seas Shipping Co., LLC,
and Al-Buhaira National Insurance Co.*

# FILED
DISTRICT COURT OF GUAM

MAY - 7 2007 nb⊘

**MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

MARWAN SHIPPING & TRADING CO.,
FIVE SEAS SHIPPING CO., LLC AND S.J.
GARGRAVE SYNDICATE 2724, IN
PERSONAM, NAVIGATORS PROTECTION
& INDEMNITY, AND AL-BUHAIRA
NATIONAL INSURANCE COMPANY,

                    Defendants

AND CROSS-CLAIMS, COUNTERCLAIMS,
THIRD-PARTY COMPLAINT, AND CLAIM
IN INTERVENTION.

NO. CIV06-00011

APPLICATION OF LESLIE C. BOYD FOR
ADMISSION PRO HAC VICE TO THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF GUAM

          COMES NOW LESLIE C. Boyd and moves pursuant to GR17.1(d), Local Rules of the

District Court of Guam, for admission to practice before the District Court of Guam, District of

Guam, and submits the following information as required under GR17.1(d)(1):

          (A)     I do not reside in Guam;

APPLICATION OF LESLIE C. BOYD FOR ADMISSION
PRO HAC VICE TO THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF GUAM
CAUSE NO. CIV06-00011
{00529008.DOC;1}

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323

Case 1:06-cv-00011     Document 132     Filed 05/07/2007     Page 1 of 3

ORIGINAL

(B)    I am not regularly employed in Guam; and,

(C)    I am not regularly employed in business, professional or other activities in Guam.

Pursuant to GR 17.1(d)(2), I hereby submit the following information under penalty of perjury:

(A)    My residence is 12833 NE 101st Place, Kirkland, WA 98003.  My office address is Cairncross & Hempelmann, 524 Second Avenue, Suite 500, Seattle, WA  98104.

(B)    I have been admitted to the following courts:

> Washington State Bar, 11/7/01
> US District Court, Western District of Washington, 1/29/02
> US District Court, Eastern District of Washington, 6/24/05
> US Court of Appeals, Ninth Circuit, 6/6/05

(C)    I am in good standing and eligible to practice in the above said courts.

(D)    I am not currently suspended or disbarred in any other court.

(E)    I have not concurrently or within the year preceding my current application made any pro hac vice applications to this Court.

I hereby reaffirm the designation of Lawrence J. Teker of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Avenue, Hagatna 96910-5010 Guam (telephone 671-477-9891 and facsimile 671-472-2601), an active member in good standing of the bar of this Court who maintains an office at the place within the District, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

DATED this 1st day of May, 2007.

CAIRNCROSS & HEMPELMANN, P.S.

Leslie C. Boyd, WSBA No. 31524
Attorneys for Defendant Marwan Shipping &
Trading Co., Sharjah, Five Seas Shipping Co., LLC,
Sharjah, and Al-Buhaira National Insurance Co.

APPLICATION OF LESLIE C. BOYD FOR ADMISSION
PRO HAC VICE TO THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF GUAM
CAUSE NO. CV06-00011
{00529008.DOC;1}

Cairncross & Hempelmann, P.S.
Law Offices
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone 206-587-0700 • Fax 206-587-2308

Case 1:06-cv-00011    Document 132    Filed 05/01/2007    Page 2 of 3

Pursuant to GR 17.1(e), I hereby consent to serve as local counsel for Leslie C. Boyd in the above captioned matter.

DATED this 4th day of ___May___, 2007.

TEKER TORRES & TEKER, P.C.

By: _____

Lawrence J. Teker

APPLICATION OF LESLIE C. BOYD FOR ADMISSION
PRO HAC VICE TO THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF GUAM
CAUSE NO. CIV06-00011
{00529008.DOC;1}

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*phone 206-587-0700 • fax 206-587-2308*

Case 1:06-cv-00011    Document 132    Filed 05/07/2007    Page 3 of 3