LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading, Five Seas Shipping Co., LLC,* and Al-Buhaira National Insurance Co.

FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., *et al.*,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**STIPULATION TO CONTINUE S.J. GARGRAVE'S MOTION TO DISMISS CROSS-CLAIM OR ALTERNATIVELY TO STAY THE CROSS-CLAIM**<br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

Defendants, Marwan Shipping & Trading Company, Five Seas Shipping Company, LLC and Al-Buhaira National Insurance Company (collectively, "Marwan"), and Defendant, S.J. Gargrave Syndicate 2724 ("Gargrave"), through their respective attorneys of record, do hereby STIPULATE that the hearing on Gargrave's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim, currently set before this Court for May 16, 2007 at 1:30 p.m., be taken off

STIPULATION AND CERTIFICATE OF SERVICE
CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S. Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 • Fax: 206-587-2308

Case 1:06-cv-00011    Document 133    Filed 05/08/2007    Page 1 of 3

the Court's calendar, and the parties will re-notice said Motion by Stipulation, for a later date and time most convenient to the Court

TEKER TORRES & TEKER, P.C.

Date: May 4, 2007.

By _____
LAWRENCE J. TEKER, ESQ.
Attorneys for Defendants, *Marwan Shipping & Trading Co., Sharjah, Five Seas Shipping Co., LLC, Sharjah, & Al Buhaira National Ins. Co.*

LAW OFFICE OF THOMAS M. TARPLEY

Date: May __8__, 2007.

By _____
THOMAS M. TARPLEY, JR.
Attorney for *Defendant, S.J. Gargrave Syndicate 2724*

**STIPULATION AND CERTIFICATE OF SERVICE**
CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S. Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 133   Filed 05/08/2007   Page 2 of 3

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States that on this date I caused to be served in the manner noted below a copy of this document entitled **STIPULATION RE S.J. GARGRAVE'S MOTION TO DISMISS CROSS-CLAIM OR ALTERNATIVELY TO STAY THE CROSS-CLAIM** on the following individuals:

| | |
|---|---|
| R. Michael Underhill, Esq.<br>Mimi Moon, Esq.<br>Torts Branch, Civil Division<br>US Department of Justice<br>450 Golden Gate Avenue, Room 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463<br>Facsimile No.: (415) 436-6632 | Forrest Booth, Esq.<br>Ryan Donlon, Esq.<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Facsimile No.: (415) 956-0439 |
| Office of the United States Attorney<br>108 Hernan Cortez Avenue<br>Suite 500<br>Hagåtña, Guam 96910<br>Facsimile No.: 472-7334 | Thomas M. Tarpley Jr.<br>Law Office of Thomas M. Tarpley<br>Bank of Hawaii Building<br>134 West Soledad Ave., Suite 402<br>Hagåtña, Guam 96910<br>Facsimile No.: 472-4526 |
| David Ledger<br>Carlsmith Ball LLP<br>Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue<br>PO Box BF<br>Hagåtña, Guam 96932-5027<br>Facsimile No.: 477-4375 | |

[ X ]  Via Messenger
[ X ]  Via Facsimile

DATED this 4th day of May, 2007, at Hagåtña, Guam.

_____
LAWRENCE J. TEKER

STIPULATION AND CERTIFICATE OF SERVICE
CAUSE NO. CIV06-00011 - 3

*Cairncross & Hempelmann, P.S. Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*