LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Defendants *Marwan Shipping & Trading, Five Seas Shipping Co., LLC,* and *Al-Buhaira National Insurance Co.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., *et al.*,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | CIVIL CASE NO. 06-00011<br><br>**ORDER RE: APPLICATION OF LESLIE C. BOYD FOR ADMISSION PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM** |

The Application of Leslie C. Boyd, for admission ***pro hac*** vice to this Court comes on for review and said Application being in compliance with the requirements of G.R. 17.1, Local Rules of the District of Guam, and for good cause shown,

///

///

ORDER RE APPLICATION OF LESLIE C. BOYD FOR
ADMISSION PRO HAC VICE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF GUAM
CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.* **Law Offices**
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 134    Filed 05/08/2007    Page 1 of 2

IT IS THEREFORE ORDERED that the Application of Leslie C. Boyd is hereby GRANTED and that the said Applicant be admitted to this Court for the purpose of participating in the above-captioned matter.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 08, 2007

ORDER RE APPLICATION OF LESLIE C. BOYD FOR
ADMISSION PRO HAC VICE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF GUAM
CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.* **Law Offices**
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*