LAWRENCE J. TEKER
**TEKER TORRES & TEKER, P.C.**
Suite 2-A, 130 Aspinall Avenue
Hagåtña 96910-5018, Guam
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

JOHN E.D. POWELL, WSBA #12941
**CAIRNCROSS & HEMPELMANN, PS**
524 Second Avenue, Suite 500
Seattle WA 98104
Telephone:  (206) 587-0700
Facsimile:  (206) 587-2308

Attorneys for Defendants, *Marwan Shipping
& Trading, Five Seas Shipping Co., LLC,
and Al-Buhaira National Insurance Co.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC AND S.J. GARGRAVE SYNDICATE 2724, IN PERSONAM, NAVIGATORS PROTECTION & INDEMNITY, AND AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY COMPLAINT, AND CLAIM IN INTERVENTION. | NO. CIV06-00011<br><br>**ORDER CONTINUING DEFENDANT, S.J. GARGRAVE SYNDICATE 2724'S MOTION TO DISMISS CROSS-CLAIM OR ALTERNATIVELY TO STAY THE CROSS-CLAIM**<br><br>Complaint Date: April 19, 2006<br>Trial Date: Not set |

Based on the Stipulation to Continue filed herein on May 8, 2007, and good cause appearing therefor,

PROPOSED ORDER CONTINUE HEARING ON S.J.
GARGRAVE'S MOTION TO DISMISS

CAUSE NO. CIV06-00011 - 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011    Document 135    Filed 05/10/2007    Page 1 of 2

1 IT IS HEREBY ORDERED that Defendant S.J. Gargrave Syndicate 2724's Motion to Dismiss Cross-Claim or Alternatively to Stay the Cross-Claim, currently set before this Court for May 16, 2007 at 1:30 p.m., is hereby taken off the Court's calendar, to be set at a later date and time by Stipulation.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
       Chief Judge
**Dated: May 09, 2007**

PROPOSED ORDER CONTINUE HEARING ON S.J. GARGRAVE'S MOTION TO DISMISS

CAUSE NO. CIV06-00011 - 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

Case 1:06-cv-00011   Document 135   Filed 05/10/2007   Page 2 of 2