THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

Attorneys for Defendant to
Complaint in Intervention, Navigators Insurance Co.,
dba Navigators Protection & Indemnity

**FILED**
DISTRICT COURT OF GUAM

AUG 3 1 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that a true and correct copy of the following: **DEFENDANT NAVIGATORS INSURANCE COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT IN INTERVENTION OF INCHCAPE SHIPPING SERVICES AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES **** NO HEARING REQUESTED**; and

1

ORIGINAL

**CERTIFICATE OF SERVICE**, filed herein on August 31, 2007, will be served via hand delivery on August 31, 2007, or soon thereafter, upon the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI LLP
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVE., STE. 402
HAGÅTÑA, GUAM 96910

LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910

OFFICE OF THE UNITED STATES ATTORNEY
SIRENA PLAZA, STE. 500
108 HERNAN CORTEZ AVE.
HAGÅTÑA, GUAM 96910

DATED: AUGUST 31, 2007

_____
THOMAS C. STERLING

E62\52285-01
G:\WORDDOC\PLD\TCS\334B-CERT OF SVC RE USA V MARWAN ET AL.DOC