THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 47882)
 (Admitted *pro hac vice*)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Company, d.b.a. Navigators Protection & Indemnity*

FILED
DISTRICT COURT OF GUAM

SEP 25 2007 nbo

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>　　　　Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**DEFENDANT NAVIGATORS INSURANCE COMPANY'S REQUEST FOR ENTRY OF ORDER OF DISMISSAL OF INCHCAPE SHIPPING SERVICES AMENDED COMPLAINT IN INTERVENTION**<br><br>Judge: Honorable Frances Tydingco-Gatewood |

Navigators Insurance Company ("Navigators") hereby requests the Court enters an order dismissing the Amended Complaint In Intervention of Inchcape Shipping Services Guam ("ISS"). On August 31, 2007, Navigators brought a motion to dismiss ISS' Amended Complaint In Intervention pursuant to FRCP 12(b)(6). ISS's Response, filed on September 17, 2007, did not oppose the motion. ("ISS takes no position with regard to Navigators' motion to dismiss.")

NAVIGATORS' REQUEST FOR ENTRY
OF ORDER OF DISMISSAL
Civ. Case No. 06-00011; Our File No. 2900.81

ORIGINAL

*See* ISS' Response to Navigators' Motion to Dismiss Amended Complaint In Intervention of ISS, p.1. ISS' Response also indicates "[s]o far as this action is concerned, the Port's decision not to sue ISS put an end to ISS' need to seek indemnity from Navigators...." Id. at p.2. Navigators therefore respectfully requests that this Court enter dismissal of ISS' Amended Complaint in Intervention against Navigators without prejudice, in the form submitted herewith as Exhibit "A".

DATED: September 25, 2007

Respectfully submitted,

Stanley L. Gibson
GIBSON ROBB & LINDH LLP

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO, P.C.

By _____
THOMAS C. STERLING
*Attorneys for Defendant Navigators Insurance Company, d.b.a. Navigators Protection & Indemnity*

E56\52285-01
G:\WORDDOC\PLD\TCS\340-NAVIGATORS REQUEST FOR ENTRY
OF ORDER OF DISMISSAL OF INCHCAPE AMENDED COMPLAINT
IN INTERVENTION RE USA V MARWAN.DOC

NAVIGATORS' REQUEST FOR ENTRY
OF ORDER OF DISMISSAL
Civ. Case No. 06-00011; Our File No. 2900.81
- 2 -
Case 1:06-cv-00011   Document 139   Filed 09/25/2007   Page 2 of 5

# EXHIBIT "A"

1  THOMAS C. STERLING
   BLAIR STERLING JOHNSON
     MARTINEZ & LEON GUERRERO
2  A Professional Corporation
   Suite 1008 DNA Building
3  238 Archbishop F.C. Flores Street
   Hagåtña, Guam 96910-5205
4  Telephone: (671) 477-7857
   Fax: (671) 472-4290
5
   STANLEY L. GIBSON (Cal. Bar No. 47882)
6    (Admitted *pro hac vice*)
   GIBSON ROBB & LINDH LLP
7  100 First Street, 27th Floor
   San Francisco, CA 94105
8  Telephone: (415) 348-6000
   Fax: (415) 348-6001
9

10 *Attorneys for Defendant Navigators Insurance Company,*
   *d.b.a. Navigators Protection & Indemnity*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | |
| vs. | **ORDER DISMISSING INCHCAPE SHIPPING SERVICES' AMENDED COMPLAINT IN INTERVENTION AGAINST NAVIGATORS INSURANCE COMPANY** |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Judge: Honorable Frances Tydingco-Gatewood |

This matter came before the Court on motion made by Defendant Navigators Insurance Company, pursuant to FRCP Rule 12(b)(6), to dismiss the Amended Complaint In Intervention of Inchcape Shipping Services Guam against Navigators. ISS did not oppose the motion and therefore,

ORDER DISMISSING ISS' AMENDED COMPLAINT IN
INTERVENTION AGAINST NAVIGATORS'
Civ. Case No. 06-00011; Our File No. 2900.81

Case 1:06-cv-00011    Document 139    Filed 09/25/2007    Page 4 of 5

1  IT IS HEREBY ORDERED that Inchcape Shipping Services Guam's Amended
2  Complaint In Intervention against Navigators be dismissed without prejudice.
3  SO ORDERED this _____ day of September, 2007.

---
HONORABLE FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

```
E56\52285-01
G:\WORDDOC\PLD\TCS\340-NAVIGATORS ORDER DISMISSING
INCHCAPE'S AMENDED COMPLAINT IN INTERVENTION RE USA
V MARWAN.DOC
```

ORDER DISMISSING ISS' AMENDED COMPLAINT IN
INTERVENTION AGAINST NAVIGATORS'
Civ. Case No. 06-00011; Our File No. 2900.81

- 2 -