```
 1  THOMAS C. STERLING
    BLAIR STERLING JOHNSON
 2    MARTINEZ & LEON GUERRERO
    A Professional Corporation
 3  Suite 1008 DNA Building
    238 Archbishop F.C. Flores Street
 4  Hagatna, Guam 96910-5205
    Telephone: (671) 477-7857
 5  Fax: (671) 472-4290

 6  STANLEY L. GIBSON (Cal. Bar No. 047882)
    GIBSON ROBB & LINDH LLP
 7  100 First Street, 27th Floor
    San Francisco, CA 94105
 8  Telephone: (415) 348-6000
    Fax: (415) 348-6001
 9
10  Attorneys for Defendant Navigators Insurance Co.,
    dba Navigators Protection & Indemnity
11
```

**FILED**
DISTRICT COURT OF GUAM
SEP 26 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | |

I, JOHN L. MANIBUSAN, hereby certify that a true and correct copy of the following: DEFENDANT NAVIGATORS INSURANCE COMPANY'S REQUEST FOR ENTRY OF ORDER OF DISMISSAL OF INCHCAPE SHIPPING SERVICES AMENDED COMPLAINT IN INTERVENTION *with attached Exhibit "A"*: ORDER DISMISSING INCHCAPE SHIPPING SERVICES' AMENDED

COMPLAINT IN INTERVENTION AGAINST NAVIGATORS INSURANCE COMPANY, filed herein on September 25, 2007, was served via hand delivery on September 25, 2007, upon the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI LLP
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVE., STE. 402
HAGÅTÑA, GUAM 96910

LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910

OFFICE OF THE UNITED STATES ATTORNEY
SIRENA PLAZA, STE. 500
108 HERNAN CORTEZ AVE.
HAGÅTÑA, GUAM 96910

DATED: SEPTEMBER 26, 2007

_____
JOHN L. MANIBUSAN

E56\52285-01
G:\WORDDOC\PLD\TCS\340-CERT OF SVC RE USA V MARWAN ET AL.DOC