# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARAWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam,* NAVIGATORS PROTECTION & INDEMNITY, and AL-BUHAIRA NATIONAL INSURANCE COMPANY,<br><br>Defendants.<br><br>AND CROSS-CLAIMS COUNTERCLAIM AND CLAIM-IN-INTERVENTION. | Civil Case No. 06-00011<br><br>**ORDER** |

The court notes that the parties requested that the Motion to Dismiss or Alternatively to Stay the Crossclaim (Docket No. 102) be stayed until further notice of the parties. *See* Docket No. 133. At this time the court will consider the motion moot. Should the parties wish for the court to address this motion, the parties may file a renewal of said motion.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Sep 26, 2007**