THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 47882)
 (Admitted *pro hac vice*)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Company,
d.b.a. Navigators Protection & Indemnity*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | |
| vs. | **ORDER DISMISSING INCHCAPE SHIPPING SERVICES' AMENDED COMPLAINT IN INTERVENTION AGAINST NAVIGATORS INSURANCE COMPANY** |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam,* | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Judge: Honorable Frances Tydingco-Gatewood |

This matter came before the Court on motion made by Defendant Navigators Insurance Company, pursuant to FRCP Rule 12(b)(6), to dismiss the Amended Complaint In Intervention of Inchcape Shipping Services Guam against Navigators. ISS did not oppose the motion and therefore,

ORDER DISMISSING ISS' AMENDED COMPLAINT IN
INTERVENTION AGAINST NAVIGATORS'
Civ. Case No. 06-00011; Our File No. 2900.81

NAVIGATORS' REQUEST FOR ENTRY OF ORDER OF DISMISSAL
Civ. Case No. 06-00011; Our File No. 2900.81

IT IS HEREBY ORDERED that Inchcape Shipping Services Guam's Amended Complaint In Intervention against Navigators be dismissed without prejudice.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Nov 02, 2007**

ORDER DISMISSING ISS' AMENDED COMPLAINT IN
INTERVENTION AGAINST NAVIGATORS'
Civ. Case No. 06-00011; Our File No. 2900.81

- 2 -

Case 1:06-cv-00011    Document 142    Filed 11/02/2007    Page 2 of 2