**THOMAS McKEE TARPLEY, JR.**
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP347W

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | CIVIL CASE NO. 06-00011<br><br>**ORDER**<br><br>**Granting Application to Shorten Time to Hear S.J. Gargrave Syndicate's Motion for Leave to File Third-Party Complaint Against Navigators Protection & Indemnity**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |

S.J. GARGRAVE SYNDICATE 2724,

    Third-Party Plaintiff,

vs.

NAVIGATORS PROTECTION & INDEMNITY,

    Third-Party Defendant.

The application of S.J. GARGRAVE SYNDICATE 2724 ("Gargrave") for an order shortening time on the briefing schedule for Gargrave's motion for leave to implead NAVIGATORS PROTECTION & INDEMNITY ("Navigators") and file a third-party complaint against it having come before this court on an ex parte basis and for good cause shown,

IT IS HEREBY ORDERED that Gargrave Syndicate's application is GRANTED. The expedited briefing schedule shall commence as provided below:

- Opposition to the motion for leave to file third-party complaint, if any, shall be filed no later than November 21, 2007, at 3:00 p.m.
- Gargrave shall file its reply brief, if any, no later than November 27, 2007, at 3:00 p.m.

Oral argument on the motion will only be scheduled if deemed necessary by the Court.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Nov 15, 2007**