LAW OFFICE
**THOMAS McKEE TARPLEY**
**A Professional Corporation**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH (Cal. Bar No. 74166)** (Admitted *pro hac vice*)
**RYAN C. DONLON (Cal. Bar No. 229292)** (Admitted *pro hac vice*)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

**IN THE DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724,<br>*in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Case No.: 1:06-CV-00011<br><br>**REPLY BRIEF OF S.J. GARGRAVE SYNDICATE 2724 IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |

1     Defendant, Cross-Claimant and Counterclaimant's S. J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave") respectfully submits that its motion for leave to implead NAVIGATORS PROTECTION & INDEMNITY (hereinafter "Navigators") as a third-party defendant in this maritime action should be granted. Navigators is a proper party to this action because Guam's Direct Action Statute (22 Guam Code Ann. § 18305) provides for joining tortfeasors' liability insurers in actions which are filed against the tortfeasors.

    No opposition has been filed to Gargrave's motion. Furthermore, San Francisco counsel for Navigators has advised counsel for Gargrave that Navigators does not intend to oppose the motion. Discovery is still open in this action, and trial is a long way off. This motion is timely in that Federal Rule of Civil Procedure 14(a) states that, with leave of court, a defendant may file a third-party complaint "[a]t any time after commencement of the action ...." Therefore, under Fed.R.Civ.Pro. 14(a) and (c), Gargrave requests that the Court grant Gargrave leave to file the third-party complaint which is attached as Exhibit A to its motion.

Dated this 26th day of November, 2007.

                        THOMAS McKEE TARPLEY
                        Attorney for Defendant, Cross-Claimant
                        and Counterclaimant S. J. GARGRAVE
                        SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on November 26, 2007, I caused to be served a true and correct copy of the **REPLY BRIEF OF S.J. GARGRAVE SYNDICATE 2724 IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** to the following:

| | |
|---|---|
| Mike W. Schwab, Esq.<br>OFFICE OF THE U.S. ATTORNEY<br>108 Hernan Cortez Avenue, Suite 500<br>Hagatna, Guam 96910 | R. Michael Underhill<br>Attorney in Charge, West Coast Office<br>MIMI MOON<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Avenue, Room 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102-3463<br>[Courtesy copy] |

*Attorneys for Plaintiff and Counterdefendant United States of America*

| | |
|---|---|
| Lawrence J. Teker, Esq.<br>TEKER TORRES & TEKER, P.C.<br>Suite 2-A, 130 Aspinall Avenue<br>Hagatna 96910-5018, Guam | John E.D. Powell, Esq.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>[Courtesy copy] |

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.; Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

| | |
|---|---|
| Thomas C. Sterling, Esq.<br>BLAIR STERLING JOHNSON MARTINEZ &<br>LEON GUERRERO, P.C.<br>Suite 1008, DNA Building<br>238 Archbishop F.C. Flores Street<br>Hagatna, Guam 96910-5205 | Stanley L. Gibson, Esq.<br>GIBSON ROBB & LINDH LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105<br>[Courtesy copy] |

*Attorneys for Defendant Navigators Insurance Co., dba Navigators Protection & Indemnity*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

*Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC*

Dated this 26 day of November, 2007.

_____
DOROTHEA QUICHOCHO