LAW OFFICE
**THOMAS McKEE TARPLEY, JR.**
**A Professional Corporation**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP346W

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | CIVIL CASE N0. 06-00011<br><br>**ORDER GRANTING LEAVE TO FILE THIRD-PARTY COMPLAINT OF S. J. GARGRAVE SYNDICATE 2724 AGAINST NAVIGATORS PROTECTION & INDEMNITY**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |

| | |
|---|---|
| S. J. GARGRAVE SYNDICATE 2724, | |
|         Third-Party Plaintiff, | |
|     vs. | |
| NAVIGATORS PROTECTION & INDEMNITY, | |
|         Third-Party Defendant. | |

The motion of S. J. GARGRAVE SYNDICATE 2724 ("Gargrave" Syndicate") for leave to implead NAVIGATORS PROTECTION & INDEMNITY ("Navigators") and file a third-party complaint against it having come before this court on shortened time, IT IS HEREBY ORDERED that Gargrave Syndicate's motion is GRANTED. It is hereby given leave to immediately file a third-party complaint against Navigators.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 28, 2007

- 2 -

11620/0002/648158.1

ORDER
Case No.: 1:06-CV-00011

Case 1:06-cv-00011    Document 149    Filed 11/28/2007    Page 2 of 2