# UNITED STATES DISTRICT COURT

District of Guam

PLAINTIFF
UNITED STATES OF AMERICA

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
S.J. GARGRAVE SYNDICATE 2724

Case Number: 06-00011

V. THIRD PARTY DEFENDANT
NAVIGATORS INSURANCE COMPANY dba
NAVIGATORS PROTECTION & INDEMNITY

To: Name and address of Third Party Defendant
NAVIGATORS INSURANCE COMPANY dba NAVIGATORS PROTECTION & INDEMNITY
7th Floor, 2 Minster Court, Mincing Lane
London EC3R 7BB, England, United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| [Please see "1" in Attachment A for Service List] | [Please see "2" in Attachment A for Service List |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgement by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JEANNE G. QUINATA**
Clerk of Court

CLERK

DEC 1 9 2007

DATE

/s/ Francine A. Diaz

(By) DEPUTY CLERK

ACKNOWLEDGED RECEIPT
Sign: _____
Print: Finela Powe
Date: 12/19/07

# ATTACHMENT A TO THIRD PARTY SUMMONS IN A CIVIL ACTION

## 1. Plaintiff's Service List:

Mike W. Schwab, Esq.
OFFICE OF THE U.S. ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

R. Michael Underhill
Attorney in Charge, West Coast Office
MIMI MOON
Trial Attorney
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
[Courtesy copy]

*Attorneys for Plaintiff and Counterdefendant United States of America*

## 2. Defendants' Service List:

Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam

John E.D. Powell, Esq.
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
[Courtesy copy]

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.; Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

The Thomas McKee Tarpley Law Firm
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910

Forrest Booth, Esq.
Ryan C. Donlon, Esq.
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
[Courtesy copy]

*Attorneys for Defendant, Counter-Complainant, Cross-Complainant, Third-Party Complainant, S.J. Gargrave Syndicate 2724*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

*Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC*

Thomas C. Sterling, Esq.
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
  *Attorneys for Defendant Navigators Insurance Co., dba
  Navigators Protection & Indemnity*

Stanley L. Gibson, Esq.
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105