| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LAW OFFICE<br>**THOMAS McKEE TARPLEY, JR.**<br>**A Professional Corporation**<br>GCIC Building<br>414 West Soledad Avenue, Suite 904<br>Hagatna, Guam 96910<br>Telephone: (671) 472-1539<br>Facsimile: (671) 472-4526<br>Electronic mail: tarpley@guam.net |



**FILED**
DISTRICT COURT OF GUAM

JAN 2 3 2008

**JEANNE G. QUINATA**
**Clerk of Court**

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP9455

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>　　　　Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>　　　　Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Case No.: 1:06-CV-00011<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |

| | |
|---|---|
| S. J. GARGRAVE SYNDICATE 2724, | |
| Third-Party Plaintiff, | |
| vs. | |
| NAVIGATORS PROTECTION & INDEMNITY, | |
| Third-Party Defendant. | |

S.J. GARGRAVE SYNDICATE 2724 ("GARGRAVE") asks the Clerk of Court to enter default against third party Defendant Navigator Insurance Company dba Navigators Protection & Indemnity, as authorized by Federal Rules of Civil Procedure 55 and based upon the Declaration of Thomas M. Tarpley, Jr. filed contemporaneously herewith.

Dated this 23rd day of January, 2008.

_____
THOMAS M. TARPLEY,
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Sheila D. Edwin, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on January 23, 2008, I caused to be served a true and correct copy of the Request for clerk's Entry of Default, to the following:

Mike W. Schwab, Esq.
OFFICE OF THE U.S. ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

R. Michael Underhill
Attorney in Charge, West Coast Office
MIMI MOON
Trial Attorney
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
[Courtesy copy]

*Attorneys for Plaintiff and Counterdefendant United States of America*

Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam

John E.D. Powell, Esq.
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
[Courtesy copy]

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.; Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

Thomas C. Sterling, Esq.
BLAIR STERLING JOHNSON MARTINEZ &
 LEON GUERRERO, P.C.
Suite 1008, DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205

Stanley L. Gibson, Esq.
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
[Courtesy copy]

*Attorneys for Defendant Navigators Insurance Co., dba Navigators Protection & Indemnity*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

*Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC*

Dated this 23rd day of January, 2008..

_____
SHEILA D. EDWIN

11620/0002/585335.1                                           CERTIFICATE OF SERVICE