LAW OFFICE
**THOMAS McKEE TARPLEY, JR.**
A Professional Corporation
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH** (Cal. Bar No. 74166) (Admitted *pro hac vice*)
**RYAN C. DONLON** (Cal. Bar No. 229292) (Admitted *pro hac vice*)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP94556

**FILED**
DISTRICT COURT OF GUAM
JAN 23 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-CV-00011 |
| Plaintiff, | |
| vs. | **DECLARATION OF THOMAS M. TARPLEY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| INCHCAPE SHIPPING SERVICES GUAM, LLC, | |
| Plaintiff in Intervention, | |
| vs. | Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

1620/0002/648158.1

DECLARATION OF THOMAS M. TARPLEY IN
SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
Case No.: 1:06-CV-00011

S. J. GARGRAVE SYNDICATE 2724,

        Third-Party Plaintiff,

vs.

NAVIGATORS PROTECTION & INDEMNITY,

        Third-Party Defendant.

I, THOMAS M. TARPLEY, certify as follows:

1. I am an attorney of record of S.J. GARGRAVE SYNDICATE 2724 in the above entitled action.

2. The attorneys of record for Navigators Insurance Company dba Navigators Protection & Indemnity ("Navigators") are Thomas C. Sterling, as local counsel, and Stanley L. Gibson of Gibson Robb & Lindh LLP, admitted pro hac vice by order of this Court dated April 12, 2007.

3. By order of this Court dated November 28, 2007, Gargrave was granted leave to file a third-party complaint against Navigators.

4. Gargrave's Third-Party Summons together with a First Amended Third-Party Complaint was served on Navigators by delivery of same to Thomas C. Sterling on November 30, 2007 and mailing same to Mr. Stanley Gibson by U.S. mail, postage prepaid.

5. More than 20 days have elapsed since the service of the First Amended Third-Party Complaint, yet Navigators has failed to plead or otherwise defend as provided by the Federal Civil Rules, and Navigators is in default thereby.

6. Gargrave is entitled to an entry of default against Navigators by the Clerk of Court pursuant to Fed. R. Civ. P 55(a).

I hereby declare under penalty of perjury under the laws of the United States of America and Guam that the aforesaid statements are true.

Dated this **23rd** day of January, 2008.

_____
THOMAS M. TARPLEY,
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Sheila D. Edwin, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on January 23, 2008, I caused to be served a true and correct copy of the **DECLARATION OF THOMAS M. TARPLEY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**, to the following:

| | |
|---|---|
| Mike W. Schwab, Esq. | R. Michael Underhill |
| OFFICE OF THE U.S. ATTORNEY | Attorney in Charge, West Coast Office |
| 108 Hernan Cortez Avenue, Suite 500 | MIMI MOON |
| Hagatna, Guam 96910 | Trial Attorney |
| | Torts Branch, Civil Division |
| | U.S. DEPARTMENT OF JUSTICE |
| | 450 Golden Gate Avenue, Room 7-5395 |
| | P.O. Box 36028 |
| | San Francisco, CA 94102-3463 |
| | [Courtesy copy] |

*Attorneys for Plaintiff and Counterdefendant United States of America*

| | |
|---|---|
| Lawrence J. Teker, Esq. | John E.D. Powell, Esq. |
| TEKER TORRES & TEKER, P.C. | CAIRNCROSS & HEMPELMANN, P.S. |
| Suite 2-A, 130 Aspinall Avenue | 524 Second Avenue, Suite 500 |
| Hagatna 96910-5018, Guam | Seattle, WA 98104-2323 |
| | [Courtesy copy] |

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.;*
*Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

| | |
|---|---|
| Thomas C. Sterling, Esq. | Stanley L. Gibson, Esq. |
| BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO, P.C. | GIBSON ROBB & LINDH LLP |
| Suite 1008, DNA Building | 100 First Street, 27th Floor |
| 238 Archbishop F.C. Flores Street | San Francisco, CA 94105 |
| Hagatna, Guam 96910-5205 | [Courtesy copy] |

*Attorneys for Defendant Navigators Insurance Co., dba*
*Navigators Protection & Indemnity*

| | |
|---|---|
| 1 | David P. Ledger, Esq. |
| 2 | Elyze J. McDonald, Esq.<br>CARLSMITH BALL LLP |
| 3 | Bank of Hawaii Building, Suite 401<br>134 West Soledad Avenue |
| 4 | Hagatna, Guam 96910 |
| 5 | *Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC* |

Dated this 23rd day of January, 2008.

*[signature]*
SHEILA D. EDWIN