LAW OFFICE
**THOMAS McKEE TARPLEY, JR.**
**A Professional Corporation**
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP9456

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>　　　　Plaintiff in Intervention,<br><br>　　vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>　　　　Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Case No.: 1:06-CV-00011<br><br>**CLERK'S ENTRY OF DEFAULT OF NAVIGATORS INSURANCE COMPANY dba NAVIGATORS PROTECTION & INDEMNITY**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |

| |
|---|
| S. J. GARGRAVE SYNDICATE 2724, |
|             Third-Party Plaintiff, |
| vs. |
| NAVIGATORS PROTECTION & INDEMNITY, |
|             Third-Party Defendant. |

This matter having come to the Clerk of Court upon the request of Third Party Plaintiff S.J. Gargrave Syndicate 2724 for an entry of default against Navigators Insurance Company dba Navigators Protection & Indemnity on the FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE and after considering the supporting Declaration of Thomas M. Tarpley that said third party defendant has failed to plead or otherwise defend as provided by the rules of court.

**NOW, THEREFORE**, the undersigned Clerk of Courts hereby enters the Default of Navigators Insurance Company dba Navigators Protection & Indemnity.

Dated this  29th  day of January, 2008.

                                            JEANNE G. QUINATA
                                            CLERK OF COURT

                                            By:  /s/ Virginia T. Kilgore
                                                  Deputy Clerk