THOMAS C. STERLING
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

Attorneys for Specially-Appearing Defendant
Navigators Insurance Co.,
dba Navigators Protection & Indemnity

**FILED**
DISTRICT COURT OF GUAM
FEB 0 6 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br> Defendants. <br><br> AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011 <br><br> **SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S REQUEST TO FILE FACSIMILE FILING** <br><br> Judge: Honorable Frances Tydingco-Gatewood |

In accordance with General Rule 5.1(a), specially-appearing defendant Navigators Insurance Company ("Navigators") hereby requests that the Court grant permission for Navigators to submit the attached facsimile filing, **DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724.**

Mr. Gibson will be sending to Guam to the office of Thomas Sterling, an original copy of the Declaration via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with the court.

DATED: February 6, 2008

Respectfully submitted,

Stanley L. Gibson
GIBSON ROBB & LINDH LLP

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO

By: _____
Thomas C. Sterling
Attorneys for Defendant
NAVIGATORS INSURANCE CO., d.b.a.
Navigators Protection & Indemnity

SPECIALLY-APPEARING REQUEST TO FILE
FACSIMILE FILING
Civ. Case No. 06-00011; Our File No. 2900.81

2

THOMAS C. STERLING
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

Attorneys for Defendant to
Third-Party Complaint, Navigators Insurance Co.,
dba Navigators Protection & Indemnity

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724 |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Judge: Honorable Frances Tydingco-Gatewood |

I, STANLEY L. GIBSON, do hereby declare as follows:

1. I have personal knowledge of the facts stated herein and could competently testify to those facts if called as witness.

//

//

DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

1

Case 1:06-cv-00011    Document 159    Filed 02/06/2008    Page 3 of 17

2. I am a partner in the San Francisco office of the law firm of Gibson Robb & Lindh, who represent Special-Appearing Navigators Insurance Company ("Navigators") in this action.

3. On November 2, 2007, the Court ordered the dismissal of Inchcape Shipping Services Guam's Amended Complaint In Intervention against Navigators in this Action. A true and correct copy of that Order is attached herewith as Exhibit A.

4. On November 14, 2007, Gargrave's Counsel, Forrest Booth, filed a Declaration of Forrest Booth In Support of Motion for Leave to File Third-Party Complaint of S.J. Gargrave Syndicate Against Navigators Protection & Indemnity. A true and correct copy of that Declaration, without exhibits, is attached herewith as Exhibit B. At paragraph 12 of the declaration, Mr. Booth states that "[o]n November 2 [2007], this Court dismissed without prejudice the Amended Complaint in Intervention filed by Inchcape Shipping Services Guam LLC (hereinafter "Inchcape"). As of that date, Navigators was no longer a party to this lawsuit."

5. Gargrave did not request in writing, pursuant to FRCP 4(d), that Navigators waive service of process of Gargrave's First Amended Third-Party Complaint filed on November 30, 2007.

6. On or about November 30, 2007, counsel for Gargrave mailed a copy of the First Amended Third-Party Complaint to my office in San Francisco, California. I do not recall receiving a summons with this Complaint, nor could I locate such a summons after reviewing my case file. On that same date, Gargrave's attorney mailed a letter to my office advising that Gargrave also caused the Complaint to be delivered to Thomas C. Sterling, who had been previously acting as Navigators' local counsel. Mr. Sterling advised my office that he did not recall ever receiving a copy of the summons, nor could he locate such a copy in his case file.

7. On December 10, 2007, my office advised Gargrave's counsel, Forrest Booth, that my office was not authorized to accept service of lawsuits on behalf of Navigators. A true

//

DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

2

Case 1:06-cv-00011   Document 159   Filed 02/06/2008   Page 4 of 17

1 | and correct copy of that letter is attached as Exhibit C.

2 | I declare under penalty of perjury of the laws of the United States of America that the
3 | foregoing is true and correct.

4 |

5 | Executed this 6th day of February 5, 2008 at 100 First St, 27th Floor, San Francisco,
6 | California.

7 |
8 | *[signature]*
9 | Stanley L. Gibson

10–27 |

28 | DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

3

# Exhibit A

THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 47882)
  (Admitted *pro hac vice*)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Company,
d.b.a. Navigators Protection & Indemnity*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**ORDER DISMISSING INCHCAPE SHIPPING SERVICES' AMENDED COMPLAINT IN INTERVENTION AGAINST NAVIGATORS INSURANCE COMPANY**<br><br>Judge: Honorable Frances Tydingco-Gatewood |

This matter came before the Court on motion made by Defendant Navigators Insurance Company, pursuant to FRCP Rule 12(b)(6), to dismiss the Amended Complaint In Intervention of Inchcape Shipping Services Guam against Navigators. ISS did not oppose the motion and therefore,

ORDER DISMISSING ISS' AMENDED COMPLAINT IN
INTERVENTION AGAINST NAVIGATORS'
Civ. Case No. 06-00011; Our File No. 2900.81

NAVIGATORS' REQUEST
FOR ENTRY
OF ORDER OF DISMISSAL
Civ. Case No. 06-00011; Our
File No. 2900.81

Case 1:06-cv-00011   Document 159   Filed 02/06/2008   Page 7 of 17

1   IT IS HEREBY ORDERED that Inchcape Shipping Services Guam's Amended
2   Complaint In Intervention against Navigators be dismissed without prejudice.
3   SO ORDERED.

28  ORDER DISMISSING ISS' AMENDED COMPLAINT IN
    INTERVENTION AGAINST NAVIGATORS'
    Civ. Case No. 06-00011; Our File No. 2900.81

- 2 -

# Exhibit B

THOMAS McKEE TARPLEY, JR.
A Professional Corporation
Bank of Hawaii Building
134 Soledad Avenue, Suite 402
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-CV-00011 |
| Plaintiff, | **DECLARATION OF FORREST BOOTH IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724 AGAINST NAVIGATORS PROTECTION & INDEMNITY** |
| vs. | |
| INCHCAPE SHIPPING SERVICES GUAM, LLC, | |
| Plaintiff in Intervention, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

11620/0002/647872.1

DECL. OF BOOTH I/S/O MOTION FOR LEAVE TO FILE
THIRD-PARTY COMPLAINT Case No.: 1:06-CV-00011

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE 2724, | |
| Third-Party Plaintiff, | |
| vs. | |
| NAVIGATORS PROTECTION & INDEMNITY, | |
| Third-Party Defendant. | |

I, Forrest Booth, declare:

1. I am an attorney duly licensed to practice law before all courts in the State of California, and am admitted *pro hac vice* herein. I am a member of the law firm of Severson & Werson, counsel of record for Defendant, Cross-Claimant and Counterclaimant S.J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave").

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3. On July 24, 2006, I filed a Third-Party Complaint herein, on behalf of Gargrave, against NAVIGATORS PROTECTION & INDEMNITY ("Navigators") and AL-BUHAIRA NATIONAL INSURANCE COMPANY ("Al-Buhaira"). Said Third-Party Complaint alleged that Navigators had misrepresented material facts, and failed to disclose other material facts, during the application for the Certificate of Financial Responsibility ("COFR") and policy of pollution insurance underwritten for the M/V AJMAN 2 by Gargrave. Discovery later disclosed that these were not viable claims against Navigators.

4. Accordingly, a dismissal dated January 31, 2007 was filed on February 1, 2007, dismissing Navigators, without prejudice, from this litigation.

5. Attached hereto and marked as Exhibit A is a true and correct copy of the Petition of Stanley L. Gibson to Appear *Pro Hac Vice* and Consent of Designated Co-Counsel, filed herein on April 3, 2007. Since the filing of this petition, Mr. Gibson has been acting as counsel for Navigators herein, and also in the closely related action entitled *Jose D. Leon Guerrero*

- 2 -

*Commercial Port and M.J. Harrington Syndicate 2000 v. Marwan Shipping & Trading Company, LLC, Sharjah, et al.*, Civil Action Case No. 07-00010 in this Court (hereinafter the "Port's lawsuit").

6. Attached hereto and marked as Exhibit B is a true and correct copy of the Order Granting Petitions of Stanley L. Gibson and Ellen G. Lauck for Admission *Pro Hac Vice*, which was signed and filed herein by Magistrate Judge Manibusan on April 12, 2007.

7. I am counsel for plaintiff M.J. HARRINGTON SYNDICATE 2000 (hereinafter "Harrington") in the Port's lawsuit. As a result, I am familiar with the pleadings and discovery in that matter, as well as the pleadings and discovery herein.

8. Discovery in this action and the Port's lawsuit has disclosed that Titan Industries ("Titan"), the salvage contractor retained by the U.S. Government to deal with the M/V AJMAN 2 disaster, performed and billed for services involved in salvaging the vessel in August of 2004. Salvage expenses are typically insured under a vessel's hull and machinery insurance policy.

9. Discovery in this action and the Port's lawsuit has disclosed that Titan performed services in August of 2004 for the removal of the wreck of the M/V AJMAN 2 from Family Beach in Apra Harbor, Guam. Attached hereto and marked as Exhibit C is a true and correct copy of the cover page, as well as of page 2 of the "Risks Insured" section, of Navigators' Certificate of Protection and Indemnity Insurance No. LN04PN1000169, issued to Marwan Shipping & Trading Co. and insuring the vessel AJMAN 2. Page 2 of the Risks Insured section contains paragraph 5 entitled "Liabilities for the Removal of a Wreck".

10. All parties in the Port's lawsuit have agreed to a mediation of the dispute, to be held in London, England, during the week of December 3, 2007. Counsel are discussing resolving that matter, and it is possible that the case will be settled before the mediation convenes. Navigators, through their San Francisco-based legal counsel (Mr. Gibson), have agreed to participate in that mediation.

11. My clients are syndicates of Underwriters at Lloyds, London. From time to time the lead claims adjuster at the Gargrave Syndicate has had direct conversations about the

- 3 -

11620/0002/647872.1　　　　　　　　　　　DECL. OF BOOTH I/S/O MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT Case No.: 1:06-CV-00011

Case 1:06-cv-00011　　Document 159　　Filed 02/06/2008　　Page 12 of 17

AJMAN 2 claims with employees of Navigators in London. The Gargrave Syndicate was told on a number of occasions that Navigators would be willing to engage in a mediation of the AJMAN 2 disputes, but only if the Port's lawsuit and this action were mediated together, as a package. Attached hereto and marked as Exhibit D is a true and correct copy of the relevant portion of an email from Gargrave's Senior Claims Adjuster Myles Sunley to me, dated October 2, 2007, stating that Navigators had represented to him that Navigators wished to "conclude" (settle) both the pollution and pier damage cases "in the same negotiation."

12. On November 2, this Court dismissed without prejudice the Amended Complaint in Intervention filed by Inchcape Shipping Services Guam LLC (hereinafter "Inchcape"). As of that date, Navigators was no longer a party to this lawsuit.

13. On several occasions in late October and November 2007, I have had telephone conversations with Mr. Gibson, counsel for Navigators. During those conversations, Mr. Gibson advised me that his client is no longer interested in mediating this action, because Navigators is no longer a party to this lawsuit, and therefore, in his view, is no longer involved.

14. It is my understanding that one of the reasons the parties originally agreed to set aside two days for the London mediation was that one day would be devoted to resolving the Port's lawsuit, and one day to resolving this lawsuit.

15. In my opinion, based on 30 years as a maritime lawyer, this action brought by the United States is readily susceptible of settlement. Counsel for defendants Marwan Shipping & Trading Co., Five Seas Shipping Co., LLC and Al-Buhaira have indicated to me that their clients are desirous of settling this lawsuit.

16. Mr. Gibson, counsel for Navigators, has indicated to me that he is prepared to travel to London to participate in one or two days of mediation during the week of December 3, 2007, the dates currently agreed upon for mediation, although he has not yet agreed to mediate this dispute at the same time as the Port's lawsuit.

1  Sworn this 8th day of November, 2007, under penalty of perjury under the laws of the
2  State of California and of the United States at San Francisco, California.

By: _____
FORREST BOOTH

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on November _13_, 2007, I caused to be served a true and correct copy of the **DECLARATION OF FORREST BOOTH IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724 AGAINST NAVIGATORS PROTECTION & INDEMNITY** to the following:

Mike W. Schwab, Esq.
OFFICE OF THE U.S. ATTORNEY
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

R. Michael Underhill
Attorney in Charge, West Coast Office
MIMI MOON
Trial Attorney
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
[Courtesy copy]

*Attorneys for Plaintiff and Counterdefendant United States of America*

Lawrence J. Teker, Esq.
TEKER TORRES & TEKER, P.C.
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam

John E.D. Powell, Esq.
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
[Courtesy copy]

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.; Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building. Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

*Attorneys for Intervenor Inchcape Shipping Services Guam LLC*

Dated this _13_ day of November, 2007.

_____
DOROTHEA QUICHOCHO

# Exhibit C

Stanley L. Gibson
G. Geoffrey Robb
Peter A. Lindh
Joshua E. Kirsch
Michael J. Cummins
Jennifer T. Sanchez

Marker E. Lovell, Jr.
Joshua A. Southwick
Shaul Serban
Chelsea Luan

# GIBSON ROBB & LINDH LLP

100 First Street, 27th Floor
San Francisco, CA 94105

Telephone
(415) 348-6000

Facsimile
(415) 348-6001

December 10, 2007

SEVERSON & WERSON
ATTN: FORREST BOOTH
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

    Re:    <u>United States of America v. Marwan Shipping & Trading Company LLC, et al.</u>
             **District Court of Guam Case No. 06-00011**
             Our File No. 2900.81

Dear Forrest:

       We are not authorized to accept service of lawsuits on behalf of Navigators P&I. We are returning the documents you sent to us.

                           Very truly yours,

                           GIBSON ROBB & LINDH LLP

                           By _____
                                Shaul Serban

Enclosures