THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Co.,*
*dba Navigators Protection & Indemnity*

FILED
DISTRICT COURT OF GUAM
FEB 0 6 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: 06-00011 |
| Plaintiff, | |
| vs. | |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | |

I, **THOMAS C. STERLING**, hereby certify that I caused to be served true and correct copies of the following: (1) SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S REQUEST TO FILE FACSIMILE FILING; (2) ORDER SETTING ASIDE DEFAULT, QUASHING SERVICE OF PROCESS AND DISMISSING S.J. GARGRAVE SYNDICATE 2724'S FIRST AMENDED THIRD-PARTY COMPLAINT AGAINST NAVIGATORS INSURANCE COMPANY; (3) SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724 AND SUPPORTING

1

ORIGINAL

**MEMORANDUM OF POINTS AND AUTHORITIES; and (4) CERTIFICATE OF SERVICE**, filed herein on February 6, 2008, was served via hand delivery on February 6, 2008, upon the following:

DAVID P. LEDGER, ESQ.
ELYZE J. McDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI LLP
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVE., STE. 402
HAGÅTÑA, GUAM 96910

LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910

MIKE W. SCHWAB, ESQ.
OFFICE OF THE UNITED STATES ATTORNEY
SIRENA PLAZA, STE. 500
108 HERNAN CORTEZ AVE.
HAGÅTÑA, GUAM 96910

DATED: FEBRUARY 6, 2008

_____
THOMAS C. STERLING

E56\52285-01
G:\WORDDOC\PLD\TCS\358-CERT OF SVC RE USA V MARWAN ET AL.DOC