```
 1  THOMAS C. STERLING
    BLAIR STERLING JOHNSON
 2    MARTINEZ & LEON GUERRERO
    A Professional Corporation
 3  Suite 1008 DNA Building
    238 Archbishop F.C. Flores Street
 4  Hagatna, Guam 96910-5205
    Telephone: (671) 477-7857
 5  Fax: (671) 472-4290

 6  STANLEY L. GIBSON (Cal. Bar No. 047882)
    GIBSON ROBB & LINDH LLP
 7  100 First Street, 27th Floor
    San Francisco, CA 94105
 8  Telephone: (415) 348-6000
    Fax: (415) 348-6001
 9
```

FILED
DISTRICT COURT OF GUAM

FEB 0 7 2008

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant Navigators Insurance Co.,
dba Navigators Protection & Indemnity*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that I caused to be served true and correct copies of the following: **(1) SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S OPPOSITION TO S.J. GARGRAVE SYNDICATE 2724'S MOTION FOR DEFAULT JUDGMENT ON THE GROUNDS THAT IT IS PREMATURE** and **(2) CERTIFICATE OF SERVICE**, filed herein on February 7, 2008, was served via hand delivery on February 7, 2008, upon the following:

1

DAVID P. LEDGER, ESQ.
ELYZE J. McDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
THOMAS MCKEE LAW OFFICE
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
GCIC BUILDING, SUITE 904
414 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910

MIKE W. SCHWAB, ESQ.
OFFICE OF THE UNITED STATES ATTORNEY
SIRENA PLAZA, STE. 500
108 HERNAN CORTEZ AVE.
HAGÅTÑA, GUAM 96910

DATED: FEBRUARY 7, 2008

_____
THOMAS C. STERLING

E56\52285-01
G:\WORDDOC\PLD\TCS\359-CERT OF SVC RE USA V MARWAN ET AL.DOC

2