THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Co.,*
*dba Navigators Protection & Indemnity*

**FILED**
DISTRICT COURT OF GUAM

FEB 0 7 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, **THOMAS C. STERLING**, hereby certify that I caused to be served true and correct copies of the following: **(1) SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S OPPOSITION TO S.J. GARGRAVE SYNDICATE 2724'S MOTION FOR DEFAULT JUDGMENT ON THE GROUNDS THAT IT IS PREMATURE** and **(2) CERTIFICATE OF SERVICE**, filed herein on February 7, 2008, was served via hand delivery on February 7, 2008, upon the following:

1

ORIGINAL

| | |
|---|---|
| 1 | DAVID P. LEDGER, ESQ. |
| 2 | ELYZE J. McDONALD, ESQ. |
| | CARLSMITH BALL |
| 3 | BANK OF HAWAII BUILDING |
| | SUITE 401 |
| 4 | 134 WEST SOLEDAD AVENUE |
| | HAGÅTÑA, GUAM 96910 |

<pre>
                    DAVID P. LEDGER, ESQ.
                    ELYZE J. McDONALD, ESQ.
                        CARLSMITH BALL
                    BANK OF HAWAII BUILDING
                          SUITE 401
                   134 WEST SOLEDAD AVENUE
                     HAGÅTÑA, GUAM  96910

                 THOMAS M. TARPLEY, JR., ESQ.
                    THOMAS MCKEE LAW OFFICE
            A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
                     GCIC BUILDING, SUITE 904
                    414 WEST SOLEDAD AVENUE
                     HAGÅTÑA, GUAM  96910

                    LAWRENCE J. TEKER, ESQ.
                   TEKER TORRES & TEKER, P.C.
                  SUITE 2A, 130 ASPINALL AVENUE
                     HAGÅTÑA, GUAM  96910

                     MIKE W. SCHWAB, ESQ.
              OFFICE OF THE UNITED STATES ATTORNEY
                    SIRENA PLAZA, STE. 500
                    108 HERNAN CORTEZ AVE.
                     HAGÅTÑA, GUAM  96910
</pre>

DATED: FEBRUARY 7, 2008

_____
THOMAS C. STERLING

E56\52285-01
G:\WORDDOC\PLD\TCS\359-CERT OF SVC RE USA V MARWAN ET AL.DOC

2