The
**THOMAS McKEE TARPLEY**
Law Firm
A Professional Corporation
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: tarpley@guam.net

FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)
RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com

Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724
9ZP513W

FILED
DISTRICT COURT OF GUAM
FEB 1 3 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> and <br><br> INCHCAPE SHIPPING SERVICES GUAM, LLC, <br><br> Plaintiff in Intervention, <br><br> vs. <br><br> MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br> Defendants. | Case No.: 1:06-CV-00011 <br><br> **SUPPLEMENTAL DECLARATION OF THOMAS M. TARPLEY TO CORRECT PREVIOUS DECLARATION** <br><br> Complaint Date: April 19, 2006 <br> Trial Date: May 12, 2008 |



AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION

I, Thomas M. Tarpley, Jr., submit this supplemental declaration and state as follows:

I have been informed by Mr. Thomas C. Sterling, attorney for Navigators Insurance Company, that while his office was served with a copy of the Amended Third-Party Complaint on November 30, 2007, his office has no record of being served with a summons. Upon double-checking my file in this case I find that we have a copy of the Amended Third-Party Complaint stamped received by Mr. Sterling's office, but no stamped received summons. The lack of a stamped received copy of a summons in our file and the statements to me by Mr. Sterling create a reasonable doubt as to whether the summons was actually served on Mr. Sterling's office. The statement in my previous declaration in support of the request for entry of default that a summons was served upon Mr. Sterling on November 30, 2007 was apparently mistaken and the record should be corrected in that regard.

I hereby declare under penalty of perjury that the foregoing statements are true except for statements of opinion, which I believe to be true.

Dated this ___13th___ day of February, 2008.

THOMAS McKEE TARPLEY
Attorney for Defendant, Cross-Claimant
and Counterclaimant S. J. GARGRAVE
SYNDICATE 2724

- 2 -
SUPPLEMENTAL DECLARATION OF THOMAS M. TARPLEY

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on February _13_, 2008, I caused to be served a true and correct copy of the **SUPPLEMENTAL DECLARATION OF THOMAS M. TARPLEY TO CORRECT PREVIOUS DECLARATION**, to the following:

| | |
|---|---|
| Mike W. Schwab, Esq.<br>OFFICE OF THE U.S. ATTORNEY<br>108 Hernan Cortez Avenue, Suite 500<br>Hagatna, Guam 96910 | R. Michael Underhill<br>Attorney in Charge, West Coast Office<br>MIMI MOON<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Avenue, Room 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102-3463<br>[Courtesy copy] |

*Attorneys for Plaintiff and Counterdefendant United States of America*

| | |
|---|---|
| Lawrence J. Teker, Esq.<br>TEKER TORRES & TEKER, P.C.<br>Suite 2-A, 130 Aspinall Avenue<br>Hagatna 96910-5018, Guam | John E.D. Powell, Esq.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>[Courtesy copy] |

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.;*
*Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

| | |
|---|---|
| Thomas C. Sterling, Esq.<br>BLAIR STERLING JOHNSON MARTINEZ &<br>LEON GUERRERO, P.C.<br>Suite 1008, DNA Building<br>238 Archbishop F.C. Flores Street<br>Hagatna, Guam 96910-5205 | Stanley L. Gibson, Esq.<br>GIBSON ROBB & LINDH LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105<br>[Courtesy copy] |

*Attorneys for Defendant Navigators Insurance Co., dba*
*Navigators Protection & Indemnity*

David P. Ledger, Esq.
Elyze J. McDonald, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

*Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC*

Dated this 13th day of February, 2008.

*[signature]*

DOROTHEA QUICHOCHO