THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Co.,
dba Navigators Protection & Indemnity*

**FILED**
DISTRICT COURT OF GUAM
FEB 1 9 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>    Defendants.<br><br>AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION | Civil Case No.: 06-00011<br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that I caused to be served true and correct copies of the following: **(1) SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S REPLY TO GARGRAVE'S OPPOSITION TO NAVIGATORS' MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT** and **(2) CERTIFICATE OF SERVICE**, filed

1

herein on February 19, 2008, will be served via hand delivery on February 19, 2008, or soon thereafter, upon the following:

>DAVID P. LEDGER, ESQ.
>ELYZE J. McDONALD, ESQ.
>CARLSMITH BALL
>BANK OF HAWAII BUILDING
>SUITE 401
>134 WEST SOLEDAD AVENUE
>HAGÅTÑA, GUAM 96910
>
>THOMAS M. TARPLEY, JR., ESQ.
>THOMAS MCKEE LAW OFFICE
>A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
>GCIC BUILDING, SUITE 904
>414 WEST SOLEDAD AVENUE
>HAGÅTÑA, GUAM 96910
>
>LAWRENCE J. TEKER, ESQ.
>TEKER TORRES & TEKER, P.C.
>SUITE 2A, 130 ASPINALL AVENUE
>HAGÅTÑA, GUAM 96910
>
>MIKE W. SCHWAB, ESQ.
>OFFICE OF THE UNITED STATES ATTORNEY
>SIRENA PLAZA, STE. 500
>108 HERNAN CORTEZ AVE.
>HAGÅTÑA, GUAM 96910

DATED: FEBRUARY 19, 2008

_____
THOMAS C. STERLING

E56\52285-01
G:\WORDDOC\PLD\TCS\363-CERT OF SVC RE USA V MARWAN ET AL.DOC

2