THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, GU 96910-5205
Tel: (671) 477-7857
Fax: (671) 472-4290

STANLEY L. GIBSON (Cal. Bar No. 047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 348-6000
Fax: (415) 348-6001

*Attorneys for Defendant Navigators Insurance Co.,
  dba Navigators Protection & Indemnity*

**FILED**
DISTRICT COURT OF GUAM

MAR 0 3 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 06-00011 |
| Plaintiff, | ) |
| vs. | ) |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, | ) **NOTICE OF FILING OF ORIGINAL** ) **GIBSON DECLARATION** |
| Defendants. | ) |
| AND CROSS-CLAIMS, COUNTERCLAIMS, AND CLAIM IN INTERVENTION. | ) |

Attached hereto as Exhibit "A" is the **DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT OF S.J. GARGRAVE SYNDICATE 2724** a facsimile copy of which was previously filed herein on February 6, 2008.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Navigators Insurance Co., dba Navigators Protection & Indemnity*

**EXHIBIT "A"**
R49\52285-01
G:\WORDDOC\PLD\TCS\366-NOTICE OF FILING (ORIGINAL SIGNATURE) USA V MARWAN ET AL.DOC

ORIGINAL

# CERTIFICATE OF SERVICE

I, **THOMAS C. STERLING**, hereby certify that a true and correct copy of the **NOTICE OF FILING OF ORIGINAL GIBSON DECLARATION** filed herein on March 3, 2008, will be served via hand delivery on March 3, 2008, or soon thereafter, upon the following:

**DAVID P. LEDGER, ESQ.**
**ELYZE J. McDONALD, ESQ.**
**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

**THOMAS M. TARPLEY, JR., ESQ.**
**THOMAS McKEE LAW OFFICE**
**A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION**
**GCIC BUILDING, SUITE 904**
**414 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

**LAWRENCE J. TEKER, ESQ.**
**TEKER TORRES & TEKER, P.C.**
**SUITE 2A, 130 ASPINALL AVENUE**
**HAGÅTÑA, GUAM 96910**

**MIKE W. SCHWAB, ESQ.**
**OFFICE OF THE UNITED STATES ATTORNEY**
**SIRENA PLAZA, STE. 500**
**108 HERNAN CORTEZ AVE.**
**HAGÅTÑA, GUAM 96910**

DATED: MARCH 3, 2008

_____
**THOMAS C. STERLING**

E49\52285-01
G:\WORDDOC\PLD\TCS\366-NOTICE OF FILING (ORIGINAL SIGNATURE)
USA V MARWAN ET AL.DOC

- 2 -

1 | THOMAS C. STERLING
2 | BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
3 | 238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
4 | Telephone: (671) 477-7857
Fax: (671) 472-4290
5 |
STANLEY L. GIBSON (Cal. Bar No. 047882)
6 | GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
7 | San Francisco, CA 94105
Telephone: (415) 348-6000
8 | Fax: (415) 348-6001
9 |
Attorneys for Defendant to
10 | Third-Party Complaint, Navigators Insurance Co.,
dba Navigators Protection & Indemnity

11 |
IN THE DISTRICT COURT OF GUAM
12 |
TERRITORY OF GUAM
13 |

| UNITED STATES OF AMERICA, | ) Civil Case No.: 06-00011 |
| | ) |
| Plaintiff, | ) **DECLARATION OF STANLEY L.** |
| vs. | ) **GIBSON IN SUPPORT OF SPECIALLY-** |
| | ) **APPEARING DEFENDANT** |
| MARWAN SHIPPING & TRADING CO., | ) **NAVIGATORS INSURANCE** |
| FIVE SEAS SHIPPING CO., LLC, and S.J. | ) **COMPANY'S MOTION TO SET ASIDE** |
| GARGRAVE SYNDICATE 2724, *in* | ) **DEFAULT AND DISMISS FIRST** |
| *personam,* | ) **AMENDED THIRD-PARTY** |
| | ) **COMPLAINT OF S.J. GARGRAVE** |
| Defendants. | ) **SYNDICATE 2724** |
| | |
| AND CROSS-CLAIMS, | |
| COUNTERCLAIMS, AND CLAIM IN | Judge: Honorable Frances Tydingco- |
| INTERVENTION | Gatewood |

I, STANLEY L. GIBSON, do hereby declare as follows:

1.    I have personal knowledge of the facts stated herein and could competently testify to those facts if called as witness.

//

//

DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

1

2. I am a partner in the San Francisco office of the law firm of Gibson Robb & Lindh, who represent Special-Appearing Navigators Insurance Company ("Navigators") in this action.

3. On November 2, 2007, the Court ordered the dismissal of Inchcape Shipping Services Guam's Amended Complaint In Intervention against Navigators in this Action. A true and correct copy of that Order is attached herewith as Exhibit A.

4. On November 14, 2007, Gargrave's Counsel, Forrest Booth, filed a Declaration of Forrest Booth In Support of Motion for Leave to File Third-Party Complaint of S.J. Gargrave Syndicate Against Navigators Protection & Indemnity. A true and correct copy of that Declaration, without exhibits, is attached herewith as Exhibit B. At paragraph 12 of the declaration, Mr. Booth states that "[o]n November 2 [2007], this Court dismissed without prejudice the Amended Complaint in Intervention filed by Inchcape Shipping Services Guam LLC (hereinafter "Inchcape"). As of that date, Navigators was no longer a party to this lawsuit."

5. Gargrave did not request in writing, pursuant to FRCP 4(d), that Navigators waive service of process of Gargrave's First Amended Third-Party Complaint filed on November 30, 2007.

6. On or about November 30, 2007, counsel for Gargrave mailed a copy of the First Amended Third-Party Complaint to my office in San Francisco, California. I do not recall receiving a summons with this Complaint, nor could I locate such a summons after reviewing my case file. On that same date, Gargrave's attorney mailed a letter to my office advising that Gargrave also caused the Complaint to be delivered to Thomas C. Sterling, who had been previously acting as Navigators' local counsel. Mr. Sterling advised my office that he did not recall ever receiving a copy of the summons, nor could he locate such a copy in his case file.

7. On December 10, 2007, my office advised Gargrave's counsel, Forrest Booth, that my office was not authorized to accept service of lawsuits on behalf of Navigators. A true

//

DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

2

1 | and correct copy of that letter is attached as Exhibit C.

2 |      I declare under penalty of perjury of the laws of the United States of America that the

3 | foregoing is true and correct.

4

5 |      Executed this 6th day of February 5, 2008 at 100 First St, 27th Floor, San Francisco,

6 | California.

7

8

9 | Stanley L. Gibson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STANLEY L. GIBSON IN SUPPORT OF
SPECIALLY-APPEARING DEFENDANT NAVIGATORS INSURANCE
COMPANY'S MOTION TO SET ASIDE DEFAULT AND DISMISS FIRST
AMENDED THIRD-PARTY COMPLAINT OF GARGRAVE
2724Civ. Case No. 06-00011; Our File No. 2900.81

3