**THOMAS McKEE TARPLEY**
Law Firm
A Professional Corporation
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: ttarpley@attorneyguam.com

**FORREST BOOTH** (Cal. Bar No. 74166) (Admitted *pro hac vice*)
**RYAN C. DONLON** (Cal. Bar No. 229292) (Admitted *pro hac vice*)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com
9ZP585
Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

FILED
DISTRICT COURT OF GUAM
APR 0 1 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> INCHCAPE SHIPPING SERVICES GUAM, LLC, <br><br> Plaintiff in Intervention, <br><br> vs. <br><br> MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*, <br><br> Defendants. <br><br> AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | Case No.: 1:06-CV-00011 <br><br> **DEFENDANT S.J. GARGRAVE SYNDICATE 2724'S REQUEST TO APPEAR TELEPHONICALLY FOR APRIL 7, 2008 HEARING** <br><br><br> Complaint Date: April 19, 2006 <br> Trial Date: May 12, 2008 |



Defendant, Cross-Claimant and Counterclaimant S. J. GARGRAVE SYNDICATE 2724 (hereinafter "Gargrave") requests that Attorney Forrest Booth, counsel for Gargrave be allowed to appear telephonically before the Court on April 7, 2008 at 9:00 a.m. for the preliminary pretrial conference. Mr. Booth lives off-island and will not be able to attend the hearing in person.

Dated this ___1st___ day of April, 2008.

_____
THOMAS McKEE TARPLEY
Attorney for Defendant, Cross-Claimant
and Counterclaimant S. J. GARGRAVE
SYNDICATE 2724

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on April 1, 2008, I caused to be served a true and correct copy of DEFENDANT S. J. GARGRAVE'S REQUEST TO APPEAR TELEPHONICALLY FOR APRIL 7, 2008 HEARING, to the following:

| | |
|---|---|
| Mike W. Schwab, Esq.<br>OFFICE OF THE U.S. ATTORNEY<br>108 Hernan Cortez Avenue, Suite 500<br>Hagatna, Guam 96910 | R. Michael Underhill<br>Attorney in Charge, West Coast Office<br>MIMI MOON<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Avenue, Room 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102-3463<br>[Courtesy copy] |

*Attorneys for Plaintiff and Counterdefendant United States of America*

| | |
|---|---|
| Lawrence J. Teker, Esq.<br>TEKER TORRES & TEKER, P.C.<br>Suite 2-A, 130 Aspinall Avenue<br>Hagatna 96910-5018, Guam | John E.D. Powell, Esq.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>[Courtesy copy] |

*Attorneys for Defendants and Cross-Defendants Marwan Shipping & Trading Co.;*
*Five Seas Shipping Co., LLC; and Al-Buhaira National Insurance Company*

| | |
|---|---|
| Thomas C. Sterling, Esq.<br>BLAIR STERLING JOHNSON MARTINEZ &<br>LEON GUERRERO, P.C.<br>Suite 1008, DNA Building<br>238 Archbishop F.C. Flores Street<br>Hagatna, Guam 96910-5205 | Stanley L. Gibson, Esq.<br>GIBSON ROBB & LINDH LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105<br>[Courtesy copy] |

*Attorneys for Defendant Navigators Insurance Co., dba*
*Navigators Protection & Indemnity*

```
 1  David P. Ledger, Esq.
    Elyze J. McDonald, Esq.
 2  CARLSMITH BALL LLP
    Bank of Hawaii Building, Suite 401
 3  134 West Soledad Avenue
 4  Hagatna, Guam 96910

 5      *Attorneys for Third Party Defendant Inchcape Shipping Services Guam LLC*

 6      Dated this ___1st___ day of April, 2008.
 7
 8                                                    _____
                                                      DOROTHEA QUICHOCHO
 9
```