**THOMAS McKEE TARPLEY**
Law Firm
A Professional Corporation
GCIC Building
414 West Soledad Avenue, Suite 904
Hagatna, Guam 96910
Telephone: (671) 472-1539
Facsimile: (671) 472-4526
Electronic mail: ttarpley@attorneyguam.com

**FORREST BOOTH (Cal. Bar No. 74166) (Admitted *pro hac vice*)**
**RYAN C. DONLON (Cal. Bar No. 229292) (Admitted *pro hac vice*)**
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Electronic mail: fb@severson.com
Electronic mail: rcd@severson.com
9ZP587W
Attorneys for Defendant, Cross-Claimant and
Counterclaimant S.J. GARGRAVE SYNDICATE 2724

**FILED**
DISTRICT COURT OF GUAM

APR 0 1 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INCHCAPE SHIPPING SERVICES GUAM, LLC,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, *in personam*,<br><br>Defendants. | Case No.: 1:06-CV-00011<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Date: April 19, 2006<br>Trial Date: May 12, 2008 |
| AND CROSS-CLAIMS, COUNTERCLAIM, AND CLAIM IN INTERVENTION | |

# CERTIFICATE OF SERVICE

I, Dorothea Quichocho, hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on April ____/____, 2008, I caused to be served true and correct copies of the SUMMONS to NAVIGATORS INSURANCE COMPANY dba NAVIGATORS PROTECTION & INDEMNITY and the FIRST AMENDED THIRD-PARTY COMPANY OF S. J. GARGRAVE SYNDICATE 2724 AGAINST NAVIGATORS PROTECTION & INDEMNITY, to the following:

Thomas C. Sterling, Esq.
BLAIR STERLING JOHNSON MARTINEZ &
 LEON GUERRERO, P.C.
Suite 1008, DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205

*Attorneys for Defendant Navigators Insurance Co., dba Navigators Protection & Indemnity*

Dated this ____ day of April, 2008.

DOROTHEA QUICHOCHO