LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone: (415) 436-6648; (415) 436-6645
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov; chad.kauffman@usdoj.gov

Attorneys for Plaintiff
United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 0 4 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724,<br><br>  Defendants.<br>_____<br>S.J. GARGRAVE SYNDICATE 2724,<br><br>  Third-Party Plaintiff,<br><br>  v. | Civil Case No. 06-00011<br><br>IN ADMIRALTY<br><br>NOTICE OF PROPOSED SETTLEMENT |

NOTICE OF PROPOSED SETTLEMENT – CIVIL NO. 06-00011

| | |
|---|---|
| 1 | NAVIGATORS INSURANCE CO., LLC, ) |
| 2 |       Third-Party Defendant. ) |
| 3 | _____ ) |
| 4 | AND CROSS-CLAIMS, COUNTERCLAIMS. ) |
| 5 | _____ ) |

    The United States advises the Court that a proposed settlement has been reached that would resolve all claims by and between the parties, thereby obviating any further proceedings before the Court other than submission of a final Order of Dismissal.

    The United States respectfully requests that in order to secure all necessary settlement authority of the relevant parties' principals with respect to the terms of the settlement and proposed dismissal, all presently scheduled pretrial and trial dates be taken off calendar, including the Preliminary Pretrial Conference set for April 7, 2008, at 9:00 a.m. Assuming that the settlement is consummated, it is believed that the proposed Order of Dismissal reasonably can be filed no later than 30 days hereafter.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney

MIKEL W. SCHWAB
Assistant U.S. Attorney

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

(Mikel Schwab for R. Michael Underhill)
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

Attorneys for Plaintiff United States of America

NOTICE OF PROPOSED SETTLEMENT – CIVIL NO. 06-00011     2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2008, I served a copy of the foregoing NOTICE OF PROPOSED SETTLEMENT and this Certificate of Service by first-class mail, postage prepaid, to:

Forrest Booth
Ryan Donlon
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA. 94111

Thomas M. Tarpley Jr.
Tarpley & Moroni LLP
Bank of Hawaii Building
134 West Soledad Ave., Suite 402
Hagatna, Guam 96910

Lawrence Teker
Teker Torres & Teker
Suite 2-A, 130 Aspinall Avenue
Hagatna 96910-5018, Guam

David Ledger
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagatna, Guam 96932-5027

John Powell
Cairncross & Hempelmann, P.S.
524 Second Ave., Ste. 500
Seattle, WA 98104-2323

Stan Gibson
Gibson Robb & Lindh LLP
100 First Street, 27th Floor
San Francisco, CA 95105

JACQUELINE EMMANUEL
ADMINISTRATIVE ASSISTANT

NOTICE OF PROPOSED SETTLEMENT – CIVIL NO. 06-00011    3