LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332/7208
Fax: (671) 472-7334/7215

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone: (415) 436-6648; (415) 436-6645
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov; chad.kauffman@usdoj.gov

Attorneys for Plaintiff United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C06-00011 |
| Plaintiff, | IN ADMIRALTY |
| v. | ORDER VACATING ALL DEADLINES AND TRIAL DATES |
| MARWAN SHIPPING & TRADING CO., FIVE SEAS SHIPPING CO., LLC, and S.J. GARGRAVE SYNDICATE 2724, | |
| Defendants. | |
| S.J. GARGRAVE SYNDICATE 2724, | |
| Third-Party Plaintiff, | |
| v. | |
| NAVIGATORS INSURANCE CO., LLC, | |

Order Vacating All Deadlines and Trial Dates– CIVIL NO. C06-00011

|   |   |   |
|---|---|---|
| 1 | Third-Party Defendant. | ) |
| 2 | _____ | ) ) |
| 3 | AND CROSS-CLAIMS, COUNTERCLAIMS. | ) ) |
| 4 | _____ | ) |

WHEREAS, the Court has received the Notice of Proposed Settlement submitted by the United States, wherein the United States represents that a proposed settlement has been reached by the parties and that 30 days is needed to secure all the necessary settlement authority.

Therefore, the Court hereby VACATES all presently scheduled pretrial and trial dates, including the Preliminary Pretrial Conference set for April 7, 2008, in order to allow the United States to secure the necessary authority within the prescribed time.

SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
　　**U.S. Magistrate Judge**
**Dated: Apr 04, 2008**