1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  108 Hernan Cortez Ave.
   Sirena Plaza, Ste. 500
4  Hagatna, Guam 96910
   Tel: (671) 472-7332/7208
5  Fax: (671) 472-7334/7215

6  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
7  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
8  Torts Branch, Civil Division
   CHAD KAUFFMAN
9  Trial Attorney
   Torts Branch, Civil Division
10 U.S. Department of Justice
   450 Golden Gate Avenue, Room 7-5395
11 P.O. Box 36028
   San Francisco, CA 94102-3463
12 Telephone: (415) 436-6648; (415) 436-6645
   Facsimile: (415) 436-6632
13 E-mail: mike.underhill@usdoj.gov; chad.kauffman@usdoj.gov

14 Attorneys for Plaintiff
   United States of America

15

17 UNITED STATES OF AMERICA          )  Civil No. C06-00011
                                     )
18              Plaintiff,           )  IN ADMIRALTY
                                     )
18                                   )  STIPULATION AND ~~(PROPOSED)~~  _Mikel Schwab_
                                     )
19              v.                   )  ORDER OF DISMISSAL
                                     )  OF CLAIMS AND ACTIONS,
20 MARWAN SHIPPING & TRADING CO.,    )  WITH PREJUDICE
   FIVE SEAS SHIPPING CO., LLC, and S.J. )
   GARGRAVE SYNDICATE 2724,          )
21                                   )
22              Defendants.          )
                                     )
23 ─────────────────────────────     )
                                     )
   S.J. GARGRAVE SYNDICATE 2724,     )
24                                   )
                Third-Party Plaintiff, )
25                                   )
                v.                   )
26                                   )
   NAVIGATORS INSURANCE CO., LLC,    )
27                                   )

28 STIPULATION AND (PROPOSED)
   ORDER OF DISMISSAL – CIVIL NO. C06-00011


ORIGINAL

```
 1            Third-Party Defendant.          )
 2    _____  )
 3    AND CROSS-CLAIMS, COUNTERCLAIMS.        )
 4    _____  )
```

5     WHEREFORE, the Court having been advised that this action has been settled by and

6 between the parties hereto, and pursuant to the consents of the undersigned counsel for the

7 parties, it is hereby

8     ORDERED, subject to the terms of any applicable settlement agreement, that pursuant

9 to Rule 41(a)(2) of the Fed.R.Civ.P. this action, including any and all complaints, third-party

10 complaints, counterclaims, cross-claims, and any other pleadings filed by any party against

11 any other party hereto with respect to the matters sued upon herein, and any and all legal and

12 equitable claims of whatsoever nature, causes of action, complaints, third-party complaints,

13 claims, counterclaims, cross-claims, and/or any pleadings and claims that could have been

14 asserted by any party against any other party and, as applicable, said parties' agents, agencies,

15 employees, representatives, assureds, and subrogors pertaining to the matters sued upon

16 herein, shall be, and the same hereby are, dismissed with prejudice, each party to bear its own

17 costs and fees.

18 IT IS SO ORDERED.

19

20 Dated: 8/4/08 .

                           UNITED STATES DISTRICT JUDGE

21

22 //

23 //

24 //

25 //

26 //

27 //

28 STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL – CIVIL NO. C06-00011

RECEIVED
JUL 11 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

1    WE HEREBY CONSENT TO ENTRY OF THE FOREGOING ORDER:

2

3    LEONARDO M. RAPADAS
     United States Attorney
4    MIKEL W. SCHWAB
     Assistant U.S. Attorney
5
     JEFFREY S. BUCHOLTZ
6    Acting Assistant Attorney General

7

8    R. MICHAEL UNDERHILL
     Attorney in Charge
9    West Coast Office
     Torts Branch, Civil Division
10   CHAD KAUFFMAN
     Trial Attorney
11   Torts Branch, Civil Division
     U.S. Department of Justice
12
     Attorneys for Plaintiff United States of America
13
     //
14
     //
15
     //
16
     //
17
     //
18
     //
19
     //
20
     //
21
     //
22
     //
23
     //
24
     //
25
     //
26
     //
27
     STIPULATION AND (PROPOSED)
28   ORDER OF DISMISSAL – CIVIL NO. C06-00011                                    3

1 | TARPLEY & MORONI LLP
Thomas M. Tarpley

2 | and

3 | SEVERSON & WERSON

4 |

5 | FORREST BOOTH

6 | Attorneys for Defendant and Third-Party Plaintiff
7 | Gargrave Syndicate

8 | //

9 | //

10 | //

11 | //

12 | //

13 | //

14 | //

15 | //

16 | //

17 | //

18 | //

19 | //

20 | //

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL – CIVIL NO. C06-00011

4

1 | TEKER TORRES & TEKER
Lawrence J. Teker

2 | and

3 | CAIRNCROSS & HEMPELMANN, P.S.

4 |

5 | JOHN D. POWELL

6 | Attorneys for Defendants Marwan and Five Seas

7 | //

8 | //

9 | //

10 | //

11 | //

12 | //

13 | //

14 | //

15 | //

16 | //

17 | //

18 | //

19 | //

20 | //

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

STIPULATION AND (PROPOSED)
28 | ORDER OF DISMISSAL – CIVIL NO. C06-00011

5

GIBSON ROBB & LINDH LLP
Stanley L. Gibson

and

BLAIR STERLING JOHNSON MARTINEZ, et al.

_____
THOMAS C. STERLING

Attorneys for Third-Party Defendant Navigators Insurance Co.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL – CIVIL NO. C06-00011

6