**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil Case No. 06-00011 |
| Plaintiff, ) | |
| vs. ) | **J U D G M E N T** |
| MARWAN SHIPPING & TRADING CO., ) FIVE SEAS SHIPPING CO., LLC, and S.J. ) GARGRAVE SYNDICATE 2724, ) *in personam*, ) | |
| Defendants. ) | |

Judgment is hereby entered in accordance with the Stipulation and Order of Dismissal of Claims and Actions with Prejudice filed August 4, 2008.

Dated: 5 August 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quianta**